FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 18 PM 3: 25

1  PETER D. KEISLER
   Assistant Attorney General
2  TIMOTHY M. BURGESS
   United States Attorney
3  LANE TUCKER
   Chief, Civil Division
4  Assistant United States Attorney
   Federal Building & U.S. Courthouse
5  222 West Seventh Avenue, #9, Room 253
   Anchorage, Alaska  99513-7567
6  Telephone: (907) 271-5071
   Telefax: (907) 271-3224
7  R. MIKE UNDERHILL
   Attorney in Charge, West Coast Office
8  Torts Branch, Civil Division
   JEANNE M. FRANKEN
9  Trial Attorney
   Torts Branch, Civil Division
10 U.S. Department of Justice
   7-5395 Federal Building
11 P.O. Box 36028
   450 Golden Gate Avenue
12 San Francisco, California  94102-3463
   Telephone: (415) 436-6644
13 Telefax: (415) 436-6632

14 Attorneys for Defendants
   United States of America
15

IN THE UNITED STATES DISTRICT COURT

16

FOR THE DISTRICT OF ALASKA

17

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation | ) Civil No. A03-006 CV (JWS) |
| | ) |
| | ) IN ADMIRALTY |
| Plaintiff/Appellant | ) |
| | ) JOINT STIPULATION TO EXTEND |
| v. | ) PRETRIAL DEADLINES, AND |
| | ) (~~PROPOSED~~) ORDER THEREON |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| acting by and through | ) |
| the UNITED STATES DEPARTMENT of the | ) |
| NAVY MILITARY SEALIFT COMMAND, | ) |
| and UNITED STATES DEPARTMENT OF | ) |
| THE ARMY MILITARY TRAFFIC | ) |
| MANAGEMENT COMMAND | ) |

1   The parties hereto, through the undersigned consents of their attorneys of record, do
2   hereby agree and request that the pretrial deadlines presently set in this matter be continued
3   by six months.
4   Plaintiff Samson Tug and Barge Co., Inc. ("Samson") alleges defendant United States
5   breached a contract for the carriage of cargo to and from the former Naval air station at
6   Adak, Alaska, a facility now long closed. Consequently, witnesses and documents have been
7   disbursed, making the investigation and discovery of this matter difficult for both parties.
8   A large number of documents have been located and exchanged to date. Depositions are
9   scheduled of certain Government witnesses in late November of 2005, and of certain Samson
10  witnesses beginning in December of 2005. It now appears that some witnesses who are no
11  longer employees of the parties, or who are no longer active duty service members, may need
12  to be subpoenaed in various locations around the country. The parties continue to work co-
13  operatively to advance this case, and narrow the issues for trial.
14  Counsel have conferred and agree that one further six-month extension in discovery
15  is necessary, and requests the Court's approval of the deadlines they jointly believe will
16  result in either some alternative resolution between the parties, or the proper presentation
17  of the case at trial.
18  The parties, therefore, agree and request that the following dates be approved:
19  1.   The close of discovery, presently scheduled for December 16, 2005, shall be
20       extended to June 16, 2006;
21  2.   The deadline for witness disclosure, which ran on October 7, 2005, shall be
22       extended to April 14, 2006;
23  3.   Plaintiff Samson's disclosure of its experts shall occur by March 17, 2006,
24       and defendant United State's disclosure of its experts shall occur by April 14,
25

1   2006, the general witness disclosure deadline; and

2   4.   The date for filing dispostive motions, presently set for January 13, 2006, shall

3   be extended to July 14, 2006.

4   IT IS SO AGREED AND REQUESTED:

5   Dated: 11/16/05

PETER D. KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney
LANE TUCKER
Chief, Civil Division
Assistant United States Attorney
R. MIKE UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendants/Appellees
United States of America

Law Office of William G. Royce

Dated: 11/18/05

WILLIAM G. ROYCE

Attorney for Plaintiff
Samson Tug and Barge Company, Inc.

|   | (PROPOSED) ORDER |
|---|---|
| 1 | |

This matter having coming before the Court on joint stipulation of the parties seeking to amend and extend the dates for completing discovery, making disclosures, and filing dispostive motions,

IT IS, THEREFORE, HEREBY ORDERED, as follows:

1. Discovery shall close on ~~December~~ June 16, 2006;
2. Plaintiff shall disclose its expert witnesses by March 17, 2006;
3. All other witness disclosures shall be exchanged by April 14, 2006, including defendant's disclosure of its expert witnesses; and
4. Dispositive motions shall be filed by July 14, 2006.

IT IS SO ORDERED this 30th day of Nov., 2005 at Anchorage, Alaska.

FILED
DEC 0 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___ Dep...

_____
CHIEF JUDGE JOHN SEDWICK
United States District Court for the
District of Alaska

A03-0006--CV (JWS)    12-2-05
-------------------------------------------
W. ROYCE
J. FRANKEN

JOINT STIPULATION TO EXTEND PRETRIAL DEADLINES,
AND (PROPOSED) ORDER THEREON            4            CIVIL NO. A03-006 CV (JWS)