```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0006--CV (JWS)
              "SAMSON TUG & BARGE CO INC V USA ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 01/14/03
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                  41:601,603
           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $150.00 on 01/14/03 receipt # 00119471
         Trial by: Court
```

```
Parties of Record:                       Counsel of Record:

PLF 1.1           SAMSON TUG & BARGE CO INC        William G. Royce
                                                   Law Offices of William G. Royce
                                                   1227 W. 9th Avenue, Suite 200
                                                   Anchorage, AK 99501
                                                   907-279-6595

DEF 1.1           UNITED STATES OF AMERICA         Jeanne M. Franken
                                                   U.S. Dept of Justice
                                                   POB 36028
                                                   San Francisco, CA 94102-3463
                                                   415-436-6644
                                                   FAX 415-436-6632

DEF 2.1       [T] U.S. DEPT OF NAVY, MILITARY      No counsel found for this party!
                  SEALIFT COMMAND

DEF 3.1       [T] U.S. DEPT OF ARMY, MILITARY      No counsel found for this party!
                  TRAFFIC MANAGEMENT
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A03-0006--CV (JWS)
                 "SAMSON TUG & BARGE CO INC V USA ET AL"

                           For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
          Filed: 01/14/03
         Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (890) Other Statutory Actions
                  41:601,603
          Origin: (1) Original Proceeding
          Demand: 9999
      Filing fee: Paid $150.00 on 01/14/03 receipt # 00119471
        Trial by: Court
```

```
Document #   Filed     Docket text

   1 -   1  01/14/03  Complaint filed w/att exhs; Summons issued.

   2 -   1  03/14/03  PLF 1; DEF 1-3 Stipulation for ext of time until 4/16/03 to answer.

   2 -   2  03/18/03  JWS Order approving stip for ext of time until 4/16/03 to answer (2-1).
                      cc: cnsl

   3 -   1  04/08/03  DEF 1 Answer to Complaint.

   4 -   1  04/09/03  JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                      due w/i 28 days from svc of this ord. cc: cnsl

   5 -   1  05/15/03  PLF 1; DEF 1-3 Joint Report of parties planning meeting.

   6 -   1  05/28/03  JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                      12/31/03; disp mots ddln 02/02/04; 4 dy TBC estimate. cc: cnsl

   7 -   1  11/03/03  DEF 1 Disclosure of witnesses.

   8 -   1  11/14/03  DEF 1-3 motion to extend pretrial deadlines and for government counsel
                      in San Francisco to appear as lead counsel for service purposes on the
                      United States.

   8 -   2  11/17/03  JWS Order granting mot to extend pretrial ddlns and for government
                      counsel in San Francisco to be lead cnsl (8-1); disc to close 07/12/04;
                      disp mots ddln 09/13/04. cc: cnsl

   9 -   1  02/04/04  PLF 1; DEF 1-3 Stipulation to extend witness disclosure deadline.

   9 -   2  02/06/04  JWS Order granting stip to ext wit disclosure ddln to 03/29/04 (9-1).
                      cc: cnsl

  10 -   1  04/01/04  Stipulation for ext of wit disclosure ddln to 6/1/04.

  10 -   2  04/06/04  JWS Order approving stip for ext of wit disclosure ddln to 6/1/04
                      (10-1). cc: cnsl
```

Case 3:03-cv-00006-JWS    Document 27    Filed 01/14/2003    Page 3 of 4
```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0006--CV (JWS)
                        "SAMSON TUG & BARGE CO INC V USA ET AL"

                              For all filing dates
```

```
Document #   Filed      Docket text

   11 -  1   06/01/04   DEF 1-3 Revised Disclosure of witnesses.

   12 -  1   07/12/04   Stipulation to extend disc & related ddlns.

   12 -  2   07/15/04   JWS Order approving stip to extend disc & related ddlns (12-1); disc to
                        close 01/28/05; disp mots ddln 02/28/05. cc: cnsl

   13 -  1   07/15/04   Stipulation to dismiss DEF 2 & DEF 3.

   13 -  2   07/16/04   JWS Order approving stip to dismiss DEF 2 & DEF 3 (13-1). cc: cnsl

   14 -  1   11/01/04   DEF 1 Revised Disclosure Witness List.

   15 -  1   12/17/04   PLF 1 motion for partial summary judgment dismissing government's 3rd
                        affirmative defense w/att memo & exhs. (original located in folder
                        behind file)

   16 -  1   12/23/04   DEF 1 Unopposed motion for an extension of time until 2/2/05 to file
                        opposition to plaintiff's motion for partial summary judgment.

   16 -  2   12/23/04   Order granting unoppo mot for an ext of time until 2/2/05 to file oppo
                        to mot for part sj (16-1). cc: cnsl

   17 -  1   01/26/05   PLF 1; DEF 1 Stipulation to extend time for discovery and related
                        deadlines.

   17 -  2   01/28/05   JWS Order granting stipulation to extend time for discovery and related
                        deadlines (17-1) & setting the following dates: Discovery to close
                        06/03/05; Dispositive motions deadline 07/01/05. cc: cnsl

   18 -  1   02/01/05   DEF 1 motion (counter) for leave to file amended answer w/att memo &
                        declarations (no amended answer provided)

   18 -  2   02/01/05   DEF 1 opposition to PLF 1 motion for partial summary judgment dismissing
                        government's 3rd affirmative defense (15-1) w/att memo & declarations.

   19 -  1   03/21/05   JWS Order granting mot (counter) for leave to file amended ans (18-1);
                        terminating in light of this ord: mot for part sj dismissing govt's 3rd
                        affirmative defense (15-1). cc: cnsl

   20 -  1   03/24/05   JWS Minute Order re USA is directed to immeniately file & serve its
                        amended answer (see 19-1). cc: cnsl

   21 -  1   03/25/05   DEF 1 Answer (Amended).

   22 -  1   04/04/05   DEF 1 Supplemental disclosure of witnesses.

   23 -  1   05/25/05   Stipulation to extend time until 12/16/05 for close of disc & until
                        1/13/05 for filing dispositive mots.

   24 -  1   05/25/05   PLF 1 Notice of facsimile filing of USA cnsl's signature on stip.

   23 -  2   05/26/05   JWS Order approving stip to extend time until 12/16/05 for close of disc
                        & until 1/13/06 to file dispositive mots (23-1). cc: cnsl

   25 -  1   10/07/05   DEF 1 Second Supplemental disclosure of witnesses.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A03-0006--CV (JWS)
                          "SAMSON TUG & BARGE CO INC V USA ET AL"

                                     For all filing dates


Document #  Filed      Docket text

    26 -  1  11/18/05  Stipulation to extend pretrial ddlns: disc to close 6/16/06; dispositive
                       mot ddln extended to 7/14/06.

    27 -  1  11/28/05  PLF 1 Unopposed motion for protective order allowing discovery of
                       documents protected by the Privacy Act w/att exhs.
```