MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMSON TUG & BARGE CO., INC.  v.  UNITED STATES OF AMERICA, et al.

THE HONORABLE JOHN W. SEDWICK        CASE NO.  A03-0006 CV (JWS)

   Deputy Clerk                      Official Recorder

   Pam Richter


APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The motion at docket 27 is **DENIED** without prejudice to submission of a proposed protective order acceptable to all parties.


DATE: December 5, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A03-0006--CV (JWS)   12-6-05

W. ROYCE
J. FRANKEN

29