RECEIVED
FEB 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Richard D. Gluck

was on the 18th day of December, 1978 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 12, 2005.

GARLAND PINKSTON, JR., CLERK

By: *Christopher C. D.*
Deputy Clerk

Exhibit A