5519

**WILLIAM G. JOYCE**
**A PROFESSIONAL CORPORATION**
PH. 907-279-6595
1227 W. 9TH AVE STE 200
ANCHORAGE, AK  99501

89-6/1252

DATE Feb. 21, 2006

PAY TO THE ORDER OF  Alaska Bar Association    $1,100.00

One Thousand One Hundred & 00/100 — DOLLARS

**First National Bank**
**ALASKA** MEMBER FDIC
www.FNBAlaska.com

FOR R. Black,

⑈005519⑈ ⑆125200060⑆ 0112 397 5⑈

RECEIVED
FEB 22 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Exhibit C