RECEIVED
FEB 22 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## ALASKA BAR ASSOCIATION
P.O. Box 100279  (907) 272-7469
Anchorage, Alaska 99510-0279

| Customer's Order No. | Phone No. | Date 2-21-06 |
|---|---|---|
| Sold to | Law office of William G. Royce | |
| Address | 1227 W. 9th Ave., Ste 200 | |
| City | Anchorage, AK 99501 | |

| Qty. | Description | Price | Amount |
|---|---|---|---|
| | Rule 81 | | 550 00 |
| | Richard Gluck NA assoc. w/ | | |
| | William Royce #9210066 | | |
| | Case #3AN-03-006 | | |
| | CK# 5519 | | |
| | 2006 | | |

All claims and returned goods MUST be accompanied by this bill.

Rec'd By Charissa Feltman

Tax
Total 550 00

026556  *Thank You!*

Item# G3R
©Executive Greetings, Inc., 1980
Printed in U.S.A.

Exhibit D