RECEIVED
FEB 22 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## ALASKA BAR ASSOCIATION
P.O. Box 100279   (907) 272-7469
Anchorage, Alaska 99510-0279

| Customer's Order No. | Phone No. | Date 2-21-06 |
|---|---|---|
| Sold to | Law Office of William G. Royce | |
| Address | 1227 W. 9th Ave., Ste 200 | |
| City | Anch, AK 99501 | |

| Sold By | Cash | C.O.D. | Charge | On Acct. | Mdse. Retd. | Paid Out | |
|---|---|---|---|---|---|---|---|

| QTY. | Description | Price | Amount |
|---|---|---|---|
| | Rule 81 | | 550 00 |
| | Harold Bailey Jr. | | |
| | #NA | | |
| | assoc. w/ | | |
| | William Royce | | |
| | #7210066 | | |
| | Case# 3AN-03-006 | | |
| | CK# 5519 | | |
| | 2006 | | |

All claims and returned goods MUST be accompanied by this bill.

Rec'd. By  Charissa Feltman

Tax
Total  550 00

026557   Thank You!

Item# G3R
©Executive Greetings, Inc., 1980
Printed in U.S.A.

Exhibit E