Law Office of
William G. Royce
1227 West 9th Ave., Suite 200
Anchorage, Alaska 99501
(907) 279-6595
FAX: (907) 278-6488

RECEIVED

FEB 2 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMSON TUG AND BARGE CO., INC., )
an Alaskan Corporation )
)
)
Plaintiff/Appellant, )
)
vs. )
)
UNITED STATES OF AMERICA, )     IN ADMIRALTY
)     Case No. 3AN-03-006 CV JWS
)
_____ )

**ORDER GRANTING MOTION FOR OUT OF STATE ATTORNEYS TO APPEAR PRO HAC VICE AND PARTICIPATE IN THIS CASE**

WHEREAS, this court has considered the plaintiff's Motion For Out Of State Attorneys To Appear And Participate In This Case, and being otherwise fully advised, it is hereby ordered pursuant to United States District Court Local Rule 83.1 (c) that Richard D. Gluck and Harold G. Bailey, Jr. each a member in good standing of the Bar of the District of Columbia and otherwise admitted and

ORDER Pro Hac Vice
*Samson v. U.S.A.*
3AN-03-006 CV JWS                    1

Law Office of William G. Royce
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 279-6595 ; (907) 278-6488 FAX

licensed to practice as an attorney and a counselor at law in the District of Columbia and all courts of record in that district, are each hereby permitted to appear and participate in the above captioned action.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Chief Judge John W. Sedwick
United States District Court
District of Alaska

ORDER Pro Hac Vice
*Samson v. U.S.A.*
3AN-03-006 CV JWS                                           2