MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*SAMSON TUG AND BARGE CO., INC.*   v.   *UNITED STATES OF AMERICA*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:03-cv-00006 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: March 1, 2006

    Regrettably, the motion seeking *pro hac vice* admission at docket 30 must be and hereby is **DENIED**. The problem is that instead of tendering payment of $300 ($150 for each lawyer) to the Clerk of Court at the United States District Court for the District of Alaska pursuant to the rules of this court, the applicants sent $1,100 ($550 for each lawyer) to the Alaska Bar Association pursuant to the rules governing *pro hac vice* admission to practice in the Superior Court for the State of Alaska.

    This order is without prejudice to a renewed motion which is supported by proper payment to the Clerk of Court of this court.