IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **SAMSON TUG AND BARGE CO., INC.,** an Alaska Corporation | ) ) ) |
| **Plaintiff/Appellant** | ) ) |
| vs. | ) ) ) **Case Number: A03-006 CV** ) **Admiralty JWS** |
| **UNITED STATES OF AMERICA,** | ) ) |
| **acting by and through** | ) ) |
| the **UNITED STATES DEPARTMENT of** the **NAVY MILITARY SEALIFT COMMAND**, and **UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND** | ) ) ) ) ) ) ) |
| **Defendants/Appellees.** | ) ) |

**ORDER**

This matter has come before the Court on a Joint Stipulation of the parties seeking to amend and extend the dates for completing discovery, making witness disclosures, and filing dispositive motions,

IT IS HEREBY ORDERED that:

(1) Close of discovery shall be extended to December 15, 2006;

(2) The date for exchange of non-expert witness disclosures shall be extended to October 6, 2006;

(3) The date for Plaintiff's expert witness disclosures shall be extended to no later than September 8, 2006; and for Defendant's expert witness disclosures to October 6, 2006; and

2

(4) Dispositive motions shall be filed no later than January 12, 2007.

Dated at Anchorage, Alaska this 1st day of March, 2006

/s/
Chief Judge John W. Sedwick
United States District Court
District of Alaska

Case 3:03-cv-00006-JWS    Document 33    Filed 03/01/2006    Page 2 of 2