```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
        Anchorage Division

       # 00127728 - PS
         March 2, 2006

 Code    Case #    Qty    Amount

 6855XX-N 03-6             150.00 CK


 TOTAL→                    150.00
```

FROM: William G. Royce for
RICHARD D. GLUCK
ATTORNEY, PRO HAC VICE
3:03-CV-00006 JWS