```
          UNITED STATES
          DISTRICT COURT
           District of Alaska
           Anchorage Division

          #  00127729  -  PS
             March 2, 2006


   Code    Case #    Qty    Amount

   6855XX-N 03-6            150.00 CK


       TOTAL->           150.00


   FROM: WILLIAM G. ROYCE FOR
         HAROLD G. BAILEY, JR.
         ATTORNEY, PRO HAC VICE
         3:03-CV-00006 JWS
```