IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation,<br><br>    Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND,<br><br>    Defendants/Appellees. | Case Number: A03-006 CV Admiralty  JWS |

### SAMSON TUG'S MOTION FOR ORDER ALLOWING DISCOVERY OF DOCUMENTS PROTECTED BY THE PRIVACY ACT

Comes now Plaintiff Samson Tug and Barge Co., Inc. ("Samson Tug") and files this motion to allow discovery of certain documents and records in the possession of the Defendant which may contain information provided by the Privacy Act, 5 U.S.C. §552(a). Samson filed an earlier motion seeking this relief believing it was not opposed. Counsel for Defendant, however, objected to the prospective reach of the proposed Order, and the application was denied.

1

The parties have conferred upon the terms of the Order and the Government no longer opposes this Motion. Samson Tug therefore requests that the Court endorse the proposed Order for the reasons cited therein.

Respectfully submitted this 13th day of March, 2006.

*/s/ William G. Royce*
William G. Royce
Law Office of William G. Royce
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 279-6595
Fax: (907) 278-6488
Alaska Bar No. 72-10066

*/s/ Richard D. Gluck*
Richard D. Gluck
Harold G. Bailey, Jr.
Garvey Schubert Barer
1000 Potomac Street, NW
Fifth Floor
Washington, DC 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

Counsel for Plaintiff Samson Tug and Barge Co., Inc.

*Pro Hac Vice*

# CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2006, a copy of the foregoing Motion for Protective Order Allowing Discovery of Documents Protected by the Privacy Act was served by first class mail, postage prepaid to the following:

Jeanne M. Franken  
Trial Attorney  
Torts Branch, Civil Division  
U.S. Department of Justice  
7-5393 Federal Building  
P.O. Box 36028  
San Francisco, CA  94102-3463  

United States Attorney  
Federal Building and U.S. Courthouse  
222 West Seventh Avenue, #9, Room 253  
Anchorage, Alaska  99513-7567  

_____  
Richard D. Gluck

DC_DOCS:649494.1 [