MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

***SAMSON TUG AND BARGE CO., INC.***   v.   ***UNITED STATES OF AMERICA***

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:03-cv-00006 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**          Date:  March 28, 2006

    The renewed motion at docket 34 for admission of Richard D. Gluck and Harold G. Bailey, Jr. to appear in this case *pro hac vice* is **GRANTED.**