IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND<br><br>Defendants/Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number: A03-006 CV<br>) Admiralty JWS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

This matter, having come before the Court on the joint stipulation of the parties, pursuant to Local Rule 26.2(c)(7), asking this Court to enter a Protective Order regarding procedures to protect confidential commercial information, in the form submitted, and

The Court having found that the parties have established good cause for entry of the Protective Order, in accordance with the Local Rule 26.2(c)(7), their request is therefore hereby GRANTED.

Dated at Anchorage, Alaska this        day of            , 2006

Chief Judge John W. Sedwick
United States District Court
District of Alaska

TOTAL P.09