**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., )<br>an Alaska Corporation )<br>)<br>      Plaintiff/Appellant )<br>)<br>      vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>      acting by and through )<br>)<br>the UNITED STATES DEPARTMENT )<br>of the NAVY MILITARY SEALIFT )<br>COMMAND, and UNITED STATES )<br>DEPARTMENT OF THE ARMY )<br>MILITARY TRAFFIC MANAGEMENT COMMAND ) | Case Number: A03-006 CV<br>Admiralty JWS |

**ORDER**

      This matter has come before the Court on a Joint Stipulation of Parties to Extend Time for Discovery and Related Deadlines,

      **IT IS HEREBY ORDERED** that:

      (1)  The close of discovery presently scheduled for December 15, 2006, should be extended to April 13, 2007;

      (2)  The date for witness disclosures shall be extended from October 6, 2006, to January 9, 2007;

      (3) Plaintiff's disclosure of its experts shall be extended to December 8, 2006, and defendant's disclosure of its experts shall be extended to January 8, 2007.

      (4) Plaintiff's experts shall file their reports by January 12, 2007, and Defendant's experts shall file their reports by February 12, 2007.

(5) The date for filing dispositive motions shall be extended to May 11, 2007.

**The parties are WARNED that the court will not likely grant any further extensions of time in this case.**

Dated this 14th day of September 2006.

                                              /s/ Chief Judge John W. Sedwick
                                              United States District Court
                                              District of Alaska