PETER D. KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney
LANE TUCKER
Chief, Civil Division
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Telefax: (907) 271-3224
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632

Attorneys for Defendants/Appellees
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>  Plaintiff/Appellant<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND<br><br>  Defendants/Appellees | Civil No. A03-006 CV<br><br>IN ADMIRALTY<br><br><br><br><br>EXPERT DISCLOSURE OF DEFENDANT, UNITED STATES OF AMERICA |

Defendant, United States of America, hereby discloses the expert it presently intends to have testify on its behalf at trial regarding the merits of plaintiff's claim, and alleged

damages:

> Ernest Nadel, Ph.D., Economist
> LECG, LLC
> 2000 Powell Street, Suite 600
> Emeryville, CA 94608
> phone: (510) 985-6700

Attached hereto is a copy of Dr. Nadel's Curriculum Vitae, Case List, Publication List and Fee Schedule.

The United States reserves its right to call any other expert for impeachment or rebuttal purposes, and to amend and/or supplement this list in response to any subsequent disclosure of experts by plaintiff. The United States notes plaintiff has not formally disclosed any experts in this case to date.

Dated: January 8, 2007.

PETER D. KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney
LANE TUCKER
Chief, Civil Division
Assistant United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division


s/Jeanne M. Franken
_____
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendants/Appellees
United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January __8__, 2007, a copy of the foregoing Expert Disclosure of Defendant, United States of America, was served electronically on:

Richard D. Gluck, Esq.
Garvey Schubert Barer

William G. Royce, Esq.
Law Office of William G. Royce

Attorneys for Plaintiff/Appellant
Samson Tug and Barge Company, Inc.


s/Jeanne M. Franken
_____
JEANNE M. FRANKEN