IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., )<br>an Alaska Corporation )<br>)<br>Plaintiff/Appellant )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant/Appellee ) | Case Number: A03-006 CV<br>Admiralty JWS |

## JOINT STIPULATION OF PARTIES TO MODIFY CERTAIN DISCOVERY DEADLINES, WITH PROPOSED ORDER

COME NOW the parties hereto and respectfully propose this Stipulation and Order regarding certain discovery deadlines and factual matters. The facts relevant to the parties' claims and defenses involve the formation, performance and alleged breach of a maritime contract whereby Samson Tug & Barge Co., Inc. (Plaintiff) provided transportation by barge between the continental United States and the Naval Air Station/Facility at Adak, Alaska in the mid-1990s. The Adak base was closed in 1997. This lawsuit was filed in January of 2003. On August 8, 2006, the parties submitted a joint status report to the Court regarding progress made in the case to date and the willingness of the parties to pursue ADR. In the status report, the parties noted that additional depositions and document exchanges were scheduled to occur this fall. Depositions and document exchanges did occur during the fall, but there remain other depositions and document exchanges that are either ongoing or have yet to occur. Under these circumstances, it is premature for the parties to disclose witnesses and file expert reports. Counsel have conferred and agree that a modification of certain deadlines previously set out in the Court's Order is appropriate. No extension in the discovery or motion deadlines is being sought. Accordingly the parties are filing this Joint Stipulation and Proposed Order to set forth their need for an adjustment of the discovery schedule in certain limited regards, and jointly request the Court's approval of the deadlines proposed herein.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

(1) The close of discovery shall remain as presently scheduled on April 13, 2007.

(2) The date for witness disclosures shall be extended from January 9 until February 23, 2007.

(3) Plaintiff's disclosure of its experts shall be extended to January 19, 2007, and Defendant's disclosure of its experts shall be extended to February 16, 2007.

(4) Plaintiff's experts shall file their reports by March 2, 2007, and Defendant's experts shall file their reports by March 30, 2007.

(5) The last date for filing dispositive motions shall remain on May 11, 2007.

Respectfully submitted,

Dated: January 8, 2007

/s/ Richard D. Gluck
Richard D. Gluck
Harold G. Bailey, Jr.
Garvey Schubert Barer
1000 Potomac Street, NW, 5th Floor
Washington, DC  20007
Counsel for Samson Tug and Barge Co., Inc.

Dated: January 8, 2007

/s/ William G. Royce
William G. Royce
Law Office of William G. Royce
1227 West 9th Avenue
Suite 200
Anchorage, AK  99501
Counsel for Samson Tug & Barge. Co., Inc.

Dated: January 8, 2007

/s/ Jeanne M. Franken (consent)
Jeanne M. Franken
Trail Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5393 Federal Building
P.O. Box 36028
San Francisco, CA  94102-3463
Counsel for the United States of America