IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC.,<br>an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant/Appellee | Case Number:  A03-006 CV<br>                     Admiralty JWS |

**PROPOSED ORDER**

This matter has come before the Court on a Joint Stipulation of Parties to Modify Certain Discovery Deadlines, and good cause having been shown.

IT IS HEREBY ORDERED that:

(1) The close of discovery shall remain as presently scheduled on April 13, 2007.

(2) The date for witness disclosures shall be extended from January 9 until February 23, 2007.

(3) Plaintiff's disclosure of its experts shall be extended to January 19, 2007, and Defendant's disclosure of its experts shall be extended to February 16, 2007.

(4) Plaintiff's experts shall file their reports by March 2, 2007, and Defendant's experts shall file their reports by March 30, 2007.

(5) The date for filing dispositive motions shall remain on May 11, 2007.

Dated this _____ day of January, 2007.

_____
Chief Judge John W. Sedwick
United States District Court
District of Alaska