PETER D. KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney
LANE TUCKER
Chief, Civil Division
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Telefax: (907) 271-3224
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632

Attorneys for Defendants/Appellees
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND | Civil No. A03-006 CV<br><br>IN ADMIRALTY<br><br><br><br>REVISED AND SUPPLEMENTED DISCLOSURE OF WITNESSES BY DEFENDANT, USA |

1     Defendants/Appellees    )
    ———————————————————    )

Pursuant to this court's order, defendant, United States of America, does hereby disclose it's potential witnesses in this matter.

The United States may call the following witnesses, live or by deposition, at the trial of this matter:

    Doug Anderson;

    Greg Dawson;

    Charles Winslow;

    Lucille Ludwig;

    Lynne Strickland;

    Carrolyn Correa;

    Jo Palicastro;

    Tom Strassbaugh;

    Craig Robinson;

    Lynn Prybar;

    Dianne Hensley;

    Robert Uhrich;

    Dave Carter;

    John Seaton;

    Jeff Eastby;

    Lee Gavitt;

    Bob Meno;

    Roy Earhart;

    Bob Pleas;

1. Ron Kahlenbach;
2. Keith Mulder;
3. Mike Gragen;
4. Rod Duggins;
5. Greg Hanby;
6. Bill Duerden;
7. Cdr Dow;
8. Anthony Leigh;
9. Lee Freitag;
10. Walt Davis;
11. Mike Parnell;
12. Joe Clark;
13. Keith Westmoreland;
14. Cindy Williams;
15. Rod Duggins;
16. Brian Andvik;
17. Sidney Kuboi;
18. Richard Stoll;
19. Colleen Nerhoff Butcher;
20. Everett Butcher;
21. Cathy Edwards;
22. Charles Duerden;
23. Donald Hoffman;
24. Franklin Veninger;
25. Lin Wong;

1. Julius Washington;
2. Mark Brady;
3. Steve Donohue ;
4. Charles Senerius;
5. David Briggs;
6. Cdr. Washington;
7. Jane Clarke;
8. Brian Peterson;
9. Scott Amato;
10. Lawrence Bala;
11. Dennis La Drew;
12. John Becker;
13. Jay Barber;
14. James Wakeley;
15. Jill Smith;
16. Karen Bragat;
17. Rita Mathews;
18. Donna Jack;
19. DCAA auditor, possibly Robert Southerland;
20. Greg Sweetland;
21. Thomas Hicks;
22. Robert Knierim; and
23. Dr. Ernest Nadel, economist on damages, otherwise identified.

24 ///

25 ///

1   The United States cannot release the addresses and/or telephone numbers
2 for the aforesaid witnesses pursuant to the provisions of the Privacy Act, 5 U.S.C. § 552a.
3 Witnesses will be made available for depositions to the extent possible.  The United States also
4 reserves its right to call any other witness for impeachment or rebuttal, and to call any witness
5 identified by plaintiff.

6 Dated: 1/9/07

PETER D. KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney
LANE TUCKER
Chief, Civil Division
Assistant United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division


      /s/ Jeanne M. Franken
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendants/Appellees
United States of America

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January   9  , 2007, a copy of the foregoing Expert Disclosure of Defendant, United States of America, was served electronically on:

> Richard D. Gluck, Esq.
> Garvey Schubert Barer
>
>
> William G. Royce, Esq.
> Law Office of William G. Royce
>
>
> Attorneys for Plaintiff/Appellant
> Samson Tug and Barge Company, Inc.

                    s/Jeanne M. Franken
                    ─────────────────────────
                    JEANNE M. FRANKEN