IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., )<br>an Alaska Corporation )<br>    )<br>    Plaintiff/Appellant )<br>    )<br>vs. )<br>    )<br>UNITED STATES OF AMERICA, )<br>    )<br>    Defendant/Appellee ) | Case Number:  A03-006 CV<br>Admiralty JWS |

**ORDER**

This matter has come before the Court on a Joint Stipulation of Parties to Modify Certain Discovery Deadlines, and good cause having been shown.

IT IS HEREBY ORDERED that:

(1) The close of discovery shall remain as presently scheduled on April 13, 2007.

(2) The date for witness disclosures shall be extended from January 9 until **February 23, 2007.**

(3) Plaintiff's disclosure of its experts shall be extended to **January 19, 2007,** and Defendant's disclosure of its experts shall be extended to **February 16, 2007**.

(4) Plaintiff's experts shall file their reports by **March 2, 2007,** and Defendant's experts shall file their reports by **March 30, 2007**.

(5) The date for filing dispositive motions shall remain on **May 11, 2007**.

Dated this 10th day of January, 2007.

/s/  Chief Judge John W. Sedwick
United States District Court
District of Alaska