IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., )<br>an Alaska Corporation )<br> )<br>    Plaintiff/Appellant )<br> )<br>vs. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>    Defendant/Appellee ) | Case Number: A03-006 CV<br>Admiralty JWS |

## EXPERT DISCLOSURE OF PLAINTIFF,
## SAMSON TUG AND BARGE CO., INC.

Plaintiff Samson Tug and Barge Co., Inc., hereby discloses the expert it presently intends to have testify on its behalf at trial regarding the merits of Plaintiff's claim and the damages Plaintiff is seeking from Defendant United States of America:

    George Johnson, Certified Public Accountant/Chartered Financial Analyst
    601 Union Street, Suite 2650
    Seattle, WA 98101
    Phone: 206-628-3100

Attached hereto is a copy of Mr. Johnson's Curriculum Vitae, Case List, Publication List and Fee Schedule. The Plaintiff reserves its right to call any other expert for impeachment or rebuttal purposes, and to amend, and/or supplement this list in response to any subsequent disclosure of experts by Defendant.

                                        Respectfully submitted,

                                        /s/ Richard D. Gluck
Dated: January 19, 2007                Richard D. Gluck
                                        Harold G. Bailey, Jr.
                                        Garvey Schubert Barer
                                        1000 Potomac Street, NW, 5th Floor
                                        Washington, DC 20007
                                        Counsel for Samson Tug and Barge Co., Inc.

|  |  |
|---|---|
| Dated: January 19, 2007 | /s/ William G. Royce<br>William G. Royce<br>Law Office of William G. Royce<br>1227 West 9th Avenue<br>Suite 200<br>Anchorage, AK  99501<br>Counsel for Samson Tug & Barge. Co., Inc. |

2