1  PETER D. KEISLER
   Assistant Attorney General
2  TIMOTHY M. BURGESS
   United States Attorney
3  LANE TUCKER
   Chief, Civil Division
4  Assistant United States Attorney
   Federal Building & U.S. Courthouse
5  222 West Seventh Avenue, #9, Room 253
   Anchorage, Alaska 99513-7567
6  Telephone: (907) 271-5071
   Telefax: (907) 271-3224
7  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
8  Torts Branch, Civil Division
   JEANNE M. FRANKEN
9  Trial Attorney
   Torts Branch, Civil Division
10 U.S. Department of Justice
   7-5395 Federal Building
11 P.O. Box 36028
   450 Golden Gate Avenue
12 San Francisco, California 94102-3463
   Telephone: (415) 436-6644
13 Telefax: (415) 436-6632

14 Attorneys for Defendants/Appellees
   United States of America

15                    IN THE UNITED STATES DISTRICT COURT

16                         FOR THE DISTRICT OF ALASKA

17
   SAMSON TUG AND BARGE CO., INC., an      ) Civil No. A03-006 CV
18 Alaska Corporation                      )
                                           ) IN ADMIRALTY
19         Plaintiff/Appellant             )
                                           )
20                 v.                      )
                                           ) REVISED AND SUPPLEMENTED
21 UNITED STATES OF AMERICA,               ) DISCLOSURE OF WITNESSES BY
                                           ) DEFENDANT, USA
22         acting by and through           )
                                           )
23 the UNITED STATES DEPARTMENT of the     )
   NAVY MILITARY SEALIFT COMMAND, and      )
24 UNITED STATES DEPARTMENT OF THE         )
   ARMY MILITARY TRAFFIC MANAGEMENT        )
25 COMMAND                                 )

1

Defendants/Appellees )
_____ )

2

3        Pursuant to this court's order, defendant, United States of America, does hereby disclose it's

4
potential witnesses in this matter.

5        The United States may call the following witnesses, live or by deposition, at the trial of this

6
matter:

7            Doug Anderson, MSC/TMTC (now SDDC), Fort Eustace, Virginia;

8            Greg Dawson, MSC/MTMC;

9            Charles Winslow, MSC/MTMC;

10           Lucille Ludwig, MSC/MTMC;

11           Lynne Strickland, MSC/MTMC;

12           Carrolyn Correa,MSC/MTMC;

13           Jo Palicastro MSC/MTMC;

14           Lynn Pryber; MSC/MTMC;

15           Dianne Hensley, MSC/MTMC;

16           Craig Robinson, MSC/MTMC;

17           John Seaton, Chief, Traffic Management, MTMC, Seattle, WA;

18           Jeff Eastby, MTMC, Seattle, WA;

19           Lee Gavitt, MTMC, Anchorage, Alaska;

20           Robert Meno, MTMC, Anchorage, Alaska;

21           Roy Earhart, MTMC, Anchorage, Alaska;

22           Robert Pleas, MSC, Seattle, WA;

23           Ron Kahlenbach, MSC, Anchorage, AK;

24           CPT Keith Mulder, Retired, CO, USN, NAF, Adak, AK;

25           CPT Brad Lambert, CO, USN, NAF, Adak, AK

1    LCDR Michael Gragen, Retired, SUPPO, USN, NAF, Adak, AK;

2    CDR Rodney Duggins, SUPPO, USN, NAF, Adak, AK;

3    LCDR Gregory Hanby, BRAC Officer, USN, NAF, Adak, AK;;

4    LCDR William Duerden, BRAC Officer, USN, NAF, Adak, AK;

5    LCDR Anthony Leigh, XO, USN, NAF, Adak, AK;

6    LCDR Lee Freitag, XO, USN, NAF, Adak, AK;

7    Joe Clark, Retired, BRAC Officer, USN, AIRPAC , San Diego, CA;

8    LCDR Keith Westmoreland, Retired, Public Works Officer and OIC Caretaker

9    Support Office, USN, NAF, Adak, AK;

10   LCDR DAVID DOW, JAG, USN, NAF, Adak, AK;

11   Cindy Williams, Retired, Budget Analyst, USN, CINCPACFLT HA, WA;

12   Brian Andvik, Base Closure Manager, USN, EFANW, Silverrdale, WA;

13   Sidney Kuboi, Project Manager, USN, EFANW, Silverrdale, WA;

14   Richard Stoll, Enviornmental Coordinator, USN, EFANW, Silverdale, WA;

15   Robert Uhrich, Director Real Estate and Base Conversions, USN, EFANW,

16   Silverdale, WA;

17   James Bryant, Robert Uhrich, Director Real Estate and Base Conversions, USN,

18   EFANW.;

19   Mark Burnham, Deputy Base Closure Officer, USN, EFANW, Silverdale, WA;

20   Colleen Nerhoff Butcher, Deputy Base Closure Officer, USN, EFANW, Silverdale,

21   WA;

22   LCDR Everett Butcher, Retired, Deputy Base Closure Officer, USN, EFANW,

23   Silverdale, WA;

24   CDR Catherine Edwards, Base Transition Coordinator, Naval Base, Seattle, WA;

25   Jill Smith, PP, USN, WA;

Revised and Supplemented Disclosure
of Witnesses by Defendant, U.S.A                3        CIVIL NO. A03-006 CV Admiralty JWS

1    CPT Donald Hoffman, Retired, Transportation Officer, PacFleet, USN, Honolulu,
2    HA;

3    Franklin Veninger, Transportation Officer, Fleet Supply, PacFleet, USN, Honolulu,
4    HA;

5    Lin Wong, USN, CINCPACFLT, Honolulu, HA;

6    CDR Julius Washington, BRAC Officer, Commander in Chief, PACFLT;

7    Mark Brady, Director Transportation Policy, USN, NAVTRANS, Norfolk, VA;

8    Steven Donohue; Director Ocean Cargo Policy, USN, NAVTRANS, Norfolk, VA:

9    Charles Senerius, Retired, Traffic Manager, USN, NAVFAC, Washington, D.C.;

10   Tom Strasbaugh, USN, NAVFAC;

11   David Briggs, Contract Specialist, West ROICC, Lemoore, CA;

12   Brian Peterson, Contract Administrator, AMC, Elmendorf AFB, AK;

13   Richard Santanello, Retired, Contracting Officer, AMC;

14   Lawrence Bala, Traffic Management Supervisor, HQ AMC/A4TD, Scott AFB, IL;

15   Dennis LaDrew, IT Specialist, HQ AMC/FM, Scott AFB, IL;

16   John Becker, Joint Mobility Operations Officer, USTRANSCOM;

17   Jay Barber, Traffic Management Specialist, HQ AFAMC LSO/LOT, HQ AFAMC
18   Wright-Patterson AFB, OH;

19   James Wakeley, Chief, Cargo/Vehicle Operations Policy Branch, USAF/A4RM,
20   Pentagon, Washington, D.C.;

21   LTCOL Jane Clarke, Retired, former Logistics Operations Officer, HQ, AMC /A43,
22   Scott AFB, IL;

23   Jill Smith, Director of Personal Property, USN, FISC, Puget Sound, WA;

24   Karen Braget, Transportation Officer, Defense Distribution Depot Puget Sound,
25   Bremerton, WA;

1   Donna Jack, HHGs, HQ, SDDC;

2   a DCAA auditor, possibly Robert Southerland;

3   Vince Tutiakof, past Chairman, Aleut Corp., and Board member, Aleut Enterprise

4   Corp.;

5   Dave Jensen, VP, Reeve Airlines, AK;

6   William J. Cassidy, Deputy Assistant Secretary of the Navy, Conversion and

7   Redevelopment, USN, Washington, D.C.;

8   Robert Knierim; and

9   Dr. Ernest Nadel, economic expert on quantum/damages, who has otherwise been

10   disclosed and identified.

11   The United States cannot release the addresses and/or telephone numbers for the aforesaid

12   witnesses pursuant to the provisions of the Privacy Act, 5 U.S.C. § 552a.  Witnesses will be made

13   available for depositions to the extent possible.  The United States also reserves its right to call any

14   other witness for impeachment or rebuttal, and to call any witness identified by plaintiff.

15   Dated: 2/23/07                          PETER D. KEISLER
                                             Assistant Attorney General
16                                           TIMOTHY M. BURGESS
                                             United States Attorney
17                                           LANE TUCKER
                                             Chief, Civil Division
18                                           Assistant United States Attorney
                                             R. MICHAEL UNDERHILL
19                                           Attorney in Charge, West Coast Office
                                             Torts Branch, Civil Division
20

21
                                             _____/s/ Jeanne M. Franken_____
22                                           JEANNE M. FRANKEN
                                             Trial Attorney
23                                           Torts Branch, Civil Division
                                             U.S. Department of Justice
24
                                             Attorneys for Defendants/Appellees
25                                           United States of America

Revised and Supplemented Disclosure              5              CIVIL NO. A03-006 CV Admiralty JWS
of Witnesses by Defendant, U.S.A

1                   CERTIFICATE OF SERVICE United States of America

2       I HEREBY CERTIFY that on February 23, 2007, a copy of the foregoing Revised and

3 Supplemented Witness Disclosure of Defendant, United States of America, was served

4 electronically on:

5

6                   Richard D. Gluck, Esq.

7                   Garvey Schubert Barer

8

9                   William G. Royce, Esq.
                  Law Office of William G. Royce

10

11                   Attorneys for Plaintiff/Appellant
                  Samson Tug and Barge Company, Inc.

12

13

14                   s/Jeanne M. Franken

15                       JEANNE M. FRANKEN

16

17

18

19

20

21

22

23

24

25