IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMSON TUG AND BARGE CO., INC.,   )
an Alaska Corporation   )
  )
    Plaintiff/Appellant   )  Case Number:  A03-006 CV
  )            Admiralty JWS
    vs.   )
  )
UNITED STATES OF AMERICA,   )
  )
    Defendant/Appellee   )

**PROPOSED ORDER**

This matter has come before the Court on a Joint Stipulation of Parties to Modify Certain

Discovery Deadlines, and good cause having been shown.

IT IS HEREBY ORDERED that:

(1)    The close of discovery presently scheduled on April 13, 2007 shall be extended to
July 27, 2007.

(2)    Defendant shall file any notice of additional experts by April 13, 2007.

(3)    The date for witness identification shall be extended from February 23, 2007 to
April 20, 2007.

(4)    Plaintiff's experts shall file their reports by April 20, 2007, and Defendant's
experts shall file their reports by June 8, 2007.

(5)    The last date for filing dispositive motions shall be extended to August 24, 2007.

.Dated this _____ day of _____, 2007.

_____
Chief Judge John W. Sedwick
United States District Court
District of Alaska