IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., <br> an Alaska Corporation <br><br>     Plaintiff/Appellant <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br>     Defendant/Appellee | Case Number:  A03-006 CV <br>                       Admiralty JWS |

**ORDER**

This matter has come before the Court on a Joint Stipulation of Parties to Modify Certain Discovery Deadlines, and good cause having been shown.

**IT IS HEREBY ORDERED** that:

(1) The close of discovery presently scheduled on April 13, 2007 shall be extended to July 27, 2007.

(2) Defendant shall file any notice of additional experts by April 13, 2007.

(3) The date for witness identification shall be extended from February 23, 2007 to April 20, 2007.

(4) Plaintiff's experts shall file their reports by April 20, 2007, and Defendant's experts shall file their reports by June 8, 2007.

(5) The last date for filing dispositive motions shall be extended to August 24, 2007.

Dated this 28th day of February 2007.

                                            /s/ Chief Judge John W. Sedwick
                                            United States District Court
                                            District of Alaska