IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMSON TUG AND BARGE CO., INC., )
an Alaska Corporation )
)
    Plaintiff/Appellant )  Case Number: A03-006 CV
)   Admiralty JWS
vs. )
)
UNITED STATES OF AMERICA, )
)
    Defendant/Appellee )

### JOINT STIPULATION OF PARTIES TO
### MODIFY CERTAIN DISCOVERY DEADLINES,
### WITH PROPOSED ORDER

COME NOW the parties hereto and respectfully propose this Stipulation and Order regarding certain discovery deadlines and factual matters. The facts relevant to the parties' claims and defenses involve the formation, performance and alleged breach of a maritime contract whereby Samson Tug & Barge Co., Inc. (Plaintiff) provided transportation by barge between the continental United States and the Naval Air Station/Facility at Adak, Alaska in the mid-1990s. The Adak base was closed in 1997. This lawsuit was filed in January of 2003. Depositions and document exchanges are ongoing in this case, and extensive document exchanges and a deposition occurred in the first four months of 2007. Additional other depositions and submittals of expert reports are scheduled. To accommodate the schedules of the parties' experts who are preparing their respective reports and who will be deposed based on those reports, Counsel have conferred and agreed that a limited modification of some of the deadlines previously approved by the Court is needed. No extension in the discovery or motion deadlines is being sought. Accordingly the parties are filing this Joint Stipulation and Proposed Order to set forth their need for a modification of the discovery schedule in certain limited regards, and jointly request the Court's approval of the deadlines proposed herein.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

(1) The close of discovery shall remain as presently scheduled on July 27, 2007.

(2) The last date for filing dispositive motions shall remain on August 24, 2007.

(3) The date for fact witness disclosures shall be extended until April 27, 2007.

(4) Plaintiff's expert shall file his report by April 27, 2007, and Defendant's expert shall file his report by July 13, 2007.

Respectfully submitted,

Dated: April 20, 2007

/s/ Richard D. Gluck
Richard D. Gluck
Harold G. Bailey, Jr.
Garvey Schubert Barer
1000 Potomac Street, NW, 5th Floor
Washington, DC  20007
Counsel for Samson Tug and Barge Co., Inc.

Dated: April 20, 2007

/s/ William G. Royce
William G. Royce
Law Office of William G. Royce
1227 West 9th Avenue
Suite 200
Anchorage, AK  99501
Counsel for Samson Tug & Barge. Co., Inc.

Dated: April 20, 2007

/s/ Jeanne M. Franken (consent)
Jeanne M. Franken
Trail Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5393 Federal Building
P.O. Box 36028
San Francisco, CA  94102-3463
Counsel for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant/Appellee | Case Number: A03-006 CV<br>Admiralty JWS |

**PROPOSED ORDER**

This matter has come before the Court on a Joint Stipulation of Parties to Modify Certain Discovery Deadlines, and good cause having been shown.

IT IS HEREBY ORDERED that:

(1) The close of discovery shall remain as presently scheduled on July 27, 2007.

(2) The date for filing dispositive motions shall remain on August 24, 2007.

(3) The date for fact witness disclosures shall be extended to April 27, 2007.

(4) Plaintiff's expert shall file his report by April 27, 2007, and Defendant's expert shall file his report by July 13, 2007.

Dated this ___ day of April, 2007.

_____
Chief Judge John W. Sedwick
United States District Court
District of Alaska