PETER D. KEISLER
Assistant Attorney General
NELSON P. COHEN
United States Attorney
LANE TUCKER
Chief, Civil Division
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Telefax: (907) 271-3224
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632

Attorneys for Defendants/Appellees
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND | ) Civil No. A03-006 CV<br>)<br>) IN ADMIRALTY<br>)<br>)<br>)<br>)<br>) REVISED AND SUPPLEMENTED<br>) DISCLOSURE OF WITNESSES BY<br>) <u>DEFENDANT, USA</u><br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1     Defendants/Appellees    )
    _____    )

Pursuant to this court's order, defendant, United States of America, does hereby supplements its prior disclosure of potential witnesses in this matter.

The United States may call the following witnesses, live or by deposition, at the trial of this matter:

    Doug Anderson, SDDC, 661 Sheppard Place, Fort Eustis, VA, 23604, 757-878-8153;

    Greg Dawson, Contracting Officer, SDDC, 200 Stovall Street, Alexandria, VA, 22332, 703-428-2020;

    Carrolyn Corria, Contract Specialist, SDDC, 200 Stovall Street, Alexandria, VA 22332, 703-428-2038;

    Craig Robinson, possibly with the VA, address and phone number not presently known;

    Lynn Prybar, retired SDDC

    Charles Winslow, retired SDDC;

    Lucille Ludwig, retired SDDC;

    Lynne Strickland, retired SDDC;

    David Carter, Dept. Of Commerce, address and phone number not presently known;

    John Seaton, SDDC, Transportation Officer, 833d Transportation Battalion, 4735 East Marginal Way South, Seattle, WA 98134, 206-764-6528;

    Jeff Eastby, Transportation Officer, DCM Seattle, 3009 112th Ave. NE, Suite 200, Bellevue, WA 98004, 425-889-7323;

    Lee Gavitt, USAF, Transportation Management Officer, Elmendorf AirForce Base, Anchorage, Alaska, 907-552-7202;

1   Robert Meno, SDDC, Alaska Detachment, Elmendorf AFB, Anchorage, AK,
2 907-552-1226;
3   Roy Earhart, retired SDDC
4   Ron Shackleford, SDDC, Integrated Booking System, Washington, D.C., 703-428-
5 3168;
6   Dianne Hensley, MSC, address and phone number not presently known;
7   Bob Pleas, MSC, Seattle, WA, 206-526-3908;
8   Ron Kahlenbach, MSC, Anchorage, Alaska;
9   CDR Rod Duggins, USN, Supply Officer, CVC, Gulfport, MISS, 228-871-2204;
10   CDR William Duerden, USN, NAVFAC, Indian Head, MD, 20640,
11 301-744-4286;
12   Michael Gragen, former USN;
13   Gregory Hanby, former USN;
14   Stephen Cabiroy, former USN;
15   Keith Mulder, retired USN;
16   Lee Freitag, retired USN;
17   Anthony Leigh;
18   Walt Davis;
19   Mike Parnell;
20   Keith Westmoreland, retired USN;
21   Robert K. Uhrich, Office of the Asst. Secretary of the Navy (Installation and
22 Environment), 1000 Navy Pentagon, Washington, D.C. 20330, 703-614-5848;
23   Mark Burnham, USN, EFANW, Silverdale, WA, 360-396-1546;
24   Brian Andvik, USN, NAVFAC, Deputy Regional Program Director, Facilities, Navy
25 Region Northwest, Silverdale, WA 98315, 360-396-5022

Revised Disclosure of Witnesses
by Defendant, U.S.A                         3            CIVIL NO. A03-006 CV Admiralty JWS

1  Sidney Kuboi, USN, NAVFAC, Navy Region Northwest, Silverdale, WA 98315, 360-396-5022;

  Robert Courtwright, NAF Key West, FLA, 305-293-2881;

  Richard Stoll, former USN;

  Colleen Nerhoff Butcher, retired USN;

  Everett Butcher, retired USN;

  Catherine Edwards, retired USN;

  Joe Clark, Director, West Coast Operations, c/o Vision Technologies, 114 Elm Street, Rogers, AR 72756, 530-878-8418;

  Donald Hoffman, retired USN;

  Julius Washington, retired USN;

  Franklin Veninger, USN, Transportation Officer, Fleet Supply, PACFLT, Pearl Harbor, HI 96860, 808-474-9876;

  Cindy Williams, former USN;

  Lin Wong, USN, PACOM, Elrod Road Camp H.N. Camp, HI 96861, 808-477-7558;

  Mark Brady, USN, Director Transportation Policy, NOL SC, 1837 Morris Street, Suite 600, Norfolk, VA 23511, 757-443-5400;

  Steven Donohue, USN, Director of Transportation Office, NAVEUR, Naples, Italy, 39-081-568-3153;

  Thomas Strassbaugh, former USN;

  Charles Senerius, retired USN;

  David Briggs, Contract Specialist, West ROICC, Franklin Avenue, Lemore, CA 93246, 559-998-3905;

  Jane Clarke, retired USAF;

  Brian Peterson, USAF, Contract Administrator, Contracting Airlift Office, 1538

1  Airlifter Dr., Elmendorf AFB, Anchorage, Alaska 99506, 907-552-4283;

2  John Becker, AMC, Joint Mobility Operations Officer, HQ, Scott Air Force Base,
3  IL, 62225, 618-229-4190;

4  Richard Santinello, AMC, HQ AMC, Scott Airforce Base, IL 62225;

5  Lawrence Bala, AMC, Traffic Management Supervisor, HQ AMC, 102 East Martin
6  Street, Scott AFB, IL, 62225, 618-229-7601;

7  Dennis LaDrew, AMC, IT Specialist, HQ AMC, 402 Scott Drive, Scott AFB, IL,
8  62225, 618-229-2328;

9  Jay Barber, USAF, Traffic Managment Specialist, HQ AFMC, Wright Patterson
10 AFB, OH 45433, 937-257-4814

11 James Wakeley; USAF, Chief, Cargo/Vehicle Operations Policy Branch, 1030 Air
12 Force Pentagon, Washington, D.C. 20330, 703-697-4744;

13 Jill Smith, Director, Personal Property, 2255 Cole Avenue, Building 985, Bremerton,
14 WA, 360-476-3471;

15 Karen Braget, Transportation Officer, Defense Distribution Depot Puget Sound, WA,
16 360-315-5006;

17 Donna Jack, US Army, SDDC, HQ, 703-428-2977

18 DCAA auditor, possibly Robert Southerland;

19 George Speake, former Spacemark employee, address not known;

20 Vincent Tutiakoff, Aleut Corporation, address and phone number not known;

21 Dave Jensen, formerly of Reeve Airlines and/or the Aleut Corporation, address and
22 phone number not known;

23 Former Asst. Secretary of the Navy William Cassidy, no longer a Government
24 official; and

25 Dr. Ernest Nadel, Marine Economist, LECG, LLC, 2000 Powell Street, Suite 600,

1  Emeryville, CA 94608, 510-985-6898.

2      The United States cannot release certain addresses and/or telephone numbers for some of the

3  aforesaid witnesses pursuant to the provisions of the Privacy Act, 5 U.S.C. § 552a.  Witnesses will

4  be made available for depositions, to the extent possible.

5      The United States also reserves its right to call any other witness for impeachment or rebuttal

6  and to authenticate any exhibit, as necessary, and to call any witness identified by plaintiff.

7  Dated: 4/27/07                    PETER D. KEISLER
                                   Assistant Attorney General
8                                 NELSON P. COHEN
                                   United States Attorney
9                                 LANE TUCKER
                                   Chief, Civil Division
10                                Assistant United States Attorney
                                  R. MICHAEL UNDERHILL
11                                Attorney in Charge, West Coast Office
                                  Torts Branch, Civil Division

12

13
                                  /s/ Jeanne M. Franken
14                                JEANNE M. FRANKEN
                                  Trial Attorney
15                                Torts Branch, Civil Division
                                  U.S. Department of Justice
16                                Attorneys for Defendants/Appellees
                                  United States of America

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2007, a copy of the foregoing Expert Disclosure of Defendant, United States of America, was served electronically on:

>Richard D. Gluck, Esq.
>Garvey Schubert Barer

>William G. Royce, Esq.
>Law Office of William G. Royce

>Attorneys for Plaintiff/Appellant
>Samson Tug and Barge Company, Inc.

>/s/ Jeanne M. Fanken
>_____
>   Jeanne M. Franken