IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation )<br>)<br>Plaintiff/Appellant )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant/Appellee ) | Case Number: A03-006 CV<br>Admiralty JWS |

## JOINT STIPULATION OF PARTIES TO MODIFY CERTAIN DEADLINES, WITH PROPOSED ORDER

COME NOW the parties hereto and respectfully propose this Stipulation and Order regarding certain deadlines in this case. Depositions and document exchanges have been ongoing in this case, and extensive document exchanges and depositions occurred in the first six months of 2007. Additional other depositions and submittal of defendants' expert report are scheduled. To accommodate the schedules of the parties, their counsel and respective experts, Counsel have conferred and agreed that a limited modification of some of the deadlines previously approved by the Court is needed. Accordingly the parties are filing this Joint Stipulation and Proposed Order to set forth their need for a modification of the case schedule in certain limited regards, and jointly respectfully request the Court's approval of the deadlines proposed herein.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

(1) Defendant's expert shall file his report by July 20, 2007.

(2) The close of discovery shall be September 28, 2007.

(3)   The last date for filing dispositive motions shall be October 19, 2007.

                                                  Respectfully submitted,

Dated: July 11, 2007
                      /s/ Richard D. Gluck
                      Richard D. Gluck
                      Harold G. Bailey, Jr.
                      Garvey Schubert Barer
                      1000 Potomac Street, NW, 5th Floor
                      Washington, DC  20007
                      Counsel for Samson Tug and Barge Co., Inc.

Dated: July 11, 2007
                      /s/ William G. Royce
                      William G. Royce
                      Law Office of William G. Royce
                      1227 West 9th Avenue
                      Suite 200
                      Anchorage, AK  99501
                      Counsel for Samson Tug & Barge. Co., Inc.

Dated: July 11, 2007
                      /s/ Jeanne M. Franken (consent)
                      Jeanne M. Franken
                      Trail Attorney
                      Torts Branch, Civil Division
                      U.S. Department of Justice
                      7-5393 Federal Building
                      P.O. Box 36028
                      San Francisco, CA  94102-3463
                      Counsel for the United States of America