IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC.,<br>an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant/Appellee | Case Number:  A03-006 CV<br>                      Admiralty JWS |

**PROPOSED ORDER**

This matter has come before the Court on a Joint Stipulation of Parties to Modify Certain Deadlines, and good cause having been shown.

IT IS HEREBY ORDERED that:

(1)    Defendant's expert shall file his report by July 20, 2007.

(2)    The close of discovery shall be September 28, 2007.

(3)    The last date for filing dispositive motions shall be October 19, 2007.

Dated this ___ day of July, 2007.

                                                      Chief Judge John W. Sedwick
                                                      United States District Court
                                                      District of Alaska