IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC.,<br>an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant/Appellee | Case Number: 3:03-cv-00006-JWS<br>Admiralty |

**ORDER**

    This matter has come before the Court on a Joint Stipulation of Parties to Modify Certain Deadlines, and good cause having been shown.

IT IS HEREBY ORDERED that:

    (1)    Defendant's expert shall file his report by July 20, 2007.
    (2)    The close of discovery shall be September 28, 2007.
    (3)    The last date for filing dispositive motions shall be October 19, 2007.

    The court is highly unlikely to grant any further enlargement of time in this case.

Dated this   12   day of July, 2007.

                                                            /s/ JOHN W. SEDWICK
                                                            United States District Court Judge