PETER D. KEISLER
Assistant Attorney General
NELSON P. COHEN
United States Attorney
LANE TUCKER
Chief, Civil Division
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Telefax: (907) 271-3224
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendants/Appellees
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND<br><br>    Defendants/Appellees<br>_____ | Civil No. A03-006 CV<br><br>IN ADMIRALTY<br><br><br><br><br><br>NOTICE OF FILING OF EXPERT REPORT BY DEFENDANT, UNITED STATES OF AMERICA |

Defendant, United States of America, hereby gives notice of the filing of its expert

1 | report, which is attached hereto, as required by this Court's orders.

2 | Dated: July 20, 2007.

PETER D. KEISLER
Assistant Attorney General
NELSON P. COHEN
United States Attorney
LANE TUCKER
Chief, Civil Division
Assistant United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

s/Jeanne M. Franken
_____
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendants/Appellees
United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July __20__, 2007, a copy of the foregoing NOTICE OF FILING OF EXPERT REPORT BY DEFENDANT, UNITED STATES OF AMERICA, was served electronically on:

      Richard D. Gluck, Esq.
      Garvey Schubert Barer

      William G. Royce, Esq.
      Law Office of William G. Royce

      Attorneys for Plaintiff/Appellant
      Samson Tug and Barge Company, Inc.

      s/Jeanne M. Franken
      JEANNE M. FRANKEN