## Documents Considered

| Description | Date | Beginning Bates | Ending Bates |
|---|---|---|---|
| **Court Filings** | | | |
| Claim for Breach of Contract or in the Alternative Request for Equitable Adjustment for Constructive Partial Termination for the Convenience of the Government of Contract No. N62387-95-D-85033 (with Damages Proposal, Schedules I-V, and Exhibits 1-25) | 12/10/2001 | | |
| Samson Tug and Barge Co., Inc. v. United States Complaint (A03-006 CV) | 1/14/2003 | | |
| Samson Tug and Barge Co., Inc. v. United States Order (A03-006 CV JWS) | 6/15/2006 | | |
| Plaintiffs Responses to Defendant's Second Request for Production of Documents | 4/13/2006 | | |
| Samson Tug's Second Request for Production of Documents | 5/11/2006 | | |
| United States Of America's Second Set of Requests for Production to Samson Tug and Barge | 11/1/2005 | | |
| Samson Tug and Barge's Responses to USA's First Set of RFPS, Interrogatories and Request for Admissions | 3/1/2004 | | |
| Plaintiff's Responses to Defendant's Second Request for Production of Documents | 4/13/2006 | | |
| | | | |
| **Depositions and Exhibits** | | | |
| Deposition of Brian P. Peterson Volume I (with Exhibits # 1-3) | 11/28/2005 | | |
| Deposition of Brian P. Peterson Volume II (with Exhibit # 4) | 11/29/2005 | | |
| Deposition of Douglas J. Anderson Volume I (with Exhibits # 5-9) | 11/30/2005 | | |
| Deposition of Douglas J. Anderson Volume II (with Exhibits # 10-19) | 12/1/2005 | | |
| Deposition of John T. Seaton | 7/12/2006 | | |
| Deposition of Jeff L. Eastby (with Exhibits # 20-24) | 7/12/2006 | | |
| Deposition of Corella Baggen (with Exhibits # 25-43) | 7/13/2006 | | |
| Deposition of Michael A. Halko Volume I (with Exhibits # 44-48) | 7/14/2006 | | |
| Deposition of Michael A. Halko Volume II (with Exhibits # 49-70) | 9/6/2006 | | |
| Deposition of John Mead (with Exhibit # 71) | 9/7/2006 | | |
| Deposition of George Baggen (with Exhibits # 72-73) | 9/8/2006 | | |
| Deposition of Robert J. Clark (with Exhibits # 74-85) | 4/10/2007 | | |
| Deposition of William Duerden | 5/16/2007 | | |
| Deposition of Lee Gavitt (with Exhibits # 87-89) | 5/22/2007 | | |
| Deposition of George L Johnson (with Exhibits # 90-107) | 5/23/2007 | | |
| Deposition of Gregory Dawson | 6/19/2007 | | |
| Deposition of Michael Gragen | 6/20/2007 | | |
| | | | |
| **Expert Reports** | | | |
| Expert Report of George L Johnson | 4/27/2007 | | |
| Corrected Expert Report of George L Johnson | 5/21/2007 | | |
| | | | |
| **Various Bates Numbered Documents** | | | |
| | | PL FOIA 000001 | PL FOIA 001396 |
| | | STB 100000 | STB 120668 |
| | | US 00000001 | US 00011684 |

## Documents Considered

| Description | Date | Beginning Bates | Ending Bates |
|---|---|---|---|
| **Additional Documents** | | | |
| Letter to Commander, Military Sealift Command re: Solicitation N62387-94-R-8530 | 9/13/1995 | | |
| Letter to Military Sealift Command re: Contract No, N00033-91-C8503; Transportaion Services between Seattle-Tacoma and Adak, Alaska | 9/25/1997 | | |
| Letter from Lucille Ludwig of the Navy to Tom Ousdale of Samson Tug & Barge Serving Notice of Official Protest | 7/31/1995 | | |
| MSC Pre-Proposal Conference Minutes for RFP No. N62387-94-R-8530 | 4/6/1995 | | |
| Amendments of Solicitation/Modification of Contract No. N62387-95-D-8503 | | | |
| Award of Contract No. N62387-95-D-8503 | 10/1/1995 | | |
| "Freight Impact Analysis of Potential Alaska Peninsula Roadway Segments and Regional Freight Movement Summary" Technical Memorandum, Southwest Alaska Transportation Plan | 3/1/2000 | | |
| "Scrap Metal Survey NAF Adak" Adak, Alaska, Tenchical Report, Appendices A-D Volume 1 of III | 2/1/1996 | | |
| "Equitable Adjustment or Certified Claim?", Contract Management | 6/1/2004 | | |
| **Data** | | | |
| ADAK1.xls | 8/30/2006 | | |
| ADAK1 analysis.xls | 8/30/2006 | | |
| CLORDER1.xls | 8/30/2006 | | |
| MILITARY1.xls | 8/30/2006 | | |
| newto20021.xls | 8/30/2006 | | |
| voyage1.xls | 8/30/2006 | | |
| Samson Cargo Summary for 95 Contract redacted.xls | 4/28/2006 | | |
| **Websites** | | | |
| http://www.sitka.net | | | |
| http://www.samsontug.com | | | |
| http://www.pafak.com | | | |
| http://www.pafak.com | | | |
| http://www.chemicals-technology.com | | | |
| http://www.fast.faa.gov | | | |
| http://www.oblongov.poweradvocates.com | | | |
| http://www.managementconcepts.com | | | |
| http://www.research.ucsb.edu | | | |
| http://www.fedpubseminars.com | | | |
| http://www.washingtontechnology.com | | | |
| http://www.hilltoptimes.com | | | |
| http://www.acq.osd.mil | | | |
| http://www.af.mil | | | |