## Attachment C
## Mr. Johnson's Incorrect Cost Shift

|  | Panel 1: (10/1/95 – 9/31/97)[1] | | | | Panel 2: (10/1/95 – 9/31/97)[2] | | |
|---|---|---|---|---|---|---|---|
|  | Adjusted Totals | Disallowed SAGE | Non-Contract | Contract | Adjusted Totals | Commercial | Navy |
| Revenue | $45,439,387 |  | $37,786,283 | $7,653,104 | $45,439,387 | $37,786,283 | $7,653,104 |
| Direct Costs | $42,757,018 |  | $31,514,846 | $11,242,172 |  |  |  |
| SAGE-Allowable | $4,115,006 | $273,250 | $2,831,637 | $1,010,119 |  |  |  |
| Total Costs | $46,872,024 | $273,250 | $34,346,483 | $12,252,291 | $46,872,024 | $34,619,733 | $12,252,291 |
| Operating Profit | ($1,432,637) | ($273,250) | $3,439,800 | ($4,599,187) | ($1,432,637) | $3,166,550 | ($4,599,187) |
|  |  |  | 10.015% |  |  | 9.1% | -37.5% |
|  |  |  |  |  |  |  |  |
| Uncompensated Damage due to Alleged Breach |  |  |  | $5,824,417 |  |  |  |
| Reasonable Profit |  |  |  | $1,225,230 |  |  |  |
|  |  |  |  | 10.0% |  |  |  |

---

[1] The Johnson Report, Schedule 3 (corrected).
[2] The Johnson Report, Schedule 3 (corrected); consolidated.

**Attachment C**
**Mr. Johnson's Incorrect Cost Shift**

|  | Panel 3: Cost Allocations Based on Actual Samson Data (10/1/95 – 9/31/97) | | | Panel 4: Cost Allocations Based on Correct Johnson Assumption On Bidding (10/1/95 – 9/31/97) | | |
|---|---|---|---|---|---|---|
|  | Adjusted Totals | Navy | Commercial | Adjusted Totals | Navy | Commercial |
| Revenue | $45,439,387 | $7,653,104 | $37,786,283 | $45,439,387 | $7,653,104 | $37,786,283 |
| Total Costs | $46,872,024 | $5,813,805 | $41,058,219 | $46,872,024 | $5,911,944 | $40,960,080 |
| Operating Profit | ($1,432,637) | **$1,839,299** | ($3,271,936) | ($1,432,637) | **$1,741,160** | ($3,173,797) |
|  |  | 31.6% | -8.0% |  | 29.5% | -7.7% |
| Derivation of Navy Cost: |  |  |  |  |  |  |
| Projected Revenue, Navy View |  | $6,503,138 |  |  | $6,503,138 |  |
| Samson Cost Construction |  | 89.4% |  |  | 90.9% |  |
| **Samson Cost** |  | **$5,813,805** |  |  | **$5,911,944** |  |

C-2