IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation <br><br> Plaintiff/Appellant <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant/Appellee | Case Number: A03-006 CV Admiralty JWS <br><br><br> NOTICE OF DEPOSITION OF ERNEST NADEL |

**PLEASE TAKE NOTICE** that Plaintiff, Samson Tug and Barge Co., Inc, will, by agreement, take the deposition of Defendant's designated expert, Ernest Nadel, on Thursday, August 17, 2007 at 10:00 a.m. (PST) at Seyforth Shaw, LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. The deponent is directed to bring his <u>complete</u> file on this matter to the deposition, including all drafts of his report and all items which make up the file in whatever medium they exist, except as otherwise agreed. The examination will take place before a court reporter authorized by law to administer oaths, will be recorded stenographically may include sound and visual recordation and will continue from day to day until completed.

Dated: August 10, 2007

Respectfully submitted,

/s/ Richard D. Gluck
Richard D. Gluck
Harold G. Bailey, Jr.
Garvey Schubert Barer
1000 Potomac Street, NW, 5th Floor
Washington, DC  20007
Counsel for Samson Tug and Barge Co., Inc.

/s/ William G. Royce
William G. Royce
Law Office of William G. Royce
1227 West 9th Avenue, Suite 200
Anchorage, AK  99501
Counsel for Samson Tug & Barge. Co., Inc.

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2007, I served a copy of the foregoing NOTICE OF DEPOSITION OF ERNEST NADEL by electronic transmission and first-class mail, postage prepaid upon:

        Jeanne M. Franken
        Trail Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        7-5393 Federal Building
        P.O. Box 36028
        San Francisco, CA 94102-3463
        Jeanne.Franken@usdoj.gov

        _____
        Robert A.W. Boraks