IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., ) <br> an Alaska Corporation ) <br> ) <br> Plaintiff/Appellant ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant/Appellee ) | Case Number:  A03-006 CV <br> Admiralty JWS |

**PROPOSED ORDER**

This matter has come before the Court on a Joint Stipulation of Parties to Modify Certain Deadlines, and good cause having been shown.

IT IS HEREBY ORDERED that:

(1)   A continuation of Defendant's deposition of Plaintiff's expert shall occur on or before November 16, 2007.

(2)   The close of discovery shall be November 23, 2007.

(3)   The last date for filing dispositive motions shall be December 14, 2007.

Dated this ___day of _____, 2007.

_____
Chief Judge John W. Sedwick
United States District Court
District of Alaska