IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation, <br><br>    Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant/Appellee | )<br>)<br>)<br>) Case Number: A03-006 CV<br>) Admiralty JWS<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter has come before the Court on a Joint Stipulation of Parties to Modify Certain Deadlines, and good cause having been shown.

**IT IS HEREBY ORDERED** that:

(1) A continuation of Defendant's deposition of Plaintiff's expert shall occur on or before November 16, 2007.

(2) The close of discovery shall be November 23, 2007.

(3) The last date for filing dispositive motions shall be December 14, 2007.

Dated this 1st day of October 2007.

                                /s/ JOHN W. SEDWICK
                                UNITED STATES DISTRICT JUDGE