MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*SAMSON TUG AND BARGE CO., INC.*   v.   *UNITED STATES OF AMERICA*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:03-cv-00006 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  March 17, 2008

The court has somewhat belatedly reviewed the parties' responses to the order to certify this case for trial. Based on that review and taking into account the court's own calendar,

**IT IS ORDERED**:

(1)  Any motion which seeks to preclude any witness from giving testimony at trial shall be filed no later than **March 31, 2008.**

(2)  The parties shall advise the court no later than **May 2, 2008**, of the prospects for settlement and whether or not a settlement conference before a magistrate judge or another district judge is desired.

(3)  A standard trial setting order will be issued shortly.  That order will set the final pre-trial conference for **8:30 AM** on Friday, **September 5, 2008.**  Trial to the court will be set to commence at **9:00 AM** on Tuesday, **September 30, 2008**, and is expected to take no more than seven days.