COPY

1 | PETER D. KEISLER
Assistant Attorney General
2 | TIMOTHY M. BURGESS
United States Attorney
3 | LANE TUCKER
Chief, Civil Division
4 | Assistant United States Attorney
Federal Building & U.S. Courthouse
5 | 222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
6 | Telephone: (907) 271-5071
Telefax: (907) 271-3224
7 | R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
8 | Torts Branch, Civil Division
JEANNE M. FRANKEN
9 | Trial Attorney
Torts Branch, Civil Division
10 | U.S. Department of Justice
7-5395 Federal Building
11 | P.O. Box 36028
450 Golden Gate Avenue
12 | San Francisco, California 94102-3463
Telephone: (415) 436-6644
13 | Telefax: (415) 436-6632

14 | Attorneys for Defendants/Appellees
United States of America
15

16 | IN THE UNITED STATES DISTRICT COURT

17 | FOR THE DISTRICT OF ALASKA

18 | SAMSON TUG AND BARGE CO., INC., an ) Civil No. A03-006 CV (JWS)
Alaska Corporation )
) IN ADMIRALTY
19 |     Plaintiff/Appellant )
)
20 |         v. )
)
21 | UNITED STATES OF AMERICA, ) RULE 30(B)(6) NOTICE OF
) EXAMINATION BEFORE TRIAL
22 |     acting by and through )
)
23 | the UNITED STATES DEPARTMENT of the )
NAVY MILITARY SEALIFT COMMAND, )
24 | and UNITED STATES DEPARTMENT OF )
THE ARMY MILITARY TRAFFIC )
25

RULE 30(B)(6) NOTICE OF EXAMINATION BEFORE TRIAL    1             CIVIL NO. A03-006 CV (JWS)

Exhibit "A"-1

MANAGEMENT COMMAND        )
                          )
    Defendants/Appellees  )
_____)

PLEASE TAKE NOTICE that, pursuant to this Notice and Rule 30(b)(6) of the Federal Rules of Civil Procedure, the United States of America will take the examination before trial of Samson Tug and Barge Co. at the office of Naegeli Reporting Corporation, 601 Union Street, Suite 1624, Seattle, Washington 98101, phone (206) 622-3376, on Friday, July 27, 2007 at 10:00 a.m.

Samson Tug and Barge Co. shall designate and produce for deposition such person(s) as are competent to testify on behalf of the deponent regarding the matters set forth below concerning the contract for the carriage of Government cargo to and from Adak, Samson's operation, its claim and its prayer for fees:

1.  The factual basis for your contention that a diversion of what you call "contract cargo" in your complaint to some other carriage than Samson Tug and Barge actually occurred;

2.  The factual basis for your contention that a diversion of what you call "contract cargo" in your complaint to carriage by air actually occurred;

3.  The factual basis for your contention that the Government induced Samson to bid on the subject contract by agreeing to ship "all military and military sponsored cargo" with Samson Tug and Barge;

4.  The factual basis for your claim to entitlement to attorney's fees and costs under EAJA;

5.  The amount of your claim for attorney's fees and costs, and the support for each;

6.  The factual basis for your contention that the denial of your claim was baseless.

1 | Said examination will take place before a reporter authorized by law to administer
2 | oaths, and will continue from day to day until completed.

3
4 | Dated: June 19, 2007.
5 |
6 |
7 |
8 |
   PETER D. KEISLER
   Assistant Attorney General
   TIMOTHY M. BURGESS
   United States Attorney
   LANE TUCKER
   Chief, Civil Division
   Assistant United States Attorney
   R. MIKE UNDERHILL
   Attorney in Charge, West Coast Office
   Torts Branch, Civil Division

9
10 |
11 | JEANNE M. FRANKEN
12 | Trial Attorney
     Torts Branch, Civil Division
     U.S. Department of Justice

13 | Attorneys for Defendants/Appellees
     United States of America

14
15
16
17
18
19
20
21
22
23
24
25

RULE 30(B)(6) NOTICE OF EXAMINATION BEFORE TRIAL    3    CIVIL NO. A03-006 CV (JWS)

//

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2007, I have served a copy of the foregoing RULE 30(B)(6) NOTICE OF EXAMINATION BEFORE TRIAL by telefax and first-class mail, postage prepaid, upon:

> Harold G. Bailey, Jr.
> GARVEY SCHUBERT BARER
> Fifth Floor, Flour Mill Building
> 1000 Potomac Street, N.W.
> Washington, D.C. 20007
>
> William G. Royce, Esq.
> Law Office of William G. Royce
> 1227 West 9th Avenue, Suite 200
> Anchorage, Alaska 99501
>
> Attorney for Plaintiff/Appellant
> Samson Tug and Barge Company, Inc.

_____
VERONICA GARNER