Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAMSON TUG AND BARGE CO.,

INC., an Alaska Corporation

    Plaintiff/Appellant,

vs.   Civil No. A03-006 CV (JWS)

UNITED STATES OF AMERICA, IN ADMIRALTY

Acting by and through

THE UNITED STATES DEPARTMENT OF

THE NAVY MILITARY SEALIFT COMMAND,

And THE UNITED STATES DEPARTMENT

OF MANAGEMENT COMMAND,

    Defendants/Appellees.

---

30(b)(6) DEPOSITION OF SAMSON TUG AND BARGE CO., INC.

July 27, 2007

- - -

Transcribed by Susan Dillon

Exhibit "B"-13

```
 1    APPEARANCES

 2

 3    JEANNE M. FRANKEN

 4    Attorney at Law

 5    U.S. DEPARTMENT OF JUSTICE

 6    Civil Division

 7    450 Golden Gate Avenue

 8    7-5395 Federal Building

 9    San Francisco, California 94102

10    (415) 436-6644

11    (415) 436-6632

12    JEANNE.FRANKEN@USDOJ.GOV

13    Appearing on behalf of the Defendants/Appellees, United

14    States of America

15

16

17

18

19

20

21

22

23

24

25
```

14

1                         Exhibit Index

2

3    Exhibit No.                                              Page

4    Exhibit 111      30(b)(6) Notice of                       4

5                     Examination Before

6                     Trial

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                                            /5/

```
 1   SEATTLE, WASHINGTON;
 2   JULY 27, 2007
 3   10:00 A.M.
 4            MS. FRANKEN: All right, on the
 5   Record. My name is Jeanne Franken and I am the
 6   attorney for the United States in the action that has
 7   been brought by Samson Tug and Barge against the
 8   Federal Government in a case pending in District Court
 9   in Alaska.
10            I noticed a Federal Rule Civil
11   Procedure 30(b)(6) deposition of Plaintiff Samson Tug
12   and Barge on a variety of subjects, six in number,
13   back on, in July of 2007 and Samson Tug and Barge
14   has advised me that they will not be producing
15   witnesses on these subjects today, although they have
16   had about a month's notice for these depositions.
17            They have sent, written letters with
18   that in it, and also advised me verbally and by email
19   either late last night or I saw it first this
20   morning.  In fact they were standing by that
21   decision, although I had advised them that I intended
22   to proceed if they did not either obtain a protective
23   order or at least seek a protective order as is
24   required under the Federal Rules.
25            To my knowledge they have not made
```

Case 3:03-cv-00006-JWS    Document 72-3    Filed 03/31/2008    Page 5 of 7
Samson Tug and Barge Co., Inc. Rule 30(b)(6)                   July 27, 2007

Page 5

1  any effort to obtain a protective order with regard
2  to these subjects.  With that in mind, I continue to
3  advise them that I would convene the depositions.  It
4  is now 15 minutes past the time that the depositions
5  were noticed for and no one has appeared.
6              So, with that said, I will now just note
7  on the record again that no witnesses have been
8  produced and no protective order has been sought and
9  none has been obtained.  I have told the other side
10 that I would make appropriate motions at the correct
11 time with regard to this matter and that I do not
12 agree with the basis for their decision to not produce
13 witnesses at this time.
14             With that said, this is the end of
15 this proceeding.  Oh, and let me mark a copy of the
16 notice, although I noticed what I had you mark is
17 actually not a signed copy, but I have a signed copy.
18 So we will mark a notice that shows that actually
19 service was made on, not in July, but on June 29,
20 2007, of the notice both by telefax and first class
21 mail and Samson has conceded that they have been in
22 receipt of the notice now for about six weeks.  So
23 we will mark that as Exhibit 111, next in order.
24 Thank you.
25             (Whereupon, Exhibit 111 was marked for

17

1  identification.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

/8/

```
 1                      CERTIFICATE
 2
 3           I, Susan F. Dillon, do hereby certify that
 4    the matter herein mentioned on the preceding title
 5    page was transcribed.  I transcribed all requested
 6    audio in its entirety in the foregoing matter; and
 7    that the foregoing transcript pages constitutes a
 8    full, true and correct record of such audio.
 9
10           IN WITNESS HEREOF, I have hereunto set my
11    hand this  31st  day of  March  , 20 08 .
12
13
14
15                     _____
16                         Susan F. Dillon
17
```

/9