

## BRUEGGEMAN AND JOHNSON YEANOPLOS, P.C.

Mr. Johnson's hourly rate is $315 per hour for depositions, court testimony, and preparation associated therewith.

### GEORGE L. JOHNSON, CFA, CPA
george@bjvalue.com





EXHIBIT
95
5-23-07

George L. Johnson is the President and Co-founder of Brueggeman and Johnson Yeanoplos, PC. He directs the firm's complex litigation services, specializing in the calculation of economic damages in a broad range of personal and complex corporate disputes. Mr. Johnson also provides acquisition/divestiture support to closely held businesses and expert witness services. Since 1982 he has been involved in hundreds of cases and has testified in Federal Court, Bankruptcy Court, Superior Court, as well as arbitrations/mediations in Washington, Alaska, Montana, California and New York. Mr. Johnson's prior work experience includes various analytical and management positions in securities analysis and commercial banking.

Mr. Johnson holds a Bachelor of Science degree in Electrical Engineering from the University of Washington and a Master of Business Administration from the Wharton School of Finance at the University of Pennsylvania. He is a Chartered Financial Analyst (CFA), and a Certified Public Accountant (CPA). He is a member of the Financial Analysts Federation, the American Institute of Certified Public Accountants, the Washington Society of Certified Public Accountants and the Seattle Society of Financial Analysts.

http://bjyvalue.com/johnson.html

1/17/2007

Exhibit "C"-20

# GEORGE L. JOHNSON, CFA, CPA
*Curriculum Vitae*

### Experience

*President, Brueggeman and Johnson Yeanoplos, P.C. and predecessor entities (1982-1984 and 1988-present):* Specializes in financial analysis for the purposes of litigation support and the determination of economic damages in a broad range of personal and complex corporate disputes. Since 1982, has been involved in hundreds of cases and has testified in Federal Court, Bankruptcy Court, Superior Court and arbitrations/mediations in Washington, Alaska, Montana, California and New York. Engagements have been evenly divided between plaintiffs and defendants.

*Executive Vice President and Chief Financial Officer, Pacific First Federal Savings Bank (1984-1988):* Responsible for financial management, including asset/liability management, financial reporting, strategic planning and budgeting. Member of the Bank's Executive Committee. Served as a member and Chairman of Senior Credit Committee and Asset/Liability Policy Committee.

*Vice President and Division Manager, Seattle First National Bank (1975-1982):* Responsibilities included development and management of corporate diversification consisting of emerging companies, Manager of Strategic Planning for the Corporation, Manager of Asset/Liability Planning, Manager of Bank-wide budgeting, financial management of 170 branches, placement of corporate debentures, and financial analysis of a broad spectrum of Corporate decisions, including acquisitions, real estate, capital expenditures, and issuance of securities.

*Investment Analyst, Safeco Insurance Company (1972-1975):* Responsible for researching and analyzing selected industries and companies, and recommending and managing investments in those securities. Managed a $60 million stock portfolio and represented the Corporation on Venture Capital Board.

### Certifications

Chartered Financial Analyst                               Graduate – Pacific Coast Banking School
Certified Public Accountant—Washington

### Memberships

Member of:   Financial Analysts Federation           American Institute of CPAs
             Seattle Society of Financial Analysts   Washington Society of CPAs

### Education

Bachelor of Science, Electrical Engineering, University of Washington - 1969

Master of Business Administration, Wharton School of Finance, University of Pennsylvania - 1971
Concentration: Finance and Accounting

Graduate of Pacific Coast Banking School  1980 - 1982

Continuing education requirements as a CPA of 40 hours per year

### Publications

- "Valuation of S Corporations revisited, the impact of the life of an S election under varying growth and discount rates". *Business Valuation Review*, December, 1993
- Valuation of Options on Restricted Stock Using Simple Modifications of the Black-Scholes Model" *Business Valuation Review*, June, 1993
- "An Expert Witness Can Make or Break a Case". *The Journal of Accountancy*, August 2001

21

## GEORGE L. JOHNSON, CPA, CFA

### Testimony Summary in Deposition or Court from 2001 - Present

| Date | Case Name | File # | Type of Business | Type of Case | Attorney | Party Represented | Jurisdiction | Cause # |
|---|---|---|---|---|---|---|---|---|
| 1/29/2001 | Qwest | 20555 | Telecommunications | Lost profits | Tom Boeder | Defendant | Western District | C00-0013C |
| 1/31/2001 | Microsoft (Browne v.) | 20577 | Software | Wrongful termination | David Bateman | Defendant | Western District | C99-1665C |
| 5/22/2001 | Hi-Q Printing | 99514 | Printing | Lost profits | George Atwater | Plaintiff | King County | 97-2-17866-5 SEA |
| 6/28/2001 | Dreyer | 20141 | Telecommunications | Lost profits | Bill Royce | Plaintiff | 3rd District Ak Sup. Court | 3AN-98-10930Civil |
| 8/14/2001 | Lanterman | 20541 | Venture capital | Lost profits | Dick Clinton | Plaintiff | King County | 00-2-14333-8 SEA |
| 8/27/2001 | Torbitt And Castleman | 01522 | Food processing | Price adjustment | David Taylor | Plaintiff | American Arbitration Association | |
| 3/5/2002 | Interactive Objects | 02504 | Software | Stock valuation | Paul Spencer | Defendant | King County | 00-2-16733-4 SEA |
| 3/13/2002 | Interactive Objects | 02504 | Software | Value of securities | Paul Spencer | Defendant | King County | 00-2-16733-4 SEA |
| 4/25/2002 | U.S. Engines | 02530 | Engine remanufacturer | Lost profits | Jim Gauthier | Plaintiff | King County | 00-2-28460-8 KNT |
| 4/26/2002 | U.S. Engines | 02530 | Engine remanufacturer | Lost profits | Jim Gauthier | Plaintiff | King County | 00-2-30307-6 KNT |
| 9/19/2004 | Kelly, David | 1155 | Construction equipment | Lost wages | Brian Dolman | Plaintiff | Pierce County | 03-2-12311-6 |
| 11/19/2004 | Moss Adams (J. Gardner) | 1176 | Public Accounting | Lost Investment Inc. | Jim Hennessey | Defendant | King County | 01-4-04223-5 SEA |
| 12/22/2004 | Neuheisel | 1134 | Football Coach | Lost Wages | Robert Sulkin | Plaintiff | King County | 03-2-34268-9SEA |
| 5/16/2005 | Flying Eagle Espresso | 1210 | Airport Espresso | Lost profits | Andy Kinstler | Plaintiff | Western District | CV04-1551P |
| 6/2/2005 | Benita Thomas | 1219 | Consulting | Lost Profits | Andy Kinstler | Plaintiff | King County | C04-1756 RSM |
| 6/16/2005 | Aubin, Steven | 1204 | Software | Stock options | Bob Gould | Plaintiff | King County | 00-2-31666-6SEA |
| 9/26/2005 | Kelly, David | 1155 | Construction equipment | Lost wages | Brian Dolman | Plaintiff | Pierce County | 03-2-12311-6 |
| 8/29/2005 | Independent Fishermen's | 1106 | Fishing | Lost Profits | Bob Gould | Plaintiff | King County | 04-2-04700-5 SEA |
| 9/22/2005 | Westmark Development | 1052 | Real estate development | Lost profits | Jon Ferguson | Plaintiff | Snohomish County | 98-2-04813-0 |
| 10/11/2005 | Kelly, David | 1155 | Construction equipment | Lost wages | Brian Dolman | Plaintiff | Pierce County | 03-2-12311-6 |
| 10/7/2005 | Prudential Securities | 1209 | Securities | Securities Litigation | Kevin Lewis | Defendant | Island County | 01-2-00751-8 |
| 11/1/2005 | Westmark Development | 1052 | Real estate development | Lost Profits | Jon Ferguson | Plaintiff | Snohomish County | 98-2-04813-0 |
| 11/4/2005 | Moss Adams (Inland Fruit) | 1202 | Fruit Packing | Economic Damages | Evan Schwab | Defendant | King County | 04-2-20536-1SEA |
| 1/18/2006 | Independent Fishermen's | 1106 | Fishing | Lost Profits | Bob Gould | Plaintiff | King County | 04-2-04700-5 SEA |
| 6/13/2006 | McGraw-Hill | 1305 | Software Publishing | Royalties | Jack Lowery | Defendant | Western District | C02-1347L |

Publications:

1 "Valuation of "S" Corporations revisited: The impact of the life of an "S" election under varying growth and discount rates"

*Business Valuation Review, December 31, 1993*

2 "Valuation of Options On Restricted Stock Using Simple Modifications of the Black-Scholes Model"

*Business Valuation Review, June, 1998*

3 "An Expert Witness Can Make or Break a Case"

*Journal of Accountancy, August 2001*