```
 1   was in fact shipped by air.  Number three:  "Much of that
 2   cargo was apparently the type suitable for transportation by
 3   barge."  So those would be the three conclusions.
 4        Q.   How did you reach that last conclusion?
 5        A.   The last conclusion was by looking at manifests of
 6   Samson in prior lawsuits -- in prior manifests as to what
 7   kinds of goods were carried on the barges.  And then by
 8   looking at the three documents that are analyzed here as to
 9   the type of cargo that was in fact carried by the planes.
10        Q.   What's the relevance to your calculation of
11   economic damages allegedly suffered by Samson that the
12   planes for which there's a record that they called on Adak
13   during this period could have carried cargo of 20,600
14   measurement tons?
15        A.   What's the relevance to my calculation of damages?
16        Q.   Yes.
17        A.   The -- my calculation of damages as we went
18   through is a proxy for the damages because we were not able
19   to do it in the direct method, which had been described
20   previously.  We have done a return on cost method.  The --
21   if you will, the reasonableness of the method only shows
22   that the -- carrying more than 26 -- excuse me, more than
23   20,600 shows that in fact, if we were able to do the direct
24   method, it would -- there is more than sufficient capacity
25   to plausibly support that method.  We were not able to do
```



800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX

Naegeli Reporting Corporation

Portland, OR      Seattle, WA      Spokane, WA      Coeur d'Alene, ID
503.227.1544      206.622.3376     509.838.6000     208.667.1163

Court Reporting   Trial Presentation   Videoconferencing   Videography

40

```
 1        Q.   Do you understand what kind of an airplane a C-130
 2   is?
 3        A.   Yes, I believe so.
 4        Q.   What -- what is your understanding?
 5        A.   It's a large jet cargo plane.  It's a large cargo
 6   plane.
 7        Q.   Do you know what its mission is?
 8        A.   The mission of a C-130?  I imagine it's to haul
 9   freight.  I don't know the specific mission but I imagine
10   the mission for the Navy may be different than the mission
11   for the Air Force or for the mission for others.  I don't
12   know.
13        Q.   Do you know what the C-141 is?
14        A.   Yes.
15        Q.   What is it?
16        A.   It's a large jet cargo plane also capable of
17   carrying passengers.
18        Q.   Do you know what the mission of the C-141 was at
19   Adak?
20        A.   No.
21        Q.   Can you explain why the records you reviewed and
22   as are reflected on these tables show more cargo on those
23   two planes going into Adak than were coming out of Adak?
24        A.   Well, first of all as I've said I'm not sure these
25   records are complete.  So I think any conclusions may be --
```



**Naegeli Reporting Corporation**

800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX

Portland, OR 503.227.1544    Seattle, WA 206.622.3376    Spokane, WA 509.838.6000    Coeur d'Alene, ID 208.667.1163

Court Reporting    Trial Presentation    Videoconferencing    Videography

```
 1   cargo being carried on the one, two, three, four, five types
 2   of planes during that two-year period that I just asked you
 3   about, do you?
 4       A.   I have information that a flight landed and took
 5   off.  I don't have information regarding how much freight
 6   was on that plane.
 7       Q.   Well, in fact you have -- the only information you
 8   have is that there was zero; isn't that right?
 9       A.   No.  Some of those were left blank.  As you see on
10   the field, the C-9, the C-21, the DC-8, the C-1 -- the
11   HC-130N, and C-130E were unknown, they were blank.
12       Q.   Do you have any documents that indicate that even
13   one pound of cargo came off of Adak on any one of those five
14   types of airplanes for that two-year period?
15       A.   I don't have any information except I think it
16   would be unrealistic to think that those flights would
17   continue in and out with totally empty aircraft.  But I
18   don't have any information.  That's why they are not
19   included there.  They're included in the chart on the right
20   that talks about the capacity of the planes for the flights
21   which there is no information on.
22       Q.   Do you understand that Adak was a refueling depot?
23       A.   I think Adak was a number of things but I think
24   they had refueling, correct.
25       Q.   Are you a pilot?
```



Naegeli Reporting Corporation
800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX
Portland, OR 503.227.1544    Seattle, WA 206.622.3376    Spokane, WA 509.838.6000    Coeur d'Alene, ID 208.667.1163
Court Reporting    Trial Presentation    Videoconferencing    Videography
42

```
 1        A.   I am not a certified pilot, no.
 2        Q.   Have you ever served in the United States Air
 3   Force?
 4        A.   I have served in the U.S. Army as we talked
 5   before, not in the--
 6        Q.   Have you ever served in the United States Air
 7   Force?
 8        A.   No.
 9        Q.   That's a yes or not.  Have you ever served in the
10   United States Navy in a pilot capacity?
11        A.   No.
12        Q.   Did your service in the army have anything to do
13   with the carriage of cargo by air?
14        A.   No.
15        Q.   Have you ever worked for Air Mobility Command?
16        A.   No.
17        Q.   If we could look now at your page six table, that
18   is again on the lower of the two that's on the left next to
19   the plane B737.  And we see that you've recorded a freight
20   capacity of metric tons of 9,537, and that under the column
21   freight actually carried 3,139.1.  What does that reflect
22   about actual utilization on the B737 for flights into Adak?
23        A.   That would indicate just that, that they have a
24   capacity of 9,537 and 3,139 was actually carried.
25        Q.   So you would agree with me that it was -- they
```



**NaeGeLi**
**Reporting**
CORPORATION

800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX

Portland, OR    Seattle, WA    Spokane, WA    Coeur d'Alene, ID
503.227.1544    206.622.3376   509.838.6000   208.667.1163

Court Reporting    Trial Presentation    Videoconferencing    Videography

43

```
 1   included.  If the destination on those flights was outside
 2   of the continental U.S. for example, as I said Guam or
 3   Okinawa, those in fact were excluded from our calculations.
 4       Q.  But you don't know what happened to anything once
 5   it got to Anchorage, do you?
 6       A.  I don't know what happened once it got to
 7   Anchorage or when they got to McCord Air Force Base.
 8       Q.  What was your understanding of the route -- did it
 9   go for the 737s?  Did they go directly from Anchorage to
10   Adak and back to Anchorage?
11       A.  There -- I don't know if they went out to Shemya
12   for example or I think that was shut down and very small but
13   I don't know.  I believe they went from Anchorage to Adak
14   and returned, but I don't know.
15           MS. FRANKEN:  Now, I'm going to comment on the
16   record before I mark this that I don't believe that counsel
17   has a right to provide another report or to supplement the
18   opinions of its expert.  That this is beyond the many
19   extensions that were granted with regard to providing expert
20   testimony and that certainly my client is prejudiced in not
21   being able to respond and that we would move to exclude all
22   of this testimony at the appropriate time.  Nevertheless,
23   for purposes of identification I will ask the court reporter
24   to mark this late-produced report which bears a date of
25   November the 9th of 2007 as next in order.  And I believe
```


Naegeli Reporting Corporation
800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX
Portland, OR 503.227.1544 · Seattle, WA 206.622.3376 · Spokane, WA 509.838.6000 · Coeur d'Alene, ID 208.667.1163
Court Reporting · Trial Presentation · Videoconferencing · Videography
44

1  that we are at number 130.  I don't know if anyone wants to
2  correct me but I guess not so we're going to mark it as
3  number 130.
4           (Whereupon, Mr. Johnson's Analysis Relating to Dr.
5  Nadel's Report was marked Exhibit 130 for identification.)
6           MR. ROYCE:  And I would like to make a brief
7  statement after the court reporter has marked.
8           This is Bill Royce, counsel for Samson Tug.  The
9  analysis which has been marked as 130 came about in response
10 to a new issue identified in Dr. Nadel's report which has
11 been explained or described by the witness in this morning's
12 deposition.  The analysis in Dr. Nadel's report was
13 essentially that it was improbable or highly unlikely that
14 air cargo to or from Adak could have reached the amount
15 implied in the damage analysis of Mr. Johnson.  In response
16 to that Mr. Johnson has done some work -- supplemental work
17 which is reflected in Exhibit 130.  The topic of this
18 additional work was communicated to counsel for the
19 government in various telephone conversations and e-mails
20 and specifically including an e-mail of November 6th of 2007
21 sent on behalf of Bob Borax in which we discussed this
22 analysis and provided options to the government as to
23 whether to go forward with the deposition or seek to
24 continue it to a later date.  It's -- it's our view that
25 this additional work is something that would come in at


Naegeli Reporting Corporation
800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX
Portland, OR 503.227.1544    Seattle, WA 206.622.3376    Spokane, WA 509.838.6000    Coeur d'Alene, ID 208.667.1163
Court Reporting    Trial Presentation    Videoconferencing    Videography

```
 1   in order to do this additional analysis?
 2        A.   I believe that Mr. Morris talked to George Baggan
 3   and Corey Baggan.
 4        Q.   Mr. Morris was previously identified as being the
 5   person who did much of the leg work on your initial report
 6   and my efforts to depose him were rejected by counsel.
 7   Exactly what was Mr. Morris's role with regard to preparing
 8   this additional analysis?
 9        A.   Mr. Morris worked with me to do this analysis.
10        Q.   And what does that mean?
11        A.   That means that we would meet and discuss what
12   needed to be done and in some cases he constructed models
13   which we reviewed, analyzed, and modified.
14        Q.   Does Mr. Morris have some background with flight
15   data different than your own, which apparently is--
16        A.   Mr. Morris is--
17        Q.   -- nonexistent.
18        A.   I'm sorry?
19        Q.   I'm done.
20        A.   Mr. Morris is a financial analysis and has a CPA
21   and a CFA and other designations and works regularly with
22   financial records and reviewed the records.
23        Q.   Did you consult with any experts on air cargo?
24        A.   No.  We also -- we used research on the Internet
25   regarding these specific planes.  And we also used and
```



**NaeGeLi**
**RePorTinG**
CORPORATION

800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX

Portland, OR    Seattle, WA    Spokane, WA    Coeur d'Alene, ID
503.227.1544    206.622.3376   509.838.6000   208.667.1163

Court Reporting    Trial Presentation    Videoconferencing    Videography

46

```
 1   confirmed and used information reported by Dr. Nadel in his
 2   report.
 3        Q.   When you say you did research on the Internet on
 4   planes, is that information contained in the box of
 5   documents you've labeled box 3?
 6        A.   It is in box 1 or 2.  That information was also
 7   available for the first report -- first work and it was
 8   available at my deposition so it's in the earlier box.
 9        Q.   Did you have occasion to actually do any
10   investigation into the actual configuration of the actual
11   airplanes that were calling on Adak during the relevant
12   period?
13        A.   I don't have that information.
14        Q.   Did you make any effort to obtain that
15   information?
16        A.   The only way to obtain that information would be
17   from government records and I do not have any government
18   records that have been provided that have that information
19   on there.
20        Q.   You stated that you believed that Alaska Airlines,
21   not a government entity, operated the 737s; is that right?
22        A.   That's correct.
23        Q.   Did you contact Alaska Airlines and make any
24   inquiries of Alaska Airlines about the configuration of its
25   planes?
```



**Naegeli Reporting Corporation**

800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX

Portland, OR      Seattle, WA      Spokane, WA      Coeur d'Alene, ID
503.227.1544      206.622.3376     509.838.6000     208.667.1163

Court Reporting    Trial Presentation    Videoconferencing    Videography

```
 1        A.   The configuration of its planes on each and every
 2   one of those flights during that period of time, ten to
 3   twelve years ago, on Adak, no.
 4        Q.   Are these spreadsheets and other calculations to
 5   be found in box 3 that went into your analysis, Exhibit 130?
 6        A.   Yes.
 7        Q.   At your first deposition other than Mr. Baggan's
 8   testimony as I recall you did not review any of the
 9   depositions.  Have you done so since that time?
10        A.   I'm not sure your statement was correct.  At -- I
11   don't recall my testimony but we have Mr. -- we have
12   excerpts and things from Mr. Halko, we have other deposition
13   files that were in our files originally.  So I'm not sure
14   specifically what you're referring to.
15        Q.   Have you ever read Mr. Peterson's deposition?
16        A.   I don't believe I have Mr. Peterson's deposition
17   in the box.  I would be happy to look.  I have not read it.
18   I may have read the extracts from it if it's in there but I
19   don't recall.
20        Q.   Have you ever read Mr. -- you yourself ever read
21   Mr. Clark's deposition?
22        A.   No.
23        Q.   Are you an expert on the carriage of cargo by air?
24        A.   No.
25        Q.   In -- in your first deposition you testified that
```



Naegeli Reporting Corporation

800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX

Portland, OR      Seattle, WA      Spokane, WA      Coeur d'Alene, ID
503.227.1544      206.622.3376     509.838.6000     208.667.1163

Court Reporting    Trial Presentation    Videoconferencing    Videography

48

```
 1   source of that information?  Because if you use 12.15 you do
 2   not come up with the figure that you show on this table of
 3   9,741; do you?
 4           MR. ROYCE:  Objection--
 5       Q.  Do you?
 6           MR. ROYCE:  Objection; mischaracterization of
 7   prior testimony.
 8       A.  The number on my report on page four for capacity
 9   is based on 12.75.  If you multiply those numbers they come
10   out as -- as stated.  I have a note in my copy here that in
11   the file there's research regarding plane capacity and
12   Dr. Nadel's calculations are the source of those --
13   confirmation of those numbers.  And -- and that I would have
14   to go back through those to determine -- or maybe the
15   worksheets on the computer to determine the basis for 12.75
16   and why that was different.  I believe it was because of
17   conversations or research done by Mr. Morris.
18       Q.  Is 12.75 based on anything you've found in either
19   Dr. Nadel's report or his testimony?
20       A.  I -- I don't see it on page 40 which is the
21   reference that I have here.  I don't recall as I sit here
22   what he utilized for the 737s or if he even addressed the
23   737s.  I'd have to go back to my documents and his testimony
24   to see if he addressed those.
25       Q.  Well, sitting here today do you know why you used
```



**Naegeli Reporting Corporation**

800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX

Portland, OR       Seattle, WA       Spokane, WA       Coeur d'Alene, ID
503.227.1544       206.622.3376      509.838.6000      208.667.1163

Court Reporting    Trial Presentation    Videoconferencing    Videography

49

```
 1   12.75 measurement tons per pallet when you were calculating
 2   the freight capacity of the 737 but used 12.15 measurement
 3   tons per palette when you were calculating the freight
 4   capacity of a 130 or a 141?
 5        A.    As I sit here today I do -- I can't tell you what
 6   that is without going and digging back through the
 7   documents.  So I don't know as I sit here, no.
 8        Q.    Is this something Mr. Morris came up with again?
 9        A.    This is work that Mr. Morris did and I've reviewed
10   it.  But I would have to go back to see the derivation
11   of that number.  All I have is the citation and notation
12   that's in front of me here.
13        Q.    Is it possible that somebody just transposed a
14   number and used 12.75 rather than 12.15 by mistake?
15        A.    I -- I can't discuss that possibility but the
16   number is clearly 12.75 handwritten here and then 12.75 used
17   in the calculations.
18        Q.    Handwritten where?
19        A.    On the sheet that I have in front of me that helps
20   me understand exactly where that number came from.
21        Q.    Do I have those handwritten notes?
22        A.    No, it's in the documents that you will copy when
23   I get done.
24        Q.    So it's in box 3, is that right?
25        A.    It's in the post-deposition box 3, correct.
```



**NaeGeLi Reporting CORPORATION**

800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX

Portland, OR         Seattle, WA        Spokane, WA        Coeur d'Alene, ID
503.227.1544         206.622.3376       509.838.6000       208.667.1163

Court Reporting      Trial Presentation      Videoconferencing      Videography

```
 1  slightly more capacity.
 2       Q.   So you're assuming that this wasn't military
 3  cargo, that this was -- would have been commercial cargo
 4  carried on the 737?
 5       A.   The question, Counselor, is what is the capacity
 6  of the 737, not in pallets, in cubic feet and in measurement
 7  tons.  You might put it in there loose, you might put it in
 8  there on a small palette or big palette or any size other
 9  palette.  What is the capacity in measurement tons?  And the
10  capacity measured in palettes is not military pallets, it's
11  measured in these other palettes.  So you could conceivably
12  put -- maybe you could stack the military palettes a little
13  higher on a 737 because there was more room.  But the
14  capacity is the capacity.  You're asking me -- or some of
15  your questions related to how did they stack them or what
16  did they do or did the military do it any differently.
17  We're not measuring -- we don't know how they loaded it.  We
18  don't know how much freight was on all these flights.  We --
19  we're only measuring the capacity as to how much they could
20  have carried.
21       Q.   Well, you don't actually know the specifics on any
22  of these flights because you have no idea how they were
23  configured specifically, do you?
24       A.   I do not.  We've made assumptions.
25       Q.   And the military uses a standard palette size
```



Naegeli Reporting Corporation

800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX

Portland, OR       Seattle, WA       Spokane, WA       Coeur d'Alene, ID
503.227.1544       206.622.3376      509.838.6000      208.667.1163

Court Reporting    Trial Presentation    Videoconferencing    Videography

CERTIFICATE

I, Kathleen M. McKee, do hereby certify that pursuant to the Rules of Civil Procedure, the witness named herein appeared before me at the time and place set forth in the caption herein; that at the said time and place, I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; and that the foregoing transcript pages constitute a full, true and correct record of such testimony adduced and oral proceeding had and of the whole thereof.

IN WITNESS HEREOF, I have hereunto set my hand this 27th day of November, 2007.

_____          December 09, 2008
Kathleen M. McKee                  Commission Expiration

52

```
 1                    CORRECTION SHEET
 2  DEPOSITION OF: GEORGE JOHNSON
 3  DEPOSITION DATE: NOVEMBER 16, 2007
 4  REGARDING: SAMSON TUG AND BARGE VS. UNITED STATES OF AMERICA
 5  NRC FILE/COURT REPORTER: 4950-17/ KATHLEEN MCKEE
 6  I have read the above-mentioned transcript and listed below the
 7  following corrections or additions:
 8  PAGE#      LINE      CORRECTION
 9   34        20        "analysis" s/b "analyst"
10
...
25                     [signature: George Johnson 12/17/07]
```

Naegeli Reporting Corporation
800.528.3335
www.NaegeliReporting.com
503.227.7123 FAX
Portland, OR   Seattle, WA   Spokane, WA   Coeur d'Alene, ID
503.227.1544   206.622.3376  509.838.6000  208.667.1163
Court Reporting   Trial Presentation   Videoconferencing   Videography