JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
NELSON P. COHEN
United States Attorney
GARY GUARINO
Chief, Civil Division
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Telefax: (907) 271-3224
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation | Civil No. A03-006 CV |
| Plaintiff/Appellant | IN ADMIRALTY |
| v. | |
| UNITED STATES OF AMERICA, | (PROPOSED) ORDER |
| acting by and through | |
| the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND | |
| Defendants/Appellees | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation | ) Civil No. A03-006 CV ) ) IN ADMIRALTY |
| Plaintiff/Appellant | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ORDER GRANTING ) MOTIONS *IN LIMINE* BROUGHT |
| acting by and through | ) BY DEFENDANT USA ) |
| the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND | ) ) ) ) ) |
| Defendants/Appellees | ) ) |

Motions *in limine* having been brought by defendant, United States of America, regarding the testimony of certain of plaintiff's witnesses; and

Good cause appearing for the motions to be granted in their entirety; its is therefore hereby

ORDERED that the motions of the United States be and hereby are granted; and further that

Plaintiff Samson may not call witnesses to testify at trial that it did not disclose by the deadlines set by this Court; and further that

1    Plaintiff Samson may not call witnesses to testify at trial regarding those subjects on

2    which it failed to produce a witness pursuant to Fed.R.Civ.Pro.30(b)(6), as follows: the

3    factual basis for its contentions that a diversion of what it calls "contract cargo" actually

4    occurred and that the alleged diversion was to air carriage; that the Government had

5    supposedly agreed to ship "all military and military sponsored cargo" with Samson; that the

6    denial by the Government of its claim was baseless; and that Samson is entitled to attorneys'

7    fees, and the amount thereof; and further that

8    Plaintiff Samson may not seek to introduce the untimely last report of its damage

9    expert George Johnson, and that his testimony on subjects related to air cargo and records

10   related thereto, as contained in that report, is excluded at trial on the basis that it was

11   improperly disclosed and that he does not possess the qualifications nor has he followed a

12   methodology which would permit him to testify as an expert on said subjects at trial.

13       IT IS SO ORDERED this _____ day of _____, 2008 in Anchorage, Alaska.

14

15       _____
         UNITED STATES DISTRICT COURT JUDGE

16   SUBMITTED BY:

17   Dated: March 31, 2008              JEFFREY S. BUCHOLTZ
                                        Acting Assistant Attorney General
18                                      NELSON P. COHEN
                                        United States Attorney
19                                      GARY GUARINO
                                        Chief, Civil Division
20                                      Assistant United States Attorney
                                        R. MICHAEL UNDERHILL
21                                      Attorney in Charge, West Coast Office
                                        Torts Branch, Civil Division

22

23                                      s/Jeanne M. Franken

24                                      _____
                                        JEANNE M. FRANKEN
25                                      Trial Attorney
                                        Torts Branch, Civil Division
26                                      U.S. Department of Justice

27                                      Attorneys for Defendant
                                        United States of America

28

1

2                                CERTIFICATE OF SERVICE

3        I  HEREBY  CERTIFY  that  on  March  31,  2008,  a  copy  of  the  foregoing

4    (PROPOSED) ORDER, was served electronically on:

5

6                        Richard D. Gluck, Esq.
                         Garvey Schubert Barer
7

8                        William G. Royce, Esq.
9                        Law Office of William G. Royce

10
                         Attorneys for Plaintiff/Appellant
11                       Samson Tug and Barge Company, Inc.

12

13

14                            s/Jeanne M. Franken
                        _____
15                           JEANNE M. FRANKEN

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER                                 3                    CIVIL NO. A03-006 CV JWS