JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
NELSON P. COHEN
United States Attorney
GARY GUARINO
Chief, Civil Division
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Telefax: (907) 271-3224
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND<br><br>    Defendants/Appellees | Civil No. A03-006 CV<br><br>IN ADMIRALTY<br><br><br><br>DECLARATION OF JEANNE M. FRANKEN IN SUPPORT OF <u>MOTIONS IN LIMINE</u> |

    I, Jeanne M. Franken, do hereby declare and affirm the following matters in support

of defendant's motions *in limine* regarding witnesses:

1. I am a Trial Attorney with the West Coast Office of the Torts Branch, Civil Division, United States Department of Justice, and one of the attorneys for defendant, United States of America, herein, and make this declaration based on information and belief.

2. I have knowledge of the matters asserted herein.

3. After being served with plaintiff Samson's untimely supplemental witness list on November 26, 2007, I reminded plaintiff's counsel that this attempt to supplement was extremely tardy; inquired about what the substance of the new witnesses' testimony would be, without a response; and advised that my intention was to move to exclude any witnessses who had not been properly disclosed.

4. Attached to the Motion as Exhibit "A" is a true and correct copy of the Fed.R.Civ.Pro. 30(b)(6) Notice I served on plaintiff requesting that knowledgeable witnesses be produced on certain defined subjects to speak on its behalf.

5. I convened that deposition. No one appeared on behalf of plaintiff at the deposition, and plaintiff did not present any responsive witnesses. Plaintiff had not filed for a protective order to prevent the depositions from going forward. Plaintiff did not seek to reschedule the depositions.

6. Attached to the Motion as Exhibit "B" is a true and correct copy of the transcript of the Fed.R.Civ.Pro. 30(b)(6) convened deposition proceedings.

7. Attached to the Motion as Exhibit "C" is a true and correct copy of the Curriculum Vitae of plaintiff's proposed damage expert, George Johnson, which was marked as an Exhibit at his deposition.

8. Attached to the Motion as Exhibit "D" is a true and correct copy of relevant portions of the two depositions taken of Mr. Johnson.

9. Attached to the Motion as Exhibit "E" is a true and correct copy of the last report, sans attachments, by Mr. Johnson, which was marked as an Exhibit at his deposition with attachments.

I hereby verify under penalty of perjury, and in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Executed this 31st day of March, 2008.

       /s/ Jeanne M. Franken
       JEANNE M. FRANKEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2008, a copy of the foregoing DECLARATION OF JEANNE M. FRANKEN IN SUPPORT OF MOTION IN LIMINE, was served electronically on:

Richard D. Gluck, Esq.
Garvey Schubert Barer

William G. Royce, Esq.
Law Office of William G. Royce

Attorneys for Plaintiff/Appellant
Samson Tug and Barge Company, Inc.

s/Jeanne M. Franken
_____
JEANNE M. FRANKEN