# EXHIBIT 2

LAW OFFICES
GARVEY, SCHUBERT & BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

WASHINGTON, D.C.
FIFTH FLOOR
1000 POTOMAC STREET N.W.
WASHINGTON, D.C. 20007
(202) 965-7880

EIGHTEENTH FLOOR
SECOND & SENECA BUILDING
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101-2939
(206) 464-3939

FAX. (206) 464-0125

PLEASE REPLY TO SEATTLE OFFICE

PORTLAND
ELEVENTH FLOOR
121 S.W. MORRISON STREET
PORTLAND, OREGON 97204-3141
(503) 228-3939

Voice Mail Ext. 1364

June 23, 1997

*VIA CERTIFIED MAIL*

Military Sealift Command
WNY Bldg. 210
901 M Street, S.E.
Washington, D.C. 20398-5540

ATTN: Greg Dawson
Margaret Sprague

RE: Freedom of Information Act Request

Dear Mr. Dawson and Ms. Sprague:

Under the provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, we are requesting that you send us copies of the following records:

1. Any and all records of air, land or ocean shipments or transportation of cargo, by Military Traffic Management Command ("MTMC"), between Adak, Alaska and the Pacific Northwest, from the inception of Contract No. RFPN 62387-95-R-8150 through the present; and

2. Any and all records of air, land or ocean shipments or transportation of cargo, by MTMC, between Adak, Alaska and Anchorage, Alaska, from the inception of Contract No. RFPN 62387-95-R-8150 through the present.

We assume that all records pertaining to this request are available to you and that our request is properly directed to your attention. If there are any records located at another office, please inform us and we will make a separate request.

We agree to pay reasonable copying charges or search fees, but we request that you notify us before incurring charges or fees in excess of $100.00. If all or any part of this request is denied,

please notify us of the specific exemptions that you think justify refusal to release the information. We reserve the right to appeal the withholding of any information.

Please call me if you have any questions regarding this request.

Very truly yours,

GARVEY, SCHUBERT & BARER

By
Wendie L. Wendt
Paralegal

0316584.WP

WW Chron

LAW OFFICES
CARVEY, SCHUBERT & BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

WASHINGTON, D.C.
FIFTH FLOOR
1000 POTOMAC STREET N.W.
WASHINGTON, D.C. 20007
(202) 965-7880

EIGHTEENTH FLOOR
SECOND & SENECA BUILDING
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101-2939
(206) 464-3939

FAX: (206) 464-0125

PLEASE REPLY TO SEATTLE OFFICE

PORTLAND
ELEVENTH FLOOR
121 S.W. MORRISON STREET
PORTLAND, OREGON 97204-3141
(503) 228-3939

Voice Mail Ext. 1364

June 20, 1997

VIA CERTIFIED MAIL

Military Traffic Management Command
Nassif Bldg.
5611 Columbia Pike
Falls Church, VA 22041

*ATTN: Han Lam, FOIA Officer*

RE: Freedom of Information Act Request

Dear Ms. Lam:

Under the provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, we are requesting that you send us copies of the following records:

1. Any and all records of air, land or ocean shipments or transportation of cargo, by Military Traffic Management Command ("MTMC"), between Adak, Alaska and the Pacific Northwest, from the inception of Contract No. RFPN 62387-95-R-8150 through the present; and

2. Any and all records of air, land or ocean shipments or transportation of cargo, by MTMC, between Adak, Alaska and Anchorage, Alaska, from the inception of Contract No. RFPN 62387-95-R-8150 through the present.

We assume that all records pertaining to this request are available to you and that our request is properly directed to your attention. If there are any records located at another office, please inform us and we will make a separate request.

We agree to pay reasonable copying charges or search fees, but we request that you notify us before incurring charges or fees in excess of $100.00. If all or any part of this request is denied, please notify us of the specific exemptions that you think

justify refusal to release the information. We reserve the right to appeal the withholding of any information.

Please call me if you have any questions regarding this request.

Very truly yours,

GARVEY, SCHUBERT & BARER

By

Wendie L. Wendt
Paralegal

0316423.WP

WWC

LAW OFFICES
GARVEY, SCHUBERT & BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

WASHINGTON, D.C.
FIFTH FLOOR
1000 POTOMAC STREET N.W.
WASHINGTON, D.C. 20007
(202) 965-7880

EIGHTEENTH FLOOR
SECOND & SENECA BUILDING
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101-2939
(206) 464-3939
FAX: (206) 464-0125

PORTLAND
ELEVENTH FLOOR
121 S.W. MORRISON STREET
PORTLAND, OREGON 97204-3141
(503) 228-3939

PLEASE REPLY TO SEATTLE OFFICE

Voice Mail Ext. 1364

September 18, 1997

VIA CERTIFIED MAIL

Naval Air Systems Command
1421 Jefferson Davis Highway
Arlington, VA 22243-5120

ATTN: *FOIA Officer*

RE: Freedom of Information Act Request

Dear Sir/Madam:

Under the provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, we are requesting that you send us copies of the following records:

1. Records of air or ocean shipments or transportation of cargo, by Naval Air Systems Command ("NASC"), between Adak, Alaska and the Pacific Northwest, from the inception of Contract No. RFPN 62387-95-R-8150 through the present; and

2. Records of air or ocean shipments or transportation of cargo, by NASC, between Adak, Alaska and Anchorage, Alaska, from the inception of Contract No. RFPN 62387-95-R-8150 through the present.

We assume that all records pertaining to this request are available to you and that our request is properly directed to your attention. If there are any records located at another office, please inform us and we will make a separate request.

We agree to pay reasonable copying charges or search fees, but we request that you notify us before incurring charges or fees in excess of $100.00. If all or any part of this request is denied, please notify us of the specific exemptions that you think justify refusal to release the information. We reserve the right to appeal the withholding of any information.

Naval Sea Systems Command
September 18, 1997
Page 2

Please call me if you have any questions regarding this request.

Very truly yours,

GARVEY, SCHUBERT & BARER

By

Wendie L. Wendt
Paralegal

0330534.WP

WWC

LAW OFFICES
GARVEY, SCHUBERT & BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

WASHINGTON, D.C.
FIFTH FLOOR
1000 POTOMAC STREET N.W.
WASHINGTON, D.C. 20007
(202) 965-7880

EIGHTEENTH FLOOR
SECOND & SENECA BUILDING
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101-2939
(206) 464-3939

FAX: (206) 464-0125

PLEASE REPLY TO SEATTLE OFFICE

PORTLAND
ELEVENTH FLOOR
121 S.W. MORRISON STREET
PORTLAND, OREGON 97204-3141
(503) 228-3939

Voice Mail Ext. 1364

September 18, 1997

VIA CERTIFIED MAIL

Naval Sea Systems Command
2531 Jefferson Davis Highway
Arlington, VA 22242-5160

*ATTN:* *FOIA Officer*

**RE:** Freedom of Information Act Request

Dear Sir/Madam:

Under the provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, we are requesting that you send us copies of the following records:

1. Records of air or ocean shipments or transportation of cargo, by Naval Sea Systems Command ("NSSC"), between Adak, Alaska and the Pacific Northwest, from the inception of Contract No. RFPN 62387-95-R-8150 through the present; and

2. Records of air or ocean shipments or transportation of cargo, by NSSC, between Adak, Alaska and Anchorage, Alaska, from the inception of Contract No. RFPN 62387-95-R-8150 through the present.

We assume that all records pertaining to this request are available to you and that our request is properly directed to your attention. If there are any records located at another office, please inform us and we will make a separate request.

We agree to pay reasonable copying charges or search fees, but we request that you notify us before incurring charges or fees in excess of $100.00. If all or any part of this request is denied, please notify us of the specific exemptions that you think justify refusal to release the information. We reserve the right to appeal the withholding of any information.

Naval Sea Systems Command
September 18, 1997
Page 2

Please call me if you have any questions regarding this request.

Very truly yours,

GARVEY, SCHUBERT & BARER

By

Wendie L. Wendt
Paralegal

0330534.WP

WWa

LAW OFFICES
GARVEY, SCHUBERT & BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

WASHINGTON, D.C.
FIFTH FLOOR
1000 POTOMAC STREET N.W.
WASHINGTON, D.C. 20007
(202) 965-7880

EIGHTEENTH FLOOR
SECOND & SENECA BUILDING
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101-2939
(206) 464-3939

FAX: (206) 464-0125

PORTLAND
ELEVENTH FLOOR
121 S.W. MORRISON STREET
PORTLAND, OREGON 97204-3141
(503) 228-3939

PLEASE REPLY TO SEATTLE OFFICE

Voice Mail Ext. 1364

September 18, 1997

VIA CERTIFIED MAIL

Naval Supply Systems Command
1931 Jefferson Davis Highway
Arlington, VA 22241-5360

*ATTN:* *Jim Yeager, FOIA Officer*

**RE:** Freedom of Information Act Request

Dear Mr. Yeager:

Under the provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, we are requesting that you send us copies of the following records:

1. Records of air or ocean shipments or transportation of cargo, by Military Traffic Management Command ("MTMC"), between Adak, Alaska and the Pacific Northwest, from the inception of Contract No. RFPN 62387-95-R-8150 through the present; and

2. Records of air or ocean shipments or transportation of cargo, by MTMC, between Adak, Alaska and Anchorage, Alaska, from the inception of Contract No. RFPN 62387-95-R-8150 through the present.

We assume that all records pertaining to this request are available to you and that our request is properly directed to your attention. If there are any records located at another office, please inform us and we will make a separate request.

We agree to pay reasonable copying charges or search fees, but we request that you notify us before incurring charges or fees in excess of $100.00. If all or any part of this request is denied, please notify us of the specific exemptions that you think justify refusal to release the information. We reserve the right to appeal the withholding of any information.

Jim Yeager
September 18, 1997
Page 2


Please call me if you have any questions regarding this request.

Very truly yours,

GARVEY, SCHUBERT & BARER

By
    Wendie L. Wendt
    Paralegal


0325165.WP