**EXHIBIT 3**

FOIA Request for Adak, Ala. ovement

| MANIFEST SERVICE DATE | Originating Location | Destination Location | Type Cargo | SHIPMENTS | PIECES | WEIGHT | CUBE | REVENUE |
|---|---|---|---|---|---|---|---|---|
| 02-OCT-96 | OKO | ADK | UNACCOMP BAGGAGE | 1 | 1 | 1408 | 193 | 1482 |
| 02-OCT-96 | TCM | ADK | AIRCRAFT SUPPLIES | 1 | 1 | 5 | 1 | 12 |
| 02-OCT-96 | TCM | ADK | CLOTHING, PARACHUTES | 8 | 8 | 259 | 17 | 210 |
| 02-OCT-96 | TCM | ADK | CONSTRUCTION EQUIPMENT | 1 | 2 | 126 | 7 | 152 |
| 02-OCT-96 | TCM | ADK | RATIONS SUBSISTENCE | 1 | 3 | 2010 | 165 | 1946 |
| 02-OCT-96 | TCM | ADK | UNACCOMP BAGGAGE | 2 | 4 | 645 | 104 | 440 |
| 02-OCT-96 | TCM | ADK | UNACCOMP BAGGAGE | 1 | 1 | 108 | 8 | 172 |
| 03-OCT-96 | ADK | AHA | PLANTS, PLANT PRODUCTS | 1 | 2 | 60 | 5 | 0 |
| 03-OCT-96 | ADK | EDF | SIGNAL CORPS SUPPLIES | 1 | 1 | 42 | 1 | 0 |
| 03-OCT-96 | ADK | EDF | VEHICLE AND PARTS | 1 | 1 | 90 | 12 | 0 |
| 03-OCT-96 | ADK | PHL | SIGNAL CORPS SUPPLIES | 1 | 1 | 3253 | 426 | 4010 |
| 03-OCT-96 | ADK | TCM | CONSTRUCTION EQUIPMENT | 1 | 1 | 1194 | 191 | 0 |
| 03-OCT-96 | ADK | TCM | HOUSE HOLD GOODS | 2 | 5 | 4205 | 145 | 1413 |
| 03-OCT-96 | ADK | TCM | RATIONS SUBSISTENCE | 1 | 3 | 370 | 8 | 24 |
| 03-OCT-96 | EDF | ADK | VEHICLE AND PARTS | 1 | 3 | 90 | 12 | 178 |
| 03-OCT-96 | EDF | ADK | SIGNAL CORPS SUPPLIES | 1 | 1 | 2 | 1 | 15 |
| 04-OCT-96 | SUU | ADK | AIRCRAFT SUPPLIES | 1 | 1 | 2 | 1 | 11 |
| 05-OCT-96 | OKO | ADK | VEHICLE AND PARTS | 1 | 1 | 478 | 23 | 0 |
| 05-OCT-96 | OKO | ADK | RATIONS SUBSISTENCE | 2 | 7 | 1658 | 230 | 668 |
| 05-OCT-96 | TCM | ADK | UNACCOMP BAGGAGE | 1 | 2 | 17 | 8 | 44 |
| 07-OCT-96 | TCM | ADK | SIGNAL CORPS SUPPLIES | 1 | 4 | 135 | 49 | 539 |
| 07-OCT-96 | EDF | ADK | HOUSE HOLD GOODS | 1 | 1 | 752 | 137 | 1543 |
| 07-OCT-96 | OKO | TCM | HOUSE HOLD GOODS | 2 | 2 | 5 | 1 | 5 |
| 07-OCT-96 | ADK | TCM | MEDICAL SUPPLIES | 1 | 1 | 10 | 1 | 15 |
| 08-OCT-96 | ADK | TCM | AIRCRAFT SUPPLIES | 1 | 2 | 199 | 49 | 539 |
| 08-OCT-96 | SUU | ADK | HOUSE HOLD GOODS | 1 | 2 | 290 | 34 | 680 |
| 08-OCT-96 | ADK | OXO | UNACCOMP BAGGAGE | 1 | 1 | 10 | 1 | 12 |
| 08-OCT-96 | HIK | ADK | AIRCRAFT SUPPLIES | 1 | 4 | 129 | 19 | 80 |
| 08-OCT-96 | TCM | ADK | UNACCOMP BAGGAGE | 8 | 13 | 3677 | 532 | 2737 |
| 09-OCT-96 | ADK | EDF | CONSTRUCTION EQUIPMENT | 1 | 2 | 17 | 2 | 0 |
| 09-OCT-96 | ADK | EDF | FUELS AND LUBRICANTS | 2 | 12 | 1213 | 176 | 964 |
| 09-OCT-96 | ADK | EDF | OFFICE-SCHOOL SUPPLIES | 3 | 4 | 6724 | 565 | 2499 |
| 09-OCT-96 | ADK | EDF | SIGNAL CORPS SUPPLIES | 1 | 1 | 1017 | 134 | 413 |
| 09-OCT-96 | ADK | EDF | VEHICLE AND PARTS | 1 | 3 | 17 | 2 | 0 |
| 09-OCT-96 | ADK | NIP | SIGNAL CORPS SUPPLIES | 1 | 10 | 1148 | 120 | 2104 |
| 09-OCT-96 | ADK | NIP | VEHICLE AND PARTS | 1 | 1 | 150 | 12 | 161 |
| 09-OCT-96 | ADK | NUW | PLANTS, PLANT PRODUCTS | 1 | 1 | 99 | 11 | 0 |
| 09-OCT-96 | ADK | NUW | SIGNAL CORPS SUPPLIES | 1 | 1 | 19 | 2 | 25 |
| 09-OCT-96 | ADK | NZY | CHEMICAL CORP | 1 | 1 | 247 | 16 | 0 |
| 09-OCT-96 | ADK | NZY | VEHICLE AND PARTS | 6 | 10 | 2353 | 362 | 0 |
| 09-OCT-96 | ADK | TCM | HOUSE HOLD GOODS | 1 | 1 | 579 | 73 | 0 |
| 09-OCT-96 | ADK | TCM | OFFICE-SCHOOL SUPPLIES | 1 | 1 | 32 | 5 | 60 |
| 09-OCT-96 | ADK | TCM | VEHICLE AND PARTS | | | | | |

EXHIBIT 3  Peterson