Law Office of
William G. Royce
1227 West 9th Ave., Ste 200
Anchorage, Alaska 99501
(907) 279-6595
FAX: (907) 278-6488

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., ) <br> an Alaskan Corporation ) <br> ) <br> Plaintiff/Appellant, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> acting by and through ) <br> ) <br> the UNITED STATES DEPARTMENT of ) <br> the NAVY MILITARY SEALIFT ) <br> COMMAND, and UNITED STATES ) <br> DEPARTMENT OF THE ARMY ) <br> MILITARY TRAFFIC MANAGEMENT ) <br> COMMAND ) <br> ) | IN ADMIRALTY <br><br> Case No. 3AN-03-006 CV <br><br><br> SAMSON TUG AND BARGE'S RESPONSES TO USA'S 1ST SET OF RFPS, INTERROGATORIES AND REQUEST FOR ADMISSIONS |

COMES NOW, Plaintiff Samson Tug and Barge responds to U.S.A.'s First Set of Discovery as follows:

**INTERROGATORIES**

INTERROGATORY NO. 1: Do you contend that Contract No. N62387-95D-8503 required that between the dates of October 1, 1995 and September 30, 1997 the Government utilize Samson for the carriage of all military and sponsored cargo offered

Exhibit "B"
57

ANSWER:

**Richard Gluck**, Attorney for Samson Tug & Barge
Fifth Floor
1000 Potomac Street, N.W.
Washington, D.C. 20007-3501
(202) 965-1729

**Corella (Cory) Mudry**, Samson Tug & Barge
c/o Law Office of William G. Royce
1227 W. 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 297-9565

**John Green**
c/o Richard Gluck, Attorney for Samson & Tug
Fifth Floor
1000 Potomac Street, N.W.
Washington, D.C. 20007-3501
(202) 965-1729

INTERROGATORY NO. 23: Please explain in detail the source of Samson's definition of "contract cargo" as it appears in Samson's First Set of Requests for Admission and Interrogatories to the Government.

ANSWER: The source is the contract drafted by Defendants, which is the subject of this litigation.

### REQUESTS FOR ADMISSIONS

REQUEST FOR ADMISSION NO. 1: Do you admit Samson carried in excess of the estimate made by the Government in soliciting bidders for Contract No. N62387-95-D-8503? (If your response is anything other than a full and complete admission, please

Law Office of William G. Royce
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 279-6595 ; (907) 278-6488 FAX

Samson's Responses to U.S.A's 1st Request for Production,
Interrogatories & Request for Admissions
Civil No. A03-006CV (JWS)
19 of 25

58

state each and every fact, which forms the basis of your denial, as required by Rule 36, Federal Rules of Civil Procedure.)

ANSWER: Plaintiffs admit and deny the request in part. Plaintiffs admit that they carried cargo in excess of the estimate made by the government in soliciting bidders for Contract No. N62387-95-D-8503; however they deny that such was true for the "Option 1" during the period 10/01/96 – 03/31/97. Additionally, Plaintiffs deny such was true for the six, one-month extensions during the period 04/01/97 – 10/16/97.

REQUEST FOR ADMISSION NO. 2: Do you admit that, at the time Samson executed Contract No. N62387-95-D-8503, it was anticipating a 71% decrease in cargo volume from the Navy's 1994 projections? (If your response is anything other than a full and complete admission, please state each and every fact, which forms the basis of your denial, as required by Rule 36, Federal Rules of Civil Procedure.)

ANSWER: This Request contains a specific percentage reference (71%). Despite due diligence, Samson has not found such a reference in files or records reviewed to date. Accordingly, Samson can neither admit or deny this Request. A supplemental response will be filed if Samson discovers information upon which it can admit or deny this Request.

REQUEST FOR ADMISSION NO. 3: Do you admit that Contract No. N62387-95-D-8503, section C-1.1, entitled "Transportation Services" limits cargo transportation under said Contract to ocean and intermodal transportation between the Naval Air Facility at Adak, Alaska and points within the Continental United Sates? (If your

Law Office of William G. Royce
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 279-6595 ; (907) 278-6488 FAX

Samson's Responses to U.S.A's 1st Request for Production, Interrogatories & Request for Admissions
Civil No. A03-006CV (JWS)
20 of 25

59

DATED at Anchorage, Alaska this 1st day of March 2004.

Law Office of William G. Royce
Counsel for Plaintiff
Samson Tug & Barge Co., Inc.

*[signature]*

William G. Royce
Alaska Bar No. 7210066

## CERTIFICATE OF SERVICE

I certify that the foregoing document:

*PLAINTIFF'S RESPONSES TO USA'S FIRST SETS OF REQUESTS FOR PRODUCTION, INTERROGATORIES AND REUESTS FOR ADMISSIONS TO SAMSON TUG AND BARGE*

was served by first class mail this 1st day of March 2004 on the following counsel of record:

**Timothy M. Burgess**
United States Attorney
Federal Building and U. S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

**Jeanne M. Franken**
Torts Branch, Civil Division
U. S. Department of Justice
7-5393 Federal Building
P.O. Box 36028
San Francisco, California 94102-3463

*[signature]*

Bettsie M. Wild, CLA

Samson's Responses to U.S.A's 1st Request for Production, Interrogatories & Request for Admissions

Civil No. A03-006CV (JWS)

25 of 25

Law Office of William G. Royce
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 279-6595 ; (907) 278-6488 FAX

60