Q    Could any hazardous materials go out by plane?

A    Some hazardous materials can, but generally it does not.  Most hazardous materials would go by barge.

When -- realize in the whole BRAC process we were very budget constrained, so we were directed repeatedly to use the most economic means available.

Q    In this case --

A    -- in this case that was the barge because the contract existed.

Q    Why would any small items that were mission-specific things, like a tool box, go out with the squadron on the P-3's when they relocated to Whidbey?

A    The squadron's own the tool boxes.  A mechanic is virtually useless without the tool box, so the P-3 can take very little.

They had a capability to load stuff in the bombay, but there's a mission crew of 14 on a P-3 and they are all mission stationed inside.  It's not an open compartmented aircraft.  It's very confined.  So the stuff that had to get back to support the mission, they would take what they could.

Some of it went on a 141.  I know of one that we scheduled where we put small IMRL gear on the 141. The rest, the jacks, were all pool items, so that could be managed a little easier.

56

29 1          If you had to wait for the jacks to get back to

2    Whidbey, AIRPAC, the pool could send up a jack if they

3    needed one or borrow from another squadron because

4    that's where all the squadrons were located.

29 5          Q    Was it basically true, then, that they took

6    with them the things they needed in order to operate

7    their aircraft?

8          A    That's the purpose of having an IMRL list.

9    That's why it's called an Individual Materials

:29 10    Requirement List.  They are required to take that with

11    them when they deploy.  That's true for any Navy,

12    airborne Navy detachment, you all have your own IMRL

13    list, a pack-up kit, things of that nature required to

14    take with you when you deploy and bring back with you.

:29 15          Q    There was no option for those crews to put

16    their, for example, their tool boxes onto the barge to

17    be shipped down to Seattle and then shipped up to

18    Whidbey, was there?

19          A    Option, you mean, could they if they wanted to?

:30 20          Q    Was it a requirement they take them or not a

21    requirement?

22          A    They are required to maintain their equipment

23    with them to support their aircraft.   They are required

24    to maintain their IMRL list with them.

:30 25          So, you know, if they were going back and going

57

84

:30    1    on a 30-day stand down, I guess it's conceivable that

2    they could have arranged for barge traffic, but I don't

3    know of anyone that would consciously do that,

4    especially tools.

:30    5        Many of the tools in there are specialty tools,

6    things you need to move the CSD, constant speed drive,

7    for example, it's a very specific type of tool.  You

8    would not want to risk losing that.

9        Q    Was there discussion early in the BRAC process

:30    10    with regard to Adak that you might have to, the Navy

11    might have to scrub the island?

12        A    What do you mean by scrub?

13        Q    Clean it down to the tundra, or whatever there

14    is on Adak?

:31    15        A    Yeah, it got pretty interesting.  Originally,

16    there was a public land order,  Public Land Order 1949,

17    which at some period in time after World War II withdrew

18    the Adak footprint from the Alaska National Maritime

19    Refuge, which is the Aleutian Chain.

:31    20        What they wanted to do was to reverse,

21    initially, was reverse that public land order and return

22    Adak back to the wildlife management side of the house.

23        Well, to do that they would have had to clean

24    it to pristine -- what the wildlife people characterize

:31    25    as pristine.  Not in a million years would that ever

58

1  happen at Adak.    Adak was used in World War II.    There

2  was stuff buried in the ground --

3            THE REPORTER:   I need you to slow down.

4            THE WITNESS:   I am sorry.   Adak was used as a

5  forward deployed base in World War II.

6       Q    (BY MS. FRANKEN)   Forward deployed base?

7       A    Forward deployed base since World War II and

8  had been in operation ever since, and it had a rather

9  complex industrial area, so you can imagine that the

10  environmental issues were significant, not to mention

11  they also had a gunnery range, unexploded ordnance,

12  which is abbreviated UXO.   They had a number of dumps.

13  Just the industrial area on its own presented problems,

14  oil, you know, hydraulic fluid spilling on the ground,

15  things of that nature.

16            So it soon became quite evident that returning

17  it to pristine was not economically feasible.

18            In addition to that, there was an environmental

19  opinion, and I don't recall who issued the opinion;

20  however, if they had gone out and cleaned out the UXO

21  area and the exploded ordnance area, it would have done

22  more damage to the tundra in that area than it would

23  have recovered equipment.

24            So at that point they decided to put what they

25  call an institutional control on that area, which is

59

1    the Air Force -- the Navy contracts the Air Force to

2    provide a specific service to them.

3          The Air Force can provide a military aircraft

4    or the Air Force can arrange for a commercial aircraft,

5    such as Alaska Airlines, to provide contract air

6    services to the island.

7          Q    Do you know who was the Conair provider to Adak

8    prior to closure?

9          A    I know that they had a Channel C-141, which was

10   an Air Force aircraft, and they also had Alaska Airlines

11   flying a 737 out there that had cargo and passenger

12   capability.

13         Q    Do you know when the Alaska Conair route ended?

14         A    It was due to terminate around the April of '97

15   time frame, but I don't know the precise date that it

16   terminated.

17         Q    Could have been before that?

18         A    I really don't know, Jeanne.  I don't know.

19         Q    And the Channel C-141 from the Air Force, do

20   you know when that ended?

21         A    That ended around the same time.

22         Q    Do you know the exact date?

23         A    No, I do know not.

24         Q    Did the C-141 carry passengers?

25         A    Yes.

65

2:10 1    most of the pallets in my experience get cubed out, that

2    means the cubic foot capacity based on height, width and

3    length is exceeded before the weight limit of that

4    pallet is exceeded.

2:10 5          So, for example, they would put in a number of

6    boxes of a particular item.  Those boxes could be fairly

7    light weight, but they are bulky.  They take up a

8    tremendous amount of space, so though the pallet is

9    capable of weighing 5,000 pounds, the boxes, due to

2:10 10   their cubic size, may only weigh 100 pounds, but they

11   take up the entire pallet.

12        Q    What was the weight limit of a pallet, as you

13   understood it at that time?

14        A    Standard pallet, it's not the weight limit of

2:11 15   the pallet.  It's the weight limitation of the aircraft.

16             Aircraft is weight and balance.

17             You have to balance the aircraft weight wise to

18   safely take off and land.  So the pallets at different

19   locations within the aircraft have different weight

2:11 20   limitations.  What they are specific on a 141, I do not

21   know.

22        Q    Do you know the dimensions of the pallets?

23        A    Standard Navy -- standard pallet is

24   approximately 9 feet by 9 feet, if I recall correctly.

2:11 25        Q    Now, were there any other Navy -- strike

67

88

that -- any other aircraft that called on Adak on a
regular basis, if you recall?

    A   The only aircraft that I am aware of that had a
regular basis on the island were the Channel Air C-141,
the Reeve Aleutian had a scheduled flight out there, I
don't recall the frequency, I believe it was once or
twice a week.  Dave Jensen could provide you with that
specific schedule.  The Alaska Airlines flight was a
contract flight, and I believe that was as required
flight.

        I went out there on it a couple of times.  I
went on Reeve a couple of times.  I don't know the
frequency of the Alaska Airlines flights.

        Other flights that came in at that time were
generally mission-requirement type of flights.  P-3's
would come in to refuel.  Occasionally a C-131 come in
to refuel, Air National Guard kind of guys.

        The Prince of Wales flew in.  Prince Phillip,
Queen Elizabeth's husband, flew in in a BAE-146.   He
flew in and shocked us all.  Here comes the Prince of
England.

    Q   Why would the Prince of England drop in on the
BAE in Adak?

    A   Gas.   Needs fuel.

    Q   Was Adak some kind of a refueling station?

68

A    Adak at one time was considered what's called an ETOPS field, that's E-T-O-P-S.  It's Engine Out Technical Operating Procedures and Standards, I believe is what the acronym stands for.

What that entails is airliners that transit a large body of water, Pacific Ocean, Atlantic Ocean, if they're dual engine, twin engine, like a Boeing 777 they have to demonstrate the capability to fly single engine to a refueling point, after they have crossed the point of no return, what they call PNR.

So Adak was one of the ETOPS fields.

It was designated for the Arctic route for those people flying from Anchorage over to Japan. Anybody who is taking the Arctic route, they could use Adak as an emergency divert field.

Any military base can be used as an emergency divert field, but Adak was listed at that time as an ETOPS field.

Q    Now you said that C-130's would land there on occasion to refuel.  How do you know that?

A    Saw them come in.  They were Air National Guard flights.  There was an Air National Guard flight that came up from Nevada.

In one instance there was some galley equipment, I believe a couple of five or six pieces of

69

90

Q    What kind of cargo primarily was carried on the C-141 regularly scheduled AMC flight?

A    They would carry what we call FFV, fresh fruit and vegetables.

They would carry what we used to call triple 9 coded cargo, which was cargo that had to get someplace quickly and was generally related to a mission-specific application.

They could carry, you know, certainly passengers, personal, you know, a 30-day kit, pack-up kit going out to the island.

Other supply, critical supply types of items that were requested by the island.

Q    Did they also carry mail?

A    Yes.  They carried mail.

Q    Anything else that comes to mind?

A    You know, some equipment, I guess.  I'd have to take a look at the individual manifest to tell you.

It's a cargo aircraft.  It can carry quite a variety of things.

Q    When you talk about the 30-day pack-up, do you know if that was weight limited in any way?

A    There is a weight limit to it.  I believe it's less than a thousand pounds.  That may have varied for Adak, but I believe, in general, it's less than a

76

12:24 1    thousand pounds.

2    Q    Do you know whether household goods generally

3    went by the Samson barge?

4    A    The household goods, that would be the only way

12:24 5    they would take them off.

6    Q    Why is that?

7    A    Most economical means.    That's the purpose of

8    a 30-day kit is to give you enough to sustain yourself

9    until your stuff gets there.

12:24 10    But at that point you realize that all of the

11    unaccompanied people out there didn't really bring

12    household goods out to the island.    They were living in

13    fully-furnished facilities on base.

14    They consolidated all of the way down to the

12:24 15    downtown area near the high school, so that the staff,

16    the island staff was living in those buildings.    They

17    had washers, dryers, furniture, bedding, you name it, it

18    was there.    It was like moving into a fully-furnished

19    home.

12:24 20    So the typical household goods you would see

21    typically with a military family were no longer there.

22    Q    And this would have corresponded, this change,

23    to when it went from being a Naval Air Station to being

24    a facility?

12:25 25    A    Yes.

77

12:25 1        Q    There has been testimony in this case by a

2    Samson employee who lived at times on Adak that when

3    sitting on his porch he would see a lot of airplanes

4    coming and going from the island, and he would see

12:25 5    trucks running by on the road that looked like they were

6    going to the airfield loaded with cargo.

7        Do you know anything about an increase in air

8    traffic in the last years of the contract with the

9    Samson barge?

12:26 10       A    No.    The only air traffic that I was aware of

11   was the Conair that we have discussed, the 141's and the

12   occasional 130, the ~~Alsaska~~ *ALASKA* Airlines flight and Reeve

13   Aleutian flight.

14       Q    Was there any discussion at any time when you

12:26 15   were involved with the closure of Adak that there should

16   be some kind of a large Berlin type airlift off Adak to

17   remove material that was on Adak?

18       A    The Aleut Corporation made the, they accused us

19   of systematically stripping the island, I believe was

12:26 20   the terminology they used, with a rather large airlift.

21   That didn't happen.

22       Q    Was there ever any discussion about doing that

23   within the Navy?

24       A    No, not that I am aware of, and I honestly

2:27 25   don't see where that would have been practical.

78

93

12:27  1      Q    Do you know what the basis was for the Aleuts'

2    assertion that the Navy was "stripping the island?"

3      A    No.  I really don't.    When I discussed it with

4    Chris Gates, he had, he had people that were telling

12:27  5    him, I guess, I am assuming from the island, they were

6    seeing cargo being removed.    You know, I asked him a

7    couple of times where he thought it was, where it was

8    going to, and he really didn't know, and which led to a

9    subsequent visit by Chris.

12:27 10      He came out to the island and he and I quite

11    literally walked around, and I showed him where a lot of

12    the equipment that had been pulled from the facilities

13    that were being laid up, which may have been what people

14    mistaken for cargo heading out to the aircraft were

12:27 15    being stored in the warehouse.

16      The main road that most of this cargo would

17    have transitioned on borders this airfield when it goes

18    down to the industrial area.

19      So perhaps someone drew a correlation just

2:28 20    because of the location of the road.

21      Q    So if things were being moved, as you say they

22    were, to warehousing facilities for storage, they would

23    appear to be going, perhaps, to the airfield?

24      A    Yeah, there's only a couple of roads there.

2:28 25    So the road borders the airfield on both sides, so that

79

94

12:28  1    could be a reasonable assumption by someone.

       2         Q    Are you aware of any other commercial flights

       3    or private planes that called on Adak for fuel during

       4    the last two years before closure of the base?

12:28  5         A    No.

       6         Q    Could there have been such visits, just like

       7    Prince Phillip dropping down onto the base?

       8         A    They were required to file what's called a PPR,

       9    Prior Permission Required, to land at the field, so

12:29 10    Prince Phillip's flight had a PPR on file.

      11         Civilian aircraft would not typically go into a

      12    military base unless there was an emergency.

      13         You know, I do recall there was one other

      14    aircraft that went from Attu to Adak.  It was a small

12:29 15    twin engine, I believe it was, ERA was the name of the

      16    company.  They also run helicopters as well, but I

      17    believe there's a twin engine ERA aircraft that went

      18    into Adak at one time or another, but I don't precisely

      19    recall when that was.

12:29 20         Q    Attu is A-T-T-U?

      21         A    A-T-T-U.  The island is relatively close to

      22    Adak.

      23         Q    Do you know what happened to most of the

      24    vehicles that were on the island?

12:30 25         A    Quite a number of the vehicles were put in the

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

```
12:30  1   landfill.    There was a large number of what they call
       2   POVs, privately owned vehicles, that were left on the
       3   island, abandoned.    They are pretty much ruined.    There
       4   wasn't much left of them.    Quite a large number of those
12:30  5   from what I understand went into the metals landfill.
       6   Some of the operational ones may have been taken off; if
       7   so, they would have gone off on the barge.
       8        A number of the deadline vehicles that were
       9   part of the CESE, which is the construction equipment
12:30 10   combat engineers support equipment, some of the
      11   deadlines vehicles went into the metals landfill.
      12        I don't know.    I don't recall any of those
      13   being taken off.
      14   Q    Did you have occasion yesterday to look at a
12:31 15   tape, a videotape?
      16   A    Yes, I did.
      17   Q    Made in March of 1997?
      18   A    Yes, I did.
      19   Q    On Adak by the Navy?
12:31 20   A    Yes.
      21   Q    It's marked US 3300?
      22   A    Yes.
      23        MS. FRANKEN:   We are going to mark this next in
      24   order.    It will number 77.    Counsel, you have a copy.
12:31 25        MR. BORAKS:    Yes, we have a copy.
```

81

96

12:50 1      A    Yes.

2      Q    -- looks like different shop areas?

3      A    Those were all the public works division shop

4    areas.    And that goes back to the comment I made

12:50 5    earlier about being able to characterize a specific

6    building by what, by the equipment that was installed.

7         He showed the servicing base, the machine shop,

8    welding shop, battery shop, electronic support shop.    I

9    said the wood working shop.    There was a couple of

12:50 10    machine shops there, pipe shop, and all of the material

11    that was related to it.    The rolling stock, specific

12    pipe, all of the material, support material that they're

13    required to have to perform whatever mission they were

14    doing, welding rod, lumber, whatever.

12:51 15      Q    Did all of that fairly depict the way you

16    recall those locations as of March of '97?

17      A    Yes, quite accurately.

18      Q    And then there's also some footage taken

19    indoors and --

20         MS. FRANKEN:    If I could comment, we are

21    getting a lot of typing noise here, Buzz.

22         MR. BORAKS:    Not us, Jeanne.

23         MR. ROYCE:    That was me.    Sorry.    I will try

24    to turn off the sound here.

12:51 25         MS. FRANKEN:    Thank you.

87

97

12:51   1      Q    (BY MS. FRANKEN)   We also see some footage

2   indoors that appear to be gym areas that show equipment

3   there.   Do you recall those?

4      A    Yes.

12:51   5      Q    Do you recall those still being full of

6   equipment back in March of '97?

7      A    Yes, they were.

8      Q    As far as you know, well, and then I think it's

9   Lieutenant Duerdin is seen also in some storage areas

12:51 10   where there are lamps and furniture?

11      A    Yes.

12      Q    And things of that nature?

13      A    Yes.   Those are the warehouses I mentioned

14   earlier where they put in, they put all of the excess

12:52 15   furniture from the laid-up facilities, and all of the

16   excess equipment from those laid-up facilities.

17      Arctic housing, for example, is one of theirs

18   that they laid up.

19      Q    Arctic?

12:52 20      A    Arctic housing.   That's one of theirs that

21   they laid up.   They pulled up all of the furniture,

22   appliances, etc., out and stored them in the warehouses

23   and fleet hospital.

24      Q    Was it your understanding that that was still

2:52 25   there in March of '97?

88
98

74

75

12:52  1          A    Yes.

       2          Q    Did you understand that the purpose of this

       3    video was to depict what was going to be left for the

       4    local reuse authority?

12:52  5          A    It was to depict what was currently there.

       6              What was going to be left, to a certain degree,

       7    was contingent upon the local reuse authority completing

       8    their reuse plan.

       9          Q    Do you know if that ever happened?

12:52 10          A    As of the time I ceased working on Adak, it had

      11    not, so that was, you know, that was the August time

      12    frame.    It had still not been completed, to my

      13    knowledge.

      14              The person that could give you that information

12:53 15    would probably be Brian Andvik.

      16          Q    Do you know if any of the equipment and other

      17    personal property that's depicted in that video left the

      18    island before you stopped being involved in it in August

      19    of 2007?

12:53 20          A    The only thing that might have gone, I don't

      21    recall precisely when that 60-ton crane went.    I know

      22    they panned on a crane in the background.    I don't know

      23    if it was the 60-ton crane or not.    It was white,  the

      24    60-ton crane.

12:53 25              All of the other equipment was retained to

89

12:53 1    support the cleanup effort.    The dump trucks, all of

2    that was required for the cleanup effort, and I think

3    that was also mentioned in the video, I believe.

4        Q    Do you know for a certainty that the 60-ton

12:54 5    crane went off Adak Island by way of the Samson Barge?

6        A    Yes, it did.

7        Q    How do you know that?

8        A    We had, we went through a whole litany of

9    discussions on that with The Aleut Corporation, and

12:54 10    while I was up there, I saw the crane on the barge.

11        I don't recall which barge, which scheduled

12    barge it was, but I saw the crane on the barge.

13        Q    Do you have any knowledge of any other marine

14    vessels having taken anything off Adak after the closure

12:54 15    was announced?

16        A    No.    I am not aware of any other vessels that

17    came in and took anything off the island.

18        MS. FRANKEN:    I am going to show you now some

19    other documents to identify them.

12:55 20        Gentlemen, I'm making reference to U.S. Bates

21    stamp number 410.

22        MR. BAILEY:    00410?

23        MS. FRANKEN:    Well, all of these begin with

24    four zeros, so I will just refer to them as the last

12:55 25    numbers, which is 410.

90

*100*

13:08 1    personal property from Adak.  Was that true?

2         A   No.  That was not.   The memo, he is referring

3    to -- "A memo was recently issued requesting Navy

4    personnel to identify tools for shipment off island" --

13:08 5    I believe was actually the memo that went out regarding

6    the IMRL, Individual Materials Requirements List.

7         Q   The second to last paragraph on the second

8    page, from the point of view of The Aleut Corporation,

9    they would like personal property to be left on the

13:08 10    island as part of the negotiated withdrawal of the Navy

11    pursuant to the land exchange with the Department of the

12    Interior; and is that what you understood their position

13    to be?

14         A   Yes.  They wanted basically everything left on

13:08 15    the island.

16         Q   And did you understand from the Deputy

17    Secretary of the Navy that that was the position of the

18    Navy to the extent possible to leave as much as possible

19    on the island?

13:09 20         A   They were going to leave as much as possible on

21    the island to support three things:  the environmental

22    cleanup, the contractors, and the reuse plan.

23         MS. FRANKEN:   I will next show you US 393, and

24    it will be number 82.

25

13:13    1    there's a statement that "with the exception of leased

2    security vehicles and a 15-ton dump truck, which was on

3    loan, that all government and CESE rolling stock would

4    remain on island."  Is that a true statement?

13:13    5        A    Yes.  That's a true statement.  Tina Hastings

6    was appointed contact, her phone number there.  I doubt

7    that she's still there, but she's the one that discussed

8    that specifically with me, and that's why I committed it

9    to this piece of paper so people would know who the

13:14    10    point of contact was.

11        Q    Do you know whether even the 15-ton dump truck

12    was taken off island?

13        A    I don't remember.

14        Q    How about the CESE rolling stock, do you know

13:14    15    in fact if that was taken off island?

16        A    No.  As she indicated, most of it remind on

17    island.   I can't tell you specifically if any of the

18    CESE left.   I believe it was all retained.

19        Q    And on (d) it states "There is no plan by the

13:14    20    Navy to remove any of the installed hangar, H-A-N-G-A-R

21    bridge cranes"; is that true?

22        A    That's true.  The Aleut said we were pulling

23    those off, and we had no intent whatsoever of removing

24    those bridge cranes.

13:14    25        Q    And also that there was no plan to remove

102

13:14 1    installed galley equipment?

2        A   That's correct.  That was the result of the

3    galley equipment we flew down to Fallon, which was

4    uninstalled and still in the boxes.  That's why they

13:15 5    were upset.

6        Q   How much equipment that was uninstalled in the

7    boxes was flown to Fallon, F-A-L-L-O-N?

8        A   I think in one of these memos there's a list of

9    that.  One of the memos had -- maybe it's one of the

13:15 10    memos that you still have there.

11        There's a memo that I wrote that specifically

12    addresses that equipment.  I can tell you what it was

13    and I have seen it today, so I know we have it here

14    someplace.

13:15 15        Q   Do you know how many pallets that galley

16    equipment made up?

17        A   Only one.  It wouldn't have been more than a

18    single pallet.  One.

19        Q   It went to Fallon.  Where is that?

13:15 20        A   Fallon, Nevada.  Just east of Reno.  It's now

21    the home of Naval Fighter Weapons School, Top Gun.

22        Q   Top Gun.  All consumables that support this

23    equipment will remain on island.  Was that meant as a

24    true statement?

13:16 25        A   Yes.  Nuts, bolts, tires, all of that stuff.

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

76
77
78
79

13:16  1      Q    Further here, the ARC, you commemorate, they
       2   wanted to retain all unserviceable government and CESE
       3   equipment on the island.  Was that your understanding?
       4      A    Yes.  That was, a lot of it was the deadline
13:16  5   equipment they wanted to be able to do the same thing
       6   the Navy was doing, that is cannibalize parts, support
       7   the other equipment they had out there.
       8      Q    Other than the one C-141 that you said in this
       9   memo of February the 3rd, '97 was coming to take small
13:16 10   IMRL equipment that was mission required to support the
      11   P-3's, do you know of any other special flights by any
      12   aircraft to take material off the island?
      13      A    No.  The remaining IMRL was taken off on a
      14   barge on the -- they have here the 17 February barge.
13:17 15      Q    Was that the Samson barge?
      16      A    Yes.
      17      Q    On item (i), just to hit some of these, there's
      18   discussion of the x-ray machines being left on the
      19   island to support the reuse of the island?
13:17 20      A    Yes.
      21      Q    As far as you know, did that happen?
      22      A    Let me read this real quick, please.  Refresh
      23   my memory.
      24          I believe that x-ray machine actually did go to
13:18 25   Iceland, if I recall correctly, and the reason being

16:13  1    much the same documents?

2          A    Yes, they were.

3          Q    You referred to FISC, F-I-S-C, is that right?

4          A    Yes, that's Fleet Industrial Supply Center.

16:13  5    Q    And MTMC, M-T-M-C, is that right?

6          A    Yes, I believe that's -- I only know them as

7    the acronym.  They are contract manager for I believe

8    the barge contract.

9          Q    Have you heard them called Military Traffic

16:14 10    Management Command?

11         A    Just in discussions with you.

12         Q    Was it your understanding that MTMC contracted

13    for air service?

14         A    No.

16:14 15    Q    Would that have been Air Mobility Command or

16    AMC?

17         A    It would have gone through AMC.  I don't know

18    who on the Navy side would originate the contract with

19    AMC, but those contracts do go through AMC, Air Mobility

16:14 20    Command, formerly known as MAC.

21         Q    Was it your understanding that MTMC contracted

22    for ocean carriage?

23         A    For barge service.

24         Q    And AMC contracted for air carriage?

16:14 25    A    That's my understanding, yes.

162

76
77
78
79
80
81
82
83
84
85

74
75

105

1

2                    PENALTY OF PERJURY

3

4

5          I, ROBERT J. CLARK, do hereby declare under

6   penalty of perjury that I have read the foregoing

7   transcript; that I have made any corrections as appear

8   noted, in ink, initialed by me, or attached hereto;

9   that my testimony as contained herein, as corrected, is

10  true and correct.

11          EXECUTED this    7    day of    MAY          ,

12  2007, at    AUBURN        ,    CALIFORNIA          .

                 (City)                 (State)

13

14

15

16

17

18

19                    ROBERT J. CLARK

20

21

22

23

24

25

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

```
1   STATE OF CALIFORNIA    )
                           : ss
2   COUNTY OF MARIN        )

3           I, the undersigned, a Certified Shorthand

4   Reporter of the State of Michigan, and Notary Public of

5   the State of California, do hereby certify:

6           That the foregoing proceedings were taken

7   before me at the time and place herein set forth; that

8   any witnesses in the foregoing proceedings, prior to

9   testifying, were placed under oath; that a verbatim

10  record of the proceedings was made by me using machine

11  shorthand which was thereafter transcribed under my

12  direction; further, that the foregoing is an accurate

13  transcription thereof.

14          I further certify that I am neither financially

15  interested in the action nor a relative or employee of

16  any attorney of any of the parties.

17          IN WITNESS WHEREOF, I have this date subscribed

18  my name.

19

20  Dated:  _____APR 2 5 2007_____

21

22          _____Diane M Gallagher_____

23          DIANE M. GALLAGHER, RPR
            CSR (Mich) No. 2191
            Notary Public No. 1419258 County of Marin
24          State of California
            My commission expires:  5-20-2007

25
```

7

107