JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
NELSON P. COHEN
United States Attorney
GARY GUARINO
Chief, Civil Division
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Telefax: (907) 271-3224
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation <br><br> Plaintiff/Appellant <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> acting by and through <br><br> the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND <br><br> Defendants/Appellees | Civil No. A03-006 CV <br><br> IN ADMIRALTY <br><br><br> DECLARATION OF JEANNE M. FRANKEN IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE |

DECLARATION OF JEANNE M. FRANKEN
IN OPPOSITION TO PLAINTIFF'S
MOTION IN LIMINE         1                    CIVIL NO. A03-006 CV JWS

I, Jeanne M. Franken, do hereby declare and affirm the following matters in opposition to plaintiff's motion in limine.

1. I am a Trial Attorney with the West Coast Office of the Torts Branch, Civil Division, United States Department of Justice, and one of the attorneys for defendant, United States of America, herein, and make this declaration based on information and belief.

2. I have knowledge of the matters asserted herein.

3. Attached to the Government's Opposition Memorandum as Exhibit "A" is a true and correct copy of excerpts of the Deposition of Douglas Anderson.

4. Attached to the Government's Opposition Memorandum as Exhibit "B" is a true and correct copy of Samson's Response to the Government's Request for Admission No. 1.

5. Attached to the Government's Opposition Memorandum as Exhibit "C" is a true and correct copy of excerpts of the Deposition of Robert Clark.

6. Attached to the Government's Opposition Memorandum as Exhibit "D" is a true and correct copy of excerpts of the Deposition of William Duerden.

7. Attached to the Government's Opposition Memorandum as Exhibit "E" is a true and correct copy of excerpts of the Deposition of Michael Gragen.

8. Attached to the Government's Opposition Memorandum as Exhibit "F" is a true and correct copy of the entire Supplemental F.RC.P. 30(b)(6) Notice plaintiff Samson served in June of 2006 on the United States requesting that knowledgeable witnesses be produced to testify on behalf of the Government on a laundry list of subjects. An earlier, far less broad, Notice had been served in November of 2005. Upon receipt of the Supplemental Notice, efforts were immediately begun to identify additional persons who might be able to address the wide range of subjects contained in the Supplemental Notice from the various services and agencies involved.

9. Attached to the Government's Opposition Memorandum as Exhibit "G is a true and correct copy of a letter I sent after receiving the Supplemental Notice requesting

guidance to narrow the issues contained therein, and advising that the United States would fully co-operate in producing witnesses but at mutually agreed upon dates and times.

10.     Witnesses were produced over a two year period in response to plaintiff's first and then Supplemental Notices, at various times and places, until counsel for Samson advised that they did not wish to proceed with any additional depositions of fact witnesses in mid-2007. At several points during this process, having reset the depositions of former and current service members and federal employees on numerous occasions and having been advised that Samson wanted to postpone the taking of several of the Government's witnesses yet again, I finally convened several of the depositions, *de bene esse*, in order to preserve the witnesses' testimony for trial.

11.     As recently as the end of last year, I verbally offered to make responsive witnesses available to Samson if they desired additional testimony on any subject listed in their lengthy Supplemental Notice. This occurred after counsel for Samson indicated that they would be advising the Court that the case was not ready for trial because the Government had supposedly not produced all witnesses Samson had asked for in its Notice(s). The Government included its offer to continue to make responsive witnesses available in the separate statement regarding trial readiness it filed at the begining of this year. (See, Docket No. 69).

12.     Extensive efforts were made through counsel at appropriate parts of the Navy and the AMC throughout this litigation to specifically locate additional flight data, as part of the overall and ongoing Government effort to locate and produce documents requested by Samson in this case from those agencies as well as from the Army. More than 40 boxes of material was eventually produced as it was located in various archives, warehouses, offices and employee files around the country, including the computer print outs of flight data which Samson concedes contain some cargo information.

DECLARATION OF JEANNE M. FRANKEN
IN OPPOSITION TO PLAINTIFF'S
MOTION IN LIMINE                 3                    CIVIL NO. A03-006 CV JWS

I hereby verify under penalty of perjury, and in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

DATED: 4/15/08

        /s/ Jeanne M. Franken
       JEANNE M. FRANKEN

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 4/15/08, a copy of the foregoing DECLARATION OF JEANNE M. FRANKEN IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE, was served electronically on:

Richard D. Gluck, Esq.
Garvey Schubert Barer

William G. Royce, Esq.
Law Office of William G. Royce

Attorneys for Plaintiff/Appellant
Samson Tug and Barge Company, Inc.

s/Jeanne M. Franken
_____
JEANNE M. FRANKEN

DECLARATION OF JEANNE M. FRANKEN
IN OPPOSITION TO PLAINTIFF'S
MOTION IN LIMINE           4           CIVIL NO. A03-006 CV JWS