Date 7-13-06 Exhibit # 25
Case
Deponent Baggen
Reporter SYNDIE HAGARDT
Naegeli Reporting Corporation
(800) 528-3335  FAX (503) 227-7123

```
 1  PETER D. KEISLER
    Assistant Attorney General
 2  TIMOTHY M. BURGESS
    United States Attorney
 3  LANE TUCKER
    Chief, Civil Division
 4  Assistant United States Attorney
    Federal Building & U.S. Courthouse
 5  222 West Seventh Avenue, #9, Room 253
    Anchorage, Alaska  99513-7567
 6  Telephone: (907) 271-5071
    Telefax: (907) 271-3224
 7  PHILIP A. BERNS
    Attorney in Charge, West Coast Office
 8  Torts Branch, Civil Division
    JEANNE M. FRANKEN
 9  Trial Attorney
    Torts Branch, Civil Division
10  U.S. Department of Justice
    7-5395 Federal Building
11  P.O. Box 36028
    450 Golden Gate Avenue
12  San Francisco, California  94102-3463
    Telephone: (415) 436-6644
13  Telefax: (415) 436-6632

14  Attorneys for Defendants/Appellees
    United States of America
15
                    IN THE UNITED STATES DISTRICT COURT
16
                         FOR THE DISTRICT OF ALASKA
17
    SAMSON TUG AND BARGE CO., INC., an  ) Civil No. A03-006 CV (JWS)
18  Alaska Corporation                  )
                                        ) IN ADMIRALTY
19      Plaintiff/Appellant             )
                                        )
20          v.                          )
                                        ) NOTICE OF EXAMINATIONS
21  UNITED STATES OF AMERICA,           ) BEFORE TRIAL
                                        )
22      acting by and through           )
                                        )
23  the UNITED STATES DEPARTMENT of the )
    NAVY MILITARY SEALIFT COMMAND,      )
24  and UNITED STATES DEPARTMENT OF     )
    THE ARMY MILITARY TRAFFIC           )
25
```

NOTICE OF EXAMINATIONS
BEFORE TRIAL                    1                    CIVIL NO. A03-006 CV (JWS)

7

MANAGEMENT COMMAND             )
                               )
    Defendants/Appellees       )
_____)

PLEASE TAKE NOTICE that defendant, United States of America, by agreement, will take the examinations before trial of the following individuals at Naegeli Reporting Corporation, 601 Union Street, Suite 1624, Seattle, Washington 98101, phone (206) 622-3376, on the day and time specified:

1. Corey Baggins, Thursday, July 13, 2006, at 10:00am; and

2. Mike Halko, Friday, July 14, 2006, at 1:00pm.

Said examinations will take place before a court reporter authorized by law to administer oaths, will be recorded stenographically and will continue from day to day until completed.

Dated: July 5, 2006.

PETER D. KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney
LANE TUCKER
Chief, Civil Division
Assistant United States Attorney
R. MIKE UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

_____
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendants/Appellees
United States of America

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2006, I have served a copy of the foregoing NOTICE OF EXAMINATIONS BEFORE TRIAL by telefax and first-class mail, postage prepaid, upon:

Harold G. Bailey, Jr.
GARVEY SCHUBERT BARER
Fifth Floor, Flour Mill Building
1000 Potomac Street, N.W.
Washington, D.C. 20007

William G. Royce, Esq.
Law Office of William G. Royce
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501

Attorney for Plaintiff/Appellant
Samson Tug and Barge Company, Inc.

*/s/ Veronica Garner*
VERONICA GARNER