JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
NELSON P. COHEN
United States Attorney
GARY GUARINO
Chief, Civil Division
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Telefax: (907) 271-3224
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>　　　　Plaintiff/Appellant<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND<br><br>　　　　Defendants/Appellees<br>_____ | Civil No. A03-006 CV<br><br>IN ADMIRALTY<br><br><br><br>DECLARATION OF JEANNE M. FRANKEN IN SUPPORT OF ITS REPLY TO PLAINTIFF'S OPPOSITION TO THE GOVERNMENT'S MOTIONS IN LIMINE |

　　　　I, Jeanne M. Franken, do hereby declare and affirm the following matters in support

of defendant's reply to the plaintiff's opposition to the Government's motions *in limine* regarding witnesses:

1. I am a Trial Attorney with the West Coast Office of the Torts Branch, Civil Division, United States Department of Justice, and one of the attorneys for defendant, United States of America, herein, and make this declaration based on information and belief.

2. I have knowledge of the matters asserted herein.

3. Attached to the reply as "A" is a true and correct copy of a Notice of Examination for two individual deponents, which I served on plaintiff in July of 2006, and which was marked as Exhibit 25 when those depositions were convened.

4. Attached to the reply as "B" is a true and correct copy of a Notice of Examination for two additional individual deponents, which I served on plaintiff in August of 2006, and which was marked as Exhibit 71 when those depositions were convened.

I hereby verify under penalty of perjury, and in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Executed this 24th day of April, 2008.

                                    /s/ Jeanne M. Franken
                                    JEANNE M. FRANKEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2008, a copy of the foregoing DECLARATION OF JEANNE M. FRANKEN IN SUPPORT OF REPLY, was served electronically on:

Richard D. Gluck, Esq.
Garvey Schubert Barer

William G. Royce, Esq.
Law Office of William G. Royce

Attorneys for Plaintiff/Appellant
Samson Tug and Barge Company, Inc.


s/Jeanne M. Franken
_____
JEANNE M. FRANKEN