IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation ) ) ) | |
| Plaintiff/Appellant ) ) | Case Number: A03-006 CV Admiralty JWS |
| vs. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant/Appellee. ) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR FILING REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE

Upon consideration of Plaintiff's Motion To Extend Time To File A Reply to Defendant's Opposition To Plaintiff's Motion In Limine, good grounds appearing therefore, it is,

**ORDERED** that the Motion be **GRANTED**. Plaintiff shall have until April 30, 2008 to file the aforesaid reply.

**SO ORDERED** this ___ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Dated: April 25, 2008

/s/ Richard D. Gluck
Richard D. Gluck
Harold G. Bailey, Jr.
Garvey Schubert Barer
1000 Potomac Street, NW, 5th Floor
Washington, DC  20007
Counsel for Samson Tug and Barge Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, a copy of the foregoing Proposed Order was served electronically on:

>Jeanne M. Franken, Esq.
>Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>
>United States Attorney
>Federal Building and U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska 99513-7567
>
>/s/ Richard D. Gluck