IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC.,<br>an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant/Appellee. | Case Number:   A03-006 CV<br>                       Admiralty JWS |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR FILING REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE**

Upon consideration of Plaintiff's Motion To Extend Time To File A Reply to Defendant's Opposition To Plaintiff's Motion In Limine, good grounds appearing therefore, it is,

**ORDERED** that the Motion be **GRANTED.** Plaintiff shall have until April 30, 2008 to file the aforesaid reply.

**SO ORDERED** this 28th day of April 2008

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE