**EXHIBIT 2**

## Page 1

```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA
SAMSON TUG AND BARGE CO.,
INC., an Alaska Corporation,

         Plaintiff/Appellant,

     vs.                    Civil No. A03-006 CV(JWS)

UNITED STATES OF AMERICA,   IN ADMIRALTY

     acting by and through

the UNITED STATES DEPARTMENT
of the NAVY MILITARY SEALIFT
COMMAND, and UNITED STATES
DEPARTMENT OF THE ARMY
MILITARY TRAFFIC MANAGEMENT
COMMAND,
         Defendants/Appellees.
```

DEPOSITION DE BENE ESSE OF ROBERT J. CLARK
San Francisco, California
Tuesday, April 10, 2007
Volume 1

Reported by:
DIANE M. GALLAGHER, RPR
CSR No. Michigan 2191
JOB No. 3-60770

## Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMSON TUG AND BARGE CO.,
INC., an Alaska Corporation,

Plaintiff/Appellant,

vs.      Civil No. A03-006 CV(JWS)

UNITED STATES OF AMERICA,    IN ADMIRALTY

acting by and through

the UNITED STATES DEPARTMENT
of the NAVY MILITARY SEALIFT
COMMAND, and UNITED STATES
DEPARTMENT OF THE ARMY
MILITARY TRAFFIC MANAGEMENT
COMMAND,
     Defendants/Appellees.

Deposition de bene esse of ROBERT J. CLARK, taken on behalf of Defendants/Appellees, at 450 Golden Gate Avenue, 7th Floor, Room 5395, San Francisco, California, beginning at 10:15 a.m., and ending at 4:26 p.m., on Tuesday, April 10, 2007, before DIANE M. GALLAGHER, Certified Shorthand Reporter, Michigan No. 2191.

## Page 3

APPEARANCES:

For Plaintiff/Appellant:
   GARVEY SCHUBERT BARER
   BY: ROBERT A. W. BORAKS   (By phone)
       HAROLD G. BAILEY, JR. (By phone)
   Attorneys at Law
   Fifth Floor, Flour Mill Building
   1000 Potomac Street, N.W.
   Washington, D.C. 20007
   202-965-7880
   E-mail: bbailey@gsblaw.com
           bboraks@gsblaw.com

   WILLIAM G. ROYCE  (By phone)
   Attorney at Law
   1227 West 9th Avenue, Suite 200
   Anchorage, Alaska 99501

For Defendants/Appellees:

   U.S. DEPARTMENT OF JUSTICE
   TORTS BRANCH, CIVIL DIVISION
   BY: JEANNE M. FRANKEN
   Trial Attorney
   7-5395 Federal Building
   450 Golden Gate Avenue
   San Francisco, California 94102-3463
   415-436-6644

Videographer:

   JOSEPH MOURGOS
   Sarnoff Court Reporters
   450 Sansome Street
   Suite 1550
   San Francisco, California 94111
   415-274-9977

## Page 4

INDEX

| WITNESS | PAGE |
|---|---|
| ROBERT J. CLARK | |
| BY MS. FRANKEN | 15, 160, 168 |
| BY MR. BORAKS | 115, 167 |

\* \* \*

EXHIBITS

| | | |
|---|---|---|
| Ex. No. 74 - Notice of Deposition - 3 pages | 5 |
| Ex. No. 75 - Letter to H. Bailey - 3-20-07 1 page | 14 |
| Ex. No. 76 - String of e-mails - 3-23-07 2 pages | 14 |
| Ex. No. 77 - Video (retained by counsel) 3-97 - 1 page with exhibit sticker | 82 |
| Ex. No. 78 - Memo - part of physical inventory 3-19-96 - 3 pages | 91 |
| Ex. No. 79 - NAV Adak Disposal Plan 19 pages | 93 |
| Ex. No. 80 - Memorandum of Understanding 6-26-96 - 4 pages | 95 |
| Ex. No. 81 - Letter on Aleut Corporation letterhead - 12-23-90 - 2 pages | 98 |
| Ex. No. 82 - Memo - 2-3-97 from Clark - 6 pages | 100 |
| Ex. No. 83 - Memo 2-18-97 from Clark - 1 page | 108 |
| Ex. No. 84 - Memo 2-19-97 from Clark - 3 pages | 111 |
| Ex. No. 85 - Memo re: Personal Property 2-26-97 - 2 pages | 113 |

**Page 137**

15:14  1   A   There's the 50 containers, or 50, 55 containers
       2   that I physically inspected, I saw loaded onto the
       3   barge.
       4   Q   Right.
15:14  5   A   I saw other barges up there with material that
       6   came off of Adak. I did not see those particular
       7   containers packed, but I saw the containers put onto the
       8   barge on a couple of other occasions, one or two.
       9       Did I see every barge, no, I did not.
15:14 10   Q   Did you, do you have personal knowledge as to
      11   what was shipped by air?
      12   A   In some instances, yes, I do.
      13   Q   Could you tell us, as best as you can remember,
      14   what it is you do have personal knowledge of concerning
15:14 15   what was shipped by air?
      16       MS. FRANKEN: Objection. Calls for a
      17   narrative. You can answer.
      18       THE WITNESS: Personally, I know all personnel
      19   and their, what they characterize as their 30-day pack-
15:14 20   up was shipped by air. All mail was shipped by air.
      21   Fresh fruit and vegetables coming into the station were
      22   shipped by air. Triple 9 coded supply parts were
      23   shipped by air. Some small IMRL, which is Individual
      24   Material Requirements List, were shipped by air.
15:15 25   Galley equipment for the Naval Air Facility, Naval Air

**Page 138**

15:15  1   Station Fallon were shipped by air. That one, however,
       2   went on a national -- Nevada Air National Guard C-130.
       3   There's other small components I can't be specific on
       4   but I saw shipped by air.
15:15  5       MR. BORAKS: Yeah.
       6       MS. FRANKEN: Wait a minute. Wait a minute.
       7   Wait a minute. Wait a minute. Are you done?
       8       THE WITNESS: Yes.
       9       MS. FRANKEN: Okay. Go ahead, sir.
15:15 10   Q   (BY MR. BORAKS) Is your personal knowledge,
      11   well, for example, you knew that the 50 to 55 containers
      12   were shipped by barge and you knew that the crane was
      13   shipped by barge because you actually saw them shipped
      14   by barge.
15:16 15       Is your personal knowledge regarding what was
      16   shipped by air of the same sort that you actually saw
      17   this stuff shipped by air?
      18   A   I saw all of it shipped by air with the
      19   exception of what was shipped on the Air National Guard
15:16 20   bird, which was the galley equipment, and I did not see
      21   -- I saw the IMRL gear packed on a pallet. I did not
      22   see it loaded onto the aircraft.
      23       I saw numerous personnel on the aircraft and
      24   their household goods, but not every one of them. So
15:16 25   it's a select sampling, if you will.

**Page 139**

15:16  1   Q   Right. So what you believe was shipped by air
       2   without having seen it, what's the basis for your
       3   belief?
       4   A   The reports from the base, understanding that
15:17  5   what the requirements were, in other words, all
       6   personnel and 30-day pack-ups were required to go by
       7   air. Different message traffic that came across on
       8   particularly what the kettles (sic), the equipment, that
       9   was sent down to Fallon, Nevada, because they indicated
15:17 10   receipt of it. That's pretty much it, I guess.
      11   Q   In connection with the shipment of cargo,
      12   either by barge or by air, are you familiar with the
      13   paper trail that is created regarding that?
      14   A   Generally speaking, yes.
15:17 15   Q   And what documents are created when something
      16   is shipped?
      17   A   If it's shipped by air, for example, there's a
      18   request that is generated by the supply officer that
      19   went back to the Air Force, the Air Force scheduler, and
15:18 20   then the cargo was scheduled for a pickup. Then the
      21   cargo itself is manifested.
      22       A manifest is generated on each pallet that
      23   goes into the aircraft. That manifest is then
      24   delivered to the crew. A copy of it goes to a parent
15:18 25   activity which could be FISC, whoever the owner of the

**Page 140**

15:18  1   cargo is, the receiver, and a copy is retained by the
       2   supply officer, the shipping, whoever shipped it, and
       3   then away it goes.
       4       By barge, there was -- I do not know if a
15:18  5   requisition was actually drawn up because the barge had
       6   a significant capacity, and it was scheduled on a
       7   monthly basis.
       8       So I believe that the island would look at it
       9   from how much space they had available and what they
15:19 10   needed to fill.
      11       They would create a shipping document for the
      12   containers, which you have seen, and that shipping
      13   document would contain what's in the containers, and
      14   they would load it on and away they would go.
15:19 15       The base, the supply officer would maintain a
      16   copy of it. I believe Samson would receive a copy of
      17   it, and I believe other copies would go to whoever was
      18   on the receiving end of the cargo and who was paying for
      19   it.
15:19 20   Q   Okay. Did your shop maintain any of the
      21   records that you have just described?
      22   A   No, we did not.
      23   Q   Okay. Now, with regard to inventories of what
      24   was on the base, I believe your testimony was that at
15:19 25   some point in time there was what amounted to a

```
16:17   1   Adak, which was about the April of '95 time frame.
        2       Q  Do you know for sure?
        3       A  No.  No, I couldn't tell the specific date.
        4   I just remember seeing it because it was odd to see it
16:17   5   there.
        6       Q  Do you know where it had come from?
        7       A  No.
        8       Q  Do you know where it was headed?
        9       A  I believe it was heading to Japan, but I do not
16:17  10   know that to be a fact.
       11       Q  Did you ever see this Strong Texan there again?
       12       A  No, I did not.
       13       Q  Did you come to any knowledge about it having
       14   called on Adak again after that one time?
16:18  15       A  No, not that I am aware of.
       16       Q  Why did Mr. Halko say he was asking you for
       17   manifests?
       18       A  They were trying to confirm a billing.
       19       Q  Did he tell you that it had anything to do with
16:18  20   a claim he was making against the government?
       21       A  No, he did not.
       22       Q  What billing did he say he was looking for?
       23       A  He was looking for the manifests for the last
       24   off-load, barge off-load in April, the one that I did
16:18  25   the physical inspection on.
                                                       Page 165

16:18   1       Q  And what was there about billings that he
        2   needed that manifest for, if he told you?
        3       A  I don't recall.  All he asked me if we could
        4   locate the manifest.
16:18   5       Q  As far as you know, did you ever?
        6       A  As far as I know, he never received them.
        7       Q  So you thought that the manifests for the barge
        8   shipments were sent to archives at Whidbey Island, is
        9   that right?
16:18  10       A  Yes.  Yes.
       11       Q  Why did you think that?
       12       A  That's where all of the records went, the
       13   historical records from Adak were transferred to Whidbey
       14   Island.
16:19  15          I confirmed that with Cindy Williams, which is
       16   why I initially called her because she knew where the
       17   records went.  Cindy was a civilian employee of the
       18   Commander Naval Base in Seattle.
       19       Q  Those would be the Navy's base records then?
16:19  20       A  Their historical records from the base.  They
       21   are all Navy-type records, yes.
       22          Now I don't know specifically what would be in
       23   there.  That was just a good place for us to look.
       24       Q  Why did you think there might be flight
16:19  25   manifests in those archived records?
                                                       Page 166

16:19   1       A  Flight manifests?
        2       Q  The question seemed to cover all kinds of
        3   manifests, and you said they were all sent to Whidbey
        4   Island, I believe?
16:19   5       A  Right.  I don't know that I thought they were
        6   specific flight manifests.  Generally the flight
        7   manifest goes with the aircraft.
        8       Q  Do you have any reason to believe that any
        9   manifesting from flights on or off Adak would have been
16:20  10   kept on the island?
       11       A  No.  The only records that would probably have
       12   been kept would have been the supply records of what was
       13   shipped and the means it was shipped.
       14       Q  Do you have any reason to believe that flight
16:20  15   manifests of any kind would have gone from Adak to
       16   Whidbey Island?
       17       A  I don't believe the manifests themselves.  Just
       18   the supply records.
       19          MS. FRANKEN:  I have no other questions.
16:20  20          MR. BORAKS:  I have got two.
       21              RE-EXAMINATION
       22   BY MR. BORAKS:
       23       Q  The manifests that you're talking about, you
       24   say, I thought I heard you say they went with the cargo.
16:20  25          Were there no copies of manifests maintained
                                                       Page 167

16:20   1   apart from the cargo?
        2          MS. FRANKEN:  Objection.  Calls for
        3   speculation.  Lack of foundation.  Vague and ambiguous.
        4   You can answer.
16:21   5          THE WITNESS:  When they manifested the cargo,
        6   they would, generally the supply officer would keep a
        7   copy of a manifested -- a copy goes with the cargo
        8   itself so the transporting agency knows the final
        9   destination, and then the air crew would have a copy of
16:21  10   the manifest for weight and balance.
       11       Q  (BY MR. BORAKS)  Okay.  So am I understanding
       12   you correctly that there, at least at one time there was
       13   a place where copies of the cargo manifests were
       14   maintained; would that have been on Adak?
16:21  15          MS. FRANKEN:  Objection.  Assumes facts not in
       16   evidence.  Mischaracterization of his testimony.  Lack
       17   of foundation.  Calls for speculation.  You can answer.
       18          THE WITNESS:  The supply officer would have
       19   maintained a copy of the manifest.
16:21  20          MR. BORAKS:  Okay.  That's all I have.
       21              RE-EXAMINATION
       22   BY MS. FRANKEN:
       23       Q  Mr. Clark, you don't really know what the
       24   requirements were for anyone to maintain manifests, do
16:22  25   you?
                                                       Page 168
```

42 (Pages 165 to 168)