**EXHIBIT 3**

Byers & Anderson
Court Reporters & Video

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMSON TUG AND BARGE CO., INC., an )
Alaska Corporation, )
 )
      Plaintiff/Appellant )
 )
      vs. )
 )
UNITED STATES OF AMERICA, )
 ) Case Number:
      acting by and through ) A03-006 CV Admiralty
 ) JWS
THE UNITED STATES DEPARTMENT OF )
THE NAVY MILITARY SEALIFT COMMAND, )
and UNITED STATES DEPARTMENT OF )
THE ARMY MILITARY TRAFFIC )
MANAGEMENT COMMAND, )
 )
      Defendants/Appellees. )

DEPOSITION OF BRIAN P. PETERSON, VOLUME I
November 28, 2005
Seattle, Washington

Byers & Anderson, Inc.
Court Reporters/Video/Videoconferencing

| One Union Square | 2208 North 30th Street, Suite 202 |
| --- | --- |
| 600 University St. | Tacoma, WA 98403 |
| Suite 2300 | (253) 627-6401 |
| Seattle, WA 98101 | (253) 383-4884 Fax |
| (206) 340-1316 | scheduling@byersanderson.com |
| (800) 649-2034 | www.byersanderson.com |

25th Anniversary 1980-2005

Byers & Anderson
Court Reporters & Video

Page 25

1     they're landing.
2  Q  So Column 4 has the place of origin of the mission,
3     Column 6 has the destination?
4  A  That's correct.
5  Q  Item 7 lists the actual time.
6        Again, give us a definition of what's captured in
7     that actual time. Is that when the wheels start
8     rolling to when--
9  A  Generally it should be when they actually hit the
10    ground.
11 Q  Column No. 8, "Total pax"--
12 A  Passengers.
13 Q  And these would be people on the aircraft beyond the
14    normal crew?
15 A  Yes.
16 Q  And these persons would-- it would simply be
17    passengers that have no duties that related to the
18    flight of the aircraft, correct?
19 A  Correct.
20 Q  Item 9, total cargo, is this a poundage number?
21 A  Yes, it is.
22 Q  Okay. On Item 9, do you know what records are kept
23    in the database that relate to cargo?
24 A  Clear that--
25 Q  My understanding is that this printout was created by

Byers & Anderson
Court Reporters & Video

Page 26

```
 1        going to a database that the Air Force maintains.  Is
 2        that correct?
 3   A    Right.
 4   Q    So I take it from that, that the source of the total
 5        cargo numbers, the poundage, comes from that
 6        database.
 7   A    Yes, it comes-- there's a manifest in the data-- the
 8        data comes from the manifest, and the manifest is
 9        what is generated for the aircraft.
10   Q    Let's talk about the manifest for a second.
11             Where and when is a manifest generated?
12   A    That's a long-- the manifest-- the general manifest
13        is created from the user who wants to put it on the
14        plane, so whoever is the user, the customer, will
15        generate a manifest of bodies or passengers in cargo
16        that have to be on the plane.
17             So he will generate the poundage and the
18        passengers to be sent over to us, which is the 732nd
19        squadron who handles the actual putting the people on
20        board.
21             We do all the ground operations.
22   Q    Okay.  So the customer, as it were, generates the
23        manifest, including the poundage?
24   A    Correct.
25   Q    Is cargo weighed separately before it's stowed on an
```

Byers & Anderson
Court Reporters & Video

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation, )<br>)<br>)<br>    Plaintiff/Appellant )<br>)<br>        vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    acting by and through )<br>)<br>THE UNITED STATES DEPARTMENT OF )<br>THE NAVY MILITARY SEALIFT COMMAND, )<br>and UNITED STATES DEPARTMENT OF )<br>THE ARMY MILITARY TRAFFIC )<br>MANAGEMENT COMMAND, )<br>)<br>    Defendants/Appellees. ) | Case Number:<br>A03-006 CV Admiralty<br>JWS |

DEPOSITION OF BRIAN P. PETERSON, VOLUME II
November 29, 2005
Seattle, Washington


Byers & Anderson, Inc.
Court Reporters/Video/Videoconferencing

| | |
|---|---|
| One Union Square | 2208 North 30th Street, Suite 202 |
| 600 University St. | Tacoma, WA 98403 |
| Suite 2300 | (253) 627-6401 |
| Seattle, WA 98101 | (253) 383-4884 Fax |
| (206) 340-1316 | scheduling@byersanderson.com |
| (800) 649-2034 | www.byersanderson.com |

25th Anniversary 1980-2005

Byers & Anderson
Court Reporters & Video

Page 18

```
 1              Looking at the table, and I'm on Sheet 1, Page 1,
 2       the first column on the left says, "First mission
 3       ID," and under that there's a letter numeric
 4       designation.
 5              Could you tell us what information is captured in
 6       the column "First mission ID"?
 7   A   Well, the first mission ID is-- this is not basically
 8       the information that we produce in the squadron.
 9       That is in Column 1, and that's all you're asking
10       about.  I am not real familiar with every designation
11       on the first column.  It's this third column that
12       would be the one that would be more realistic to what
13       I'm dealing with.
14   Q   Okay.  And we're going to go through them.  There's
15       14 columns, and we'll go through most of them, but I
16       need to know whether you have information or exhaust
17       your information column to column.
18              This is Greek to me, and there might be some
19       information you have that would help us.
20              I see at least on the first page of the exhibit
21       the designations start out with the letters "AU."
22              Do you have any idea what that means?
23   A   Absolutely-- do I have an idea what it means?
24   Q   Yes.
25   A   Well, no, not really.
```

Byers & Anderson
Court Reporters & Video

Page 19

1	There is a designator book that is uniformly used
2	by the government or the Air Force or even probably
3	the Army or all the services that would designate
4	"A," would designate "U," and designate every aspect
5	of that number.
6	Now, the third column over is the same as the
7	third column over-- it's a mission over and it
8	designates certain things.
9	I don't have that in front of me. I have it up
10	in Alaska, but I don't have the code book that
11	designates what each letter designates.
12	Q	Can you describe that code book well enough so if I
13	put a request out to the attorney for the government,
14	she would understand what I'm asking for?
15	Do you know the name of the code book?
16	MS. FRANKEN: Is it what I showed you
17	earlier today?
18	THE WITNESS: It's referred to what
19	Jeanne has showed me earlier, yes. It's designated
20	similar to what she showed me if not that exact book.
21	She just took captions of--
22	MS. FRANKEN: If we were to show you
23	Exhibit No. 17B to the claim-- perhaps Mr. Gluck
24	could help us.
25	Q	(By Mr. Royce) Mr. Gluck has just handed me a