**EXHIBIT 4**

**Training**
- Completed 925 personnel qualifications
    - Pepper Spray: 82
    - PR-24 Police Baton: 190
    - First Aid: 96
    - CPR: 96
    - Emergency Vehicle Operators Course: 52
    - Weapons: 181
    - Deadly Force: 164
    - Intoximeter 3000: 64

### Operations

Number of people assigned to the Operations Department: Military: 110 (average). The specific tasks for accomplishing the command mission are:
- Perform naval control of shipping functions.
- Provide communication support and services.
- Operate the military airfield - all weather services.
- Operate and maintain the air terminal.
- Provide port and harbor service.
- Provide navigational aids support for aircraft.
- Provide limited logistics support for MSC and transient ships.
- Provide SAR assistance by surface craft to ships in distress or for medivac of crew members.
- Provide land base search and rescue support.
- Provide fire protection and prevention.

**Air Traffic Control (ATC) Division**
Operates a class II control tower facility controlling air traffic movement on the airfield and VFR traffic with 5 miles of the airport. The facility coordinated ATC matters with the FAA, DOD, military aviation commands and civilian air activities.
- Air Traffic for 1995: IFR Flight Plans, 1,079; VFR Flight Plans, 16; Total Flight Plans; 1,095.
- Airfield open 110% of scheduled operating hours.
- Qualified and designated four facility watch supervisors.
- Qualified one ground controller.

**Fire and Crash Division**
Provides all island fire fighting services, emergency response capability for aircraft mishap, medivac, hazardous material spills and explosive ordnance handling incidents. Also provides fire prevention inspections and training.
- Man two structural and one airfield crash station.
- Responded to 200 alarms including structure, airfield, medical and hazardous material emergencies.
- Maintains a fully equipped and qualified Hazardous Material Response Team.

```
-Conducted 200 building inspections, 132 quarterly
 inspection, 6 indoctrination lectures, 75 fire drills,
 66 welding and burn permits for private contractors and
 75 housing inspections.
-Cross-trained personnel, qualified 50 percent of assigned
 personnel as emergency medical technicians.
```

**Ground Electronics Division**
Provides preventive and corrective maintenance service on HF, VHF and UHF communication equipment, ILS, Tacan, NOB and VOR navigational aids, meteorological equipment, all NAF FM radio communication networks. Ground Electronics Division administered the command 3M program.

```
-Passed micro-miniature (2M) certification inspection,
 recertified one 2M technician.
-FAA Flight check on ILS System and Tacan.
-Assumed responsibility for managing the calibration lab
 from NSGA.
-Received training for Mark 1D ILS system by FAA technical
 representative.
-Shipped over 1,500 lbs of excess equipment for DRMO
 disposal.
```

**Pat Kelly Terminal Division**
Provides aircraft handling for military aircraft, cargo upload and download service and passenger service. Arranged transportation and billeting for transient aircrews and passengers and managed the space available (space "A") travel and environmental morale leave (EML) programs.

```
-Processed 327 aircraft, 5,127 passengers (departing and
 arriving Adak) and handled 519 tons of cargo.
-Provided host support to Reeve Aleutian air carrier.
```

**Port Operations Division**
Maintains administrative and operational control of waterfront operations and ships' harbor movements, assigned berth and anchorage, coordinated logistic and support services, provided tug service and line handling. Also distributed local weather reports and storm warnings and provided advisory radar navigation services and surface craft for SAR operations. The Port Operations Officer served as the Naval Control Officer for harbor security and small boating liaison for the command. The Leading Chief Petty Officer served as the Harbor Master and representative to the Military Sealift Command for Adak (MSCREP Adak).

```
-Assisted three U.S. Coast Guard cutters and four merchant
 vessels in and out of Sweeper Cove to the fuel pier and to
 pier 5.
-Assisted 14 tugs and barges in and out of Sweeper Cove to
 pier 5.
-Conducted 10 SAR missions of mercy, extracting injured
 seamen from commercial vessels operating in the Bering Sea
 and North Pacific Ocean in the vicinity of Adak.
```

US00002096

```
         - Military (On-Duty) Injuries.
FY 96      Type of Injury
  7        TS - Sprains; Strains
  4        TC - Contusions; Bruises; Abrasions
  0        TB - Back Strains
  1        TU - Burn; Scald; Sunburn
 13        TL - Laceration
  0        T9 - Traumatic Injury - unclass
  0        TF - Fracture
  5        99 - Other
  2        TD - Dislocation
 ──
 32
```

## Supply

**Systems Division (Code 41)**
- January through June 96 UADPS Level II System was still inoperative due to system failure/crash Nov 95.
- July 96 installed and implemented NAMASSO, MICROSNAP SFM System. Back fitted 3200 supply transactions.
- July 96, re-organized the System Division. Re-named the Control Division, carrying out the functions of Stock Control/Financial, Customer Service, CHRIMP, Storage & Provision and Local Purchase Administration. Manning, 1 GS-11 (DIVO) and 17 military personnel.
- November 96 opened/installed an Arctic Issue, GSA and Troop Support accounts with Elmendorf, AFB to logistically accelerate receipts of NAF Adak requirements.
- Downsized deep stock line items by 41%, from 3452 to 2033.
- Redistributed off-island excess material valued at $234,519.

**Materials Division (Code 42)**
- Processed 950 tons of inbound and outbound material via air shipments and 1632 tons by sea.
- Processed 90 shipments of Privately Owned Vehicles (POV), 21 inbound and 69 outbound, totaling 110 tons.
- Shipped and received 1023 Household Goods and Unaccompanied Baggage (UB) shipments, 188 inbound and 835 outbound.
- Received, processed and distributed all Direct Turn Over requisitions and purchases.
- Provided special logistics and reprovisioning support to USCG MSO Anchorage, USCG Pacific Strike Force and USCGC Midgett for SAR of the disabled Liberian freighter, Baneasa.

**Ship's Store Division (Code 43)**
- January 96 to May 96 the Ship's Store was in full operation, opened for customer service from Monday through Saturday. We offered laundry/dry cleaning and tailoring.

US00002109

Training:
- Completed <u>194</u> personnel qualifications:
  * <u>08</u> Peppermace
  * <u>18</u> PR-24
  * <u>17</u> First Aid
  * <u>16</u> CPR
  * <u>14</u> Emergency Vehicle Operators Course
  * <u>55</u> Weapons
  * <u>63</u> Deadly Force
  * <u>03</u> Intoximeter 3000

### Operations

Number of people assigned to the Operations Department: Military: 110 (average).

Accomplishments include:
- Perform naval control of shipping functions.
- Provide communication support and services.
- Operate the military airfield - all weather services.
- Operate and maintain the air terminal.
- Provide port and harbor service.
- Provide navigational aids support for aircraft.
- Provide limited logistics support for MSC and transient ships.
- Provided SAR assistance by surface craft to ships in distress or for MEDIVAC of crewmembers.
- Provide fire protection and prevention.

**Air Traffic Control (ATC) Division**
Operates a Class II Control Tower Facility controlling movement on the airfield and VFR traffic within 5 miles of the airport. The facility coordinated ATC matters with the FAA, DOD, military aviation commands and civilian air activities.
- Air Traffic for 1996:
    IFR Flight Operations: 11,194
    VFR Flight Operations: 10
    Total Flight Operations: 11,204
- Airfield open 100% for scheduled operating hours.
- Qualified and designated 4 Facility Watch Supervisors.
- Qualified 4 Tower Supervisor, Local and Ground Controllers.
- Qualified 3 Flight Planning Dispatchers.

**Ground Electronics Division**
Provides preventive and corrective maintenance service on HF, VHF and UHF communications equipment, all NAF FM radio communications networks and the pager network. Ground Electronics administered the command 3M program.

- Passed Micro-Miniature (2M) certification inspection, recertified one 2M technician.

13

US00002113

- FAA flight check on ILS system,, TACAN, and NDB.
- Received training for Mark 1D ILS system by FAA technical representative.
- Shipped over 4,000 lbs of excess equipment for DRMO disposal.

**Fire and Crash**
Provides all island fire fighting services, emergency response capability for aircraft mishap, medivac, hazardous material spills and explosive ordnance handling incidents. Also provides fire prevention inspections and training.
- Man one structural pumper and two crash/rescue rigs.
- Responded to 1,400 alarms including structural, airfield medical and hazardous material emergencies.
- Conducted 240 building inspections, 100 quarterly inspections, 5 indoctrination lectures, 12 fire drills, 35 welding and burning permits for private contractors and 70 housing inspections.
- Crossed-trained personnel, qualified 40 percent of assigned personnel as emergency vehicle operators.

**Pat Kelly Terminal Division**
Provides aircraft handling for military aircraft, cargo upload and download service and passenger service. Arranged transportation and billeting for transient aircrews and passengers and managed the Space Available (Space "A") travel and Environmental Morale Leave (EML) programs.

- Processed 839 aircraft, 5,489 passengers (departing and arriving Adak) and handled 903 tons of cargo.
- Provided host support to Reeve Aleutian Airline
- Provides support for 9 MEDIVAC aircraft

**Port Operations Division**
Maintains administrative and operational control of waterfront operations and ships' harbor movement, assigned berth and anchorage, coordinated logistic and support services, provided tug service and line handling. Also distributed local weather reports and storm warnings and provided advisory radar navigation services and surface craft for SAR operations. The Leading Chief Petty Officer served as the Harbor Master and representative to the Military Sealift Command for Adak (MSCREP ADAK).
- Assisted four U.S. Coast Guard cutters and 27 merchant vessels in and out of Sweeper Cove to Pier 5.
- Assisted 10 tugs and barges in and out of Sweeper Cove to Pier 5.
- Conducted 2 SAR missions of mercy, extracting injured seaman from commercial vessels operating in the Bering Sea and North Pacific Ocean in the vicinity of Adak.
- Operated YTB-818, MECOSTA, during 63 underway evolutions including a 7 hour towing of a distressed vessel.

14