IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC.,<br>an Alaska Corporation<br><br>Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant/Appellee. | )<br>)<br>)<br>)  Case Number: A03-006 CV<br>)                        Admiralty JWS<br>)<br>)<br>)<br>) |

### JOINT STATEMENT ADVISING COURT OF STATUS OF SETTLEMENT

Come now the parties jointly, pursuant to this Court's March 17, 2008 Order and advise the Court as to the status of settlement discussions, as follows:

1. The parties have arranged for a private mediation in this case to be conducted on June 5, 2008.

2. The parties have agreed on a mediator and, in conjunction with that mediator, have agreed to time, place and governing procedures.

3. The parties will report to the Court and update the status of settlement shortly after the mediation. The parties at this time are not requesting a settlement conference before another judge.

Dated: May 1, 2008

Respectfully submitted,

/s/ Jeanne M. Franken
Jeanne M. Franken
Trial Attorney
Tort Branch, Civil Division
U.S. Department of Justice
7-5393 Federal Building
San Francisco, CA 94102-3463

Counsel for United States of America

/s/ Richard D. Gluck
Richard D. Gluck
Garvey Schubert Barer
1000 Potomac Street, N.W., 5th Floor
Washington, DC 20007

Counsel for Samson Tug
 and Barge Co., Inc.