GREGORY G. KATSAS
Acting Assistant Attorney General
NELSON P. COHEN
United States Attorney
GARY GUARINO
Chief, Civil Division
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Telefax: (907) 271-3224
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendants/Appellees
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation,<br><br>     Plaintiff/Appellant,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>     acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF | Civil No. A03-006 CV (JWS)<br><br>IN ADMIRALTY<br><br><br><br><br><br>MOTION BY DEFENDANT, UNITED STATES OF AMERICA, FOR PERMISSION TO FILE SUR-REPLY IN RESPONSE TO PLAINTIFF SAMSON'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE*, ON SHORTENED TIME |

| | |
|---|---|
| THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND | ) ) ) |
| Defendants/Appellees | ) ) |
| _____ | ) |

Defendant United States does hereby request permission to file a sur-reply to plaintiff Samson's reply to the Government's opposition memorandum in response to plaintiff's motion *in limine*. The basis for this request by the Government is the fact that Samson has raised new issues and offered additional, allegedly supportive, material for the first time in its reply, items which require some response by the United States. Given the travel schedule of Government counsel, the United States further requests that it have until May 14, 2008 in which to file said sur-reply. The Government proposes plaintiff Samson have until May 9, 2008 in which to oppose this request.

Respectfully submitted:

Dated: May __5__, 2008         GREGORY G. KATSAS
                               Acting Assistant Attorney General
                               NELSON P. COHEN
                               United States Attorney
                               GARY GUARINO
                               Chief, Civil Division
                               Assistant United States Attorney
                               R. MIKE UNDERHILL
                               Attorney in Charge, West Coast Office
                               Torts Branch, Civil Division

                               s/Jeanne M. Franken
                               _____
                               JEANNE M. FRANKEN
                               Trial Attorney
                               Torts Branch, Civil Division
                               U.S. Department of Justice

                               Attorneys for Defendants/Appellees
                               United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2008, a copy of the foregoing MOTION BY DEFENDANT UNITED STATES OF AMERICA TO FILE SUR-REPLY IN RESPONSE TO PLAINTIFF SAMSON'S REPLY, WITH ATTACHED ORDER, was served electronically on:

    Richard D. Gluck, Esq.
    Garvey Schubert Barer

    William G. Royce, Esq.
    Law Office of William G. Royce

    Attorneys for Plaintiff/Appellant
    Samson Tug and Barge Company, Inc.


    s/Jeanne M. Franken
    ―――――――――――――――――
    JEANNE M. FRANKEN