```
 1  GREGORY G. KATSAS
    Acting Assistant Attorney General
 2  NELSON P. COHEN
    United States Attorney
 3  GARY GUARINO
    Chief, Civil Division
 4  Assistant United States Attorney
    Federal Building & U.S. Courthouse
 5  222 West Seventh Avenue, #9, Room 253
    Anchorage, Alaska  99513-7567
    Telephone: (907) 271-5071
 6  Telefax: (907) 271-3224
    R. MICHAEL UNDERHILL
 7  Attorney in Charge, West Coast Office
    Torts Branch, Civil Division
 8  JEANNE M. FRANKEN
    Trial Attorney
 9  Torts Branch, Civil Division
    U.S. Department of Justice
10  7-5395 Federal Building
    P.O. Box 36028
11  450 Golden Gate Avenue
    San Francisco, California  94102-3463
12  Telephone: (415) 436-6644
    Telefax: (415) 436-6632
13  E-mail: jeanne.franken@usdoj.gov

14  Attorneys for Defendant
    United States of America
```

15                     IN THE UNITED STATES DISTRICT COURT

16                           FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation | Civil No. A03-006 CV |
| Plaintiff/Appellant | IN ADMIRALTY |
| v. | |
| UNITED STATES OF AMERICA, | (PROPOSED) ORDER |
| acting by and through | |
| the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND | |
| Defendants/Appellees | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>    Plaintiff/Appellant<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    acting by and through<br><br>the UNITED STATES DEPARTMENT of the NAVY MILITARY SEALIFT COMMAND, and UNITED STATES DEPARTMENT OF THE ARMY MILITARY TRAFFIC MANAGEMENT COMMAND<br><br>    Defendants/Appellees | ) Civil No. A03-006 CV<br>)<br>) IN ADMIRALTY<br>)<br>)<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The motion of the United States to file a sur-reply to the motion *in limine* of plaintiff Samson is hereby granted, and further

The United States may have through and including May 14, 2008 in which to file its sur-reply.

IT IS SO ORDERED this _____ day of _____, 2008 in Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE

ORDER                                1                         CIVIL NO. A03-006 CV JWS

1  PRESENTED BY:

2  Dated: May 5, 2008                         GREGORY G. KATSAS
                                              Acting Assistant Attorney General
3                                             NELSON P. COHEN
                                              United States Attorney
4                                             GARY GUARINO
                                              Chief, Civil Division
5                                             Assistant United States Attorney
                                              R. MICHAEL UNDERHILL
6                                             Attorney in Charge, West Coast Office
                                              Torts Branch, Civil Division
7

8                                             s/Jeanne M. Franken
                                              _____
9                                             JEANNE M. FRANKEN
                                              Trial Attorney
10                                            Torts Branch, Civil Division
                                              U.S. Department of Justice
11
                                              Attorneys for Defendant
12                                            United States of America

28  ORDER                         2                      CIVIL NO. A03-006 CV JWS