IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMSON TUG AND BARGE CO., INC.,        )
an Alaska Corporation                   )
                                        )
        Plaintiff/Appellant             )        Case Number:  A03-006 CV
                                        )                      Admiralty JWS
        vs.                             )
                                        )
UNITED STATES OF AMERICA,               )
                                        )
Defendant/Appellee.

**PLAINTIFF'S OPPOSITION TO MOTION BY DEFENDANT FOR
PERMISSION TO FILE SURREPLY IN RESPONSE TO PLAINTIFF'S
REPLY IN SUPPORT OF ITS MOTION IN LIMINE, ON SHORTENED TIME**

Motions practice before virtually any court, and certainly before this Court pursuant to

Local Rule 7.1, contemplates a motion, an opposition and a reply.  Thus, the moving party gets

the last word.

Counsel for the Government wants to deviate from this practice so that now she gets the

last word.  One must suppose that any litigator faced with a reply to an opposition to a motion

will find some further points that he or she wishes to make.  The rules and normal practice do not

indulge this wish, however, nor should that occur in this instance.

The undifferentiated assertion that "Samson has raised new issues and offered additional,

allegedly supportive, material for the first time in its reply" is both insufficient to justify a sur-

reply and inaccurate.  Samson's reply was entirely responsive analytically to the Government's

opposition.

The issues raised in Samson's motion in limine do not require further briefing.  The

Government has offered no justification for deviating from normal practice and giving it the last

word.

WHEREFOR, for the foregoing reasons Plaintiff requests that the Government's Motion By Defendant For Permission To File Surreply In Response To Plaintiff's Reply In Support Of Motion In Limine, on Shortened Time be denied.

Respectfully submitted,

/s/ Richard D. Gluck

Dated: May 9, 2008

Richard D. Gluck
Harold G. Bailey, Jr.
Garvey Schubert Barer
1000 Potomac Street, NW, 5th Floor
Washington, DC  20007
Counsel for Samson Tug and Barge Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, a copy of Plaintiff's Opposition To Motion By Defendant For Permission To File Sur-reply In Response To Plaintiff's Reply In Support Of Motion In Limine, on Shortened Time was served electronically and by first class mail, postage prepaid to the following:

Jeanne M. Franken, Esq.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5393 Federal Building
P.O. Box 36028
San Francisco, CA ·94102-3463

United States Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567

/s/ Richard D. Gluck
Richard D. Gluck