IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant/Appellee. | )<br>)<br>)<br>)  Case Number: A03-006 CV<br>)                            Admiralty JWS<br>)<br>)<br>)<br>) |

### PROPOSED ORDER

Upon consideration of the Motion by Defendant for Permission to File Surreply in Response to Plaintiff's Reply in Support of Its Motion In Limine, on Shortened Time and Plaintiff's Opposition thereto, it is

ORDERED that the Motion be and the same hereby is DENIED.

Date: _____

_____
United States District Judge