IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., an Alaska Corporation<br><br>Plaintiff/Appellant<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant/Appellee. | Case Number: A03-006 CV<br>Admiralty JWS |

## JOINT REPORT TO THE COURT
## RE: ALTERNATIVE TRIAL DATES

Pursuant to the Court's Order of June 16, 2008 advising the parties of the possibility that trial in the above-captioned case, presently scheduled for September 30, 2008, might have to be continued, the parties conferred on alternative trial dates and hereby report that they are available for trial in this matter on any seven consecutive days between January 20, 2009 and the end of February, 2009. Advanced notification of anticipated changes in the trial schedule is appreciated, as the witnesses are widely disbursed.

Respectfully submitted,

/s/ Jeanne M. Franken
Jeanne M. Franken
Trial Attorney
Tort Branch, Civil Division
U.S. Department of Justice
7-5393 Federal Building
San Francisco, CA 94102-3463

Counsel for Defendant

/s/ Richard D. Gluck
Richard D. Gluck
Garvey Schubert Barer
1000 Potomac Street, N.W., 5th Floor
Washington, DC 20007

Counsel for Plaintiff