# EXHIBIT LIST
(There must be a separate exhibit list for each party.)

Court Case No.: A-03-006 CV (JWS)  ☐ Pretrial Hearing  ☐ Trial

Samson Tug and Barge _____ vs. USA

Name of Party: Samson Tug and Barge  ☒ Plaintiff  ☐ Defendant

Party's Attorney: William G. Royce

| Exhibit No. Marked for ID | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Offered | Admitted | Withdrawn date | To Jury/ Judge | From Jury/ Judge | To Exhibit Clerk |
|---|---|---|---|---|---|---|---|---|
| 1 | Solicitation No. N62387-95-R-8503 – Indefinite Delivery Indefinite Quantity Contract | | | X | | | | |
| 2 | April 8, 1995: Minutes of Pre-proposal | | | X | | | | |
| 3 | April 19, 1995: Samson's Proposal in Response to Indefinite Delivery Indefinite Quantity Contract | | | X | | | | |
| 4 | June 30, 1995: Government's Withdrawal of Solicitation for Indefinite Delivery Indefinite Quantity Contract | | | X | | | | |
| 5 | November 22, 1994 (Faxed date): Notes Stating Government's Cargo Projection | X | | | | | | |
| 6 | Email of 12/19/94 Stating Government's Cargo Projection | X | | | | | | |
| 7 | December 7, 1994 (Faxed date): Navy Memorandum Stating Government's Cargo Projection | X | | | | | | |
| 8 | Email of 12/22/94 Stating Government's Cargo Projection | X | | | | | | |
| 9 | August 10, 1995: Samson's Cover Letter Accompanying Proposal for Contract No. N62387-94-R-8530 | | | X | | | | |
| 10 | September 13, 1995: Samson's Cover Letter Accompanying Final Offer | | | X | | | | |
| 11 | Contract No. 62387-95-D-8503 and Amendments | | | X | | | | |
| 12 | Chart with Voyage by Voyage Cargo Carried and Revenue | X | | | | | | |
| 13 | Command History, dated March 15, 1996 | X | | | | | | |
| 14 | Air Mobility Command Commercial Air Contract with Alaska Air and Amendments | X | | | | | | |
| 15 | Navy Email Regarding Use of Commercial Air or Military Air to Fulfill Adak Closure Requirements | X | | | | | | |
| 16 | June, 17, 1997 Navy Email re Preference for Military Air over Commercial Air to Fulfill Adak Closure Reqirements | X | | | | | | |
| 17 | December 16, 1996: Navy Message Regarding Commercial Air to be Replaced by Military Air Frequency Channel | | | X | | | | |

I certify that exhibits checked "To Jury / Judge" on all pages were given to the jury / judge for deliberation / advisement
Date: _____  In-Court Clerk _____  Received by _____

I certify that exhibits checked "From Jury / Judge" on all pages were received after the verdict / decision to the jury.
Date: _____  In-Court Clerk _____  Received by _____

I certify that all exhibits were  ☐ Placed in Interiim Storage  ☐ Returned to cournsel per order of the court
Date _____  In-Court Clerk _____  Atty Sig. _____  Date: _____

I certify that exhibits checked "To Exhibit Clerk" on all pages have been placed in Exhibit Storage.
Date: _____  Exhibits Clerk _____

Page __1__ of __3.__
TF-200 ANCH (8/95)(cs)
EXHIBIT LIST

Civil Rule 43.2
Criminal Rule 26.1
Admin. Bulletin No. 9

# EXHIBIT LIST
(There must be a separate exhibit list for each party.)

Court Case No.: __A-03-006 CV (JWS)__    ☐ Pretrial Hearing    ☐ Trial

__Samson Tug and Barge__ vs. __USA__

Name of Party: __Samson Tug and Barge__    ☒ Plaintiff    ☐ Defendant

Party's Attorney: __William G. Royce__

| Exhibit No. Marked for ID | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Offered | Admitted | Withdrawn date | To Jury/ Judge | From Jury/ Judge | To Exhibit Clerk |
|---|---|---|---|---|---|---|---|---|
| 18 | July 16, 1997: Navy Email Regarding Costs of Military Air to Fulfill Adak Closure Requirements | X | | | | | | |
| 19 | September 5-8, 1997: Navy Emails Regarding use of Military Air to Assist in Adak Environmental Cleanup | X | | | | | | |
| 20 | Navy Email Including re Elmendorf AFB as a "Choke Point" for Cargo Leaving Adak | X | | | | | | |
| 21 | Navy Email Regarding Replacement of Commercial Air Flights with Military Air | X | | | | | | |
| 22 | 03/21/01 Table Showing Partial List of Cargo Movements to and From Adak, Rcvd in Resp to Samson FOIA Request | | | X | | | | |
| 23 | Table Showing Partial List of Air Mobility Command Flights to/From Adak, Rcvd in Response to Samson FOIA Request | | | X | | | | |
| 24 | Transportation Control and Movement Documents ("TCMDs") | X | | | | | | |
| 25 | Personal Property Service Requests | X | | | | | | |
| 26 | Joint Air Logistics Information System Records | | | X | | | | |
| 27 | FOIA Requests and Responses | X | | | | | | |
| 28 | December 10, 2001: Contract Claim W.D. A Hach. | | | X | | | | |
| 29 | January 15, 2002: Contracting Officer's Decision | | | X | | | | |
| 30 | January 10, 2003: Request for Reconsideration of Contracting Officer's Decision | X | | | | | | |
| 31 | Chart Showing Flights During Term of Contract | | | | | | | |
| 32 | May 21, 2007 (Corrected Report) Expert's report by Mr. George L. Johnson | X | | | | | | |
| 33 | November 9, 2007: Expert's Supplemental Analysis by Mr. George L. Johnson | X | | | | | | |
| 34 | Documentation of Capacity of Military Aircraft | X | | | | | | |

I certify that exhibits checked "To Jury / Judge" on all pages were given to the jury / judge for deliberation / advisement.
  Date: _____    In-Court Clerk _____    Received by _____

I certify that exhibits checked "From Jury / Judge" on all pages were received after the verdict / decisionto the jury.
  Date: _____    In-Court Clerk _____    Received by _____

I certify that all exhibits were    ☐ Placed in Interiim Storage    ☐ Returned to counrsel per order of the court
  Date: _____    In-Court Clerk _____    Atty Sig. _____    Date: _____

I certify that exhibits checked "To Exhibit Clerk" on all pages have been placed in Exhibit Storage.
  Date: _____    Exhibits Clerk _____

TF-200 ANCH (8/96)(cs)
EXHIBIT LIST

Civil Rule 43.2
Criminal Rule 26 1
Admin. Bulletin No. 9

## EXHIBIT LIST
(There must be a separate exhibit list for each party.)

Court Case No.: A-03-006 CV (JWS)    ☐ Pretrial Hearing    ☐ Trial

Samson Tug and Barge    vs.    USA

Name of Party: Samson Tug and Barge    ☒ Plaintiff    ☐ Defendant

Party's Attorney: William G. Royce

| Exhibit No. Marked for ID | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Offered | Admitted | Withdrawn date | To Jury/ Judge | From Jury/ Judge | To Exhibit Clerk |
|---|---|---|---|---|---|---|---|---|
| 35 | Navy Email Regarding Need for Military Air | X | | | | | | |
| 36 | Navy Email Regarding Adak Cargo at Elmendorf | X | | | | | | |
| 37 | Navy Email Regarding Identifying Adak Cargo at Elmendorf, Bate No. US 2711 | X | | | | | | |
| 38 | Navy Email Regarding Discontinuation of Military Air | X | | | | | | |
| 39 | Navy Email Regarding Limited Ongoing Need for Barge Services, Bate No. US 2820 | X | | | | | | |
| 40 | Navy Email Questioning Need for Ongoing Barge Contract, Bate No. US 2824 | X | | | | | | |
| 41 | Navy Email Discussing Cancellation of Samson's August 1997 Sailing to Adak, Bate No. US 2892 | X | | | | | | |
| 42 | Navy Email Regarding Use of Barge Services in Support of Environmental Cleanup | X | | | | | | |
| 43 | Navy Email Discussing Quarterly Barge Service, Bate No. US 3028-9 | X | | | | | | |
| 44 | Navy Email Regarding Extension of Barge Services, Bate No. US 3042-3 | X | | | | | | |
| 45 | Anderson Deposition | X | | | | | | |
| 46 | Peterson Deposition | X | | | | | | |
| 47 | Clark Deposition | X | | | | | | |
| 48 | Graggen Deposition | X | | | | | | |
| 49 | Dawson Deposition | X | | | | | | |
| 50 | Household Goods Chart | X | | | | | | |
| 51 | Cargo Type Chart | X | | | | | | |

I certify that exhibits checked "To Jury / Judge" on all pages were given to the jury / judge for deliberation / advisement.
Date: _____ In-Court Clerk _____ Received by _____

I certify that exhibits checked "From Jury / Judge" on all pages were received after the verdict / decision to the jury.
Date: _____ In-Court Clerk _____ Received by _____

I certify that all exhibits were ☐ Placed in Interim Storage    ☐ Returned to cournsel per order of the court
Date: _____ In-Court Clerk _____ Atty Sig. _____ Date: _____

I certify that exhibits checked "To Exhibit Clerk" on all pages have been placed in Exhibit Storage.
Date: _____ Exhibits Clerk _____

Page 3 of 3
TF-200 ANCH (8/96)(cs)
EXHIBIT LIST

Civil Rule 43.2
Criminal Rule 26.1
Admin. Bulletin No. 9