## DOUGLAS ANDERSON DEPOSITION
### Page Designations for use at Trial

### Volume 1 – November 30, 2005

| Page | Lines |
|------|-------|
| 4 | all |
| 5 | all |
| 6 | all |
| 12 | all |
| 13 | all |
| 14 | all |
| 15 | all |
| 16 | 1-12 |
| 18 | all |
| 19 | all |
| 20 | all |
| 25 | all |
| 26 | all |
| 50 | all |
| 51 | all |
| 52 | all |
| 53 | all |
| 54 | all |
| 55 | 1-18; 25 |
| 56 | 1-20 |
| 61 | all |
| 62 | all |
| 63 | all |
| 64 | all |
| 65 | 1-9 |
| 66 | all |
| 67 | all |
| 69 | all |
| 70 | all |
| 71 | all |
| 72 | all |
| 73 | 1-16 |
| 82 | all |
| 83 | all |
| 84 | all |
| 85 | all |
| 86 | all |
| 87 | all |



PLAINTIFF'S EXHIBIT
CASE NO. A-03-006 CV (JWS)
EXHIBIT NO. 45 1P

DOUGLAS ANDERSON DEPOSITION
Page Designations for use at Trial

**Volume 2- December 1, 2005 - Continued**

| | |
|---|---|
| 88 | all |
| 89 | all |
| 102 | all |
| 103 | all |
| 104 | all |
| 105 | all |
| 106 | all |
| 107 | all |
| 108 | all |
| 109 | all |
| 110 | 1-23 |
| 111 | all |
| 112 | all |
| 113 | all |
| 114 | all |
| 115 | all |
| 116 | all |
| 117 | all |
| 118 | all |
| 119 | all |
| 127 | 17-25 |
| 128 | 1-3 |
| 129-133 | all |

**Volume 2 – December 1, 2005**

| Page | Lines |
|---|---|
| 28 | 8-10 |
| 30 | 15-25 |
| 31 | 1-12; 18-19 |
| 32 | 20 |
| 33-37 | all |
| 38 | 1-2 |
| 41 | all |
| 42 | 1-20- |
| 43 | 2-4; 12-25 |
| 44 | 1; 10-25 |
| 45 | 1-14 |
| 46 | 1-19; 24- |
| 47 | 1-3; 8-19 |
| 67 | 15-18; 24-25 |
| 68 | 1-13 |

DOUGLAS ANDERSON DEPOSITION
Page Designations for use at Trial

## Volume 2- December 1, 2005 - Continued

| 70  | 14-25              |
|-----|--------------------|
| 71  | 1-5; 16-23         |
| 72  | all                |
| 73  | 1-8; 11-24         |
| 74  | 2-14; 17-21        |
| 75  | All                |
| 76  | 1-22               |
| 77  | 6-9; 13-19; 24-25  |
| 97  | 11-15; 19-25       |
| 98  | all                |
| 99  | 1-12               |
| 105 | 12-25              |
| 106 | 1-12               |

## BRIAN PETERSON DEPOSITION
## PAGE DESIGNATIONS FOR USE AT TRIAL

| PAGE | LINES |
|------|-------|
| 4 | 18-25 |
| 5 | 1-25 |
| 6 | 1-12 |
| 8 | 13-22 |
| 11 | 4-25 |
| 12 | 1-19 |
| 16 | 16-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-25 |
| 28 | 1-25 |
| 29 | 1-25 |
| 35 | 22-25 |
| 36 | 22-25 |
| 37 | 22-25 |
| 38 | 22-25 |
| 39 | 22-25 |
| 40 | 22-25 |
| 41 | 22-25 |
| 45 | 22-25 |
| 46 | 22-25 |
| 61 | 22-25 |
| 62 | 1-15 |
| 63 | 1-15 |
| 64 | 1-15 |
| 65 | 1-15 |
| 66 | 17-25 |
| 68 | 17-25 |
| 69 | 17-25 |
| 70 | 17-25 |
| 71 | 17-25 |
| 72 | 17-25 |
| 73 | 17-25 |



PLAINTIFF'S EXHIBIT
CASE NO. A-03-006 CV (JWS)
EXHIBIT NO. 1610

## CLARK DEPOSITION APRIL 10, 1997
### Page Designations for use at Trial

| Page | Lines |
|---|---|
| 15 | 3-16 |
| 37 | 22-25 |
| 38 | 1-2 |
| 39 | 8-25 |
| 40 | 1-13 |
| 43 | 15-17 |
| 47 | 11-22 |
| 66 | 1-24 |
| 71 | 3-8 |
| 73 | 7-9 |
| 76 | 1-20 |
| 77 | 1-5 |
| 90 | 4-6 |
| 110 | 20-25 |
| 118 | 17-25 |
| 119 | 2-5 |
| 120 | 16-24 |
| 121 | 2-3 |
| 130 | 11-25 |
| 133 | 17-19 |
| 134 | 13-25 |
| 135 | 1-25 |
| 136 | 1-5 |
| 139 | 11-25 |
| 140 | 1-22 |
| 145 | 12-18, 21-23 |
| 146 | 3-19 |
| 147 | 23-25 |
| 148 | 1-4 |
| 149 | 12-24 |
| 158 | 18-25 |
| 159 | 1-4, 15-19 |
| 167 | 23-25 |
| 168 | 1, 5-14, 18-19 |



PLAINTIFF'S EXHIBIT
CASE NO. A-03-006 CV (JWS)
EXHIBIT NO. 4710

DC_DOCS:677032.1

## GRAGGEN DEPOSITION JUNE 20, 1997
### Page Designations for use at Trial

| Page | Lines |
|---|---|
| 4 | 1-21 |
| 5 | 1-13 |
| 9 | 9-21 |
| 10 | 1-20 |
| 15 | 3-8, 19-21 |
| 16 | 1-14 |
| 17 | 3-6, 15, 17-20 |
| 24 | 5-9, 19-21 |
| 25 | 1-3 |
| 27 | 2-11 |
| 34 | 1-16 |
| 35 | 1-19 |
| 39 | 5-18 |
| 40 | 4-5, 16-21 |
| 73 | 14-21 |
| 74 | 1-21 |
| 75 | 1-21 |
| 76 | 1-21 |
| 77 | 1-21 |



PLAINTIFF'S EXHIBIT
CASE NO. A-03-006 CV (JWS)
EXHIBIT NO. 48 D

DC_DOCS:677029.1

## DAWSON DEPOSITION JUNE 19, 1997
### Page Designations for use at Trial

| Page | Lines |
|------|-------|
| 4 | 10-12 |
| 5 | 2-21 |
| 6 | 1 |
| 7 | 8-21 |
| 8 | 1-15 |
| 10 | 1-12 |
| 11 | 8-21 |
| 12 | 1 |
| 14 | 1-21 |
| 15 | 1-3, 8-12 |
| 18 | 8-21 |
| 19 | 1-21 |
| 20 | 1-21 |
| 21 | 1 |
| 25 | 12-20 |
| 27 | 2-21 |
| 28 | 1-21 |
| 29 | 1-6 |
| 30 | 4-13 |
| 31 | 1-21 |
| 36 | 13-21 |
| 37 | 1-8, 13-21 |
| 38 | 1-4, 8-21 |
| 39 | 1-15 |
| 40 | 16-19 |
| 51 | 5-21 |
| 52 | 1-7, 14-21 |
| 53 | 1-6 |
| 54 | 5-15, 20-21 |
| 55 | 1-2 |
| 58 | 17-21 |
| 59 | 1-5, 10-12, 16-17, 20-21 |
| 60 | 1-8 |

DC_DOCS:677030.1



PLAINTIFF'S EXHIBIT
CASE NO. A-03-006 CV (JWS)
EXHIBIT NO. 49 10