IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC., ) <br> an Alaska Corporation ) <br> ) <br> Plaintiff/Appellant ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant/Appellee. ) | Case Number: A03-006 CV <br> Admiralty JWS |

**JOINT REQUEST FOR CONFERENCE BEFORE A SETTLEMENT JUDGE, JOINT NOTICE REGARDING TRIAL DATES AND JOINT MOTION TO EXTEND THE TIME FOR FILING PRETRIAL BRIEFS**

Pursuant to this Court's August 18, 2008 Orders, the parties hereby jointly request a conference before a settlement judge to occur at a date convenient to the parties, their counsel and the settlement judge sometime between October 15, 2008 and December 11, 2008, subject to the regulations regarding settlement authority under which Government counsel operate.

In addition the parties hereby jointly report to the Court that the dates previously jointly presented to the Court on June 20, 2008, as available for trial in this matter, as well as the estimate of the duration of the trial set forth therein remain the same, i.e. any consecutive 7 days between January 20, 2009 and February 27, 2009.

In addition, in light of the necessity for a continuance of the trial date, the parties jointly request that the pretrial briefs, presently due on August 29, 2008, be rescheduled for a time 30 days before whatever day the Court chooses for trial to begin.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ Jeanne M. Franken_____ | /s/ Richard D. Gluck_____ |
| Jeanne M. Franken | Richard D. Gluck |
| Trial Attorney | Garvey Schubert Barer |
| Tort Branch, Civil Division | 1000 Potomac Street, N.W., 5th Floor |
| U.S. Department of Justice | Washington, DC  20007 |
| 7-5393 Federal Building | |
| San Francisco, CA  94102-3463 | Counsel for Plaintiff |
| | . |
| Counsel for United States of America | |