MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*SAMSON TUG AND BARGE CO., INC.*   v.   *UNITED STATES OF AMERICA*

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | CASE NO. 3:03-cv-00006 (JWS) |
| PROCEEDINGS:   **ORDER FROM CHAMBERS** | Date: September 3, 2008 |

This matter is referred to Magistrate Judge John M. Roberts for the purpose of conducting a settlement conference, which will be scheduled between the dates of October 15, 2008, and December 11, 2008.  Magistrate Judge Roberts will issue an order setting the due date for settlement briefs.