IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMSON TUG AND BARGE CO., INC., )
an Alaska Corporation )
)
    Plaintiff/Appellant )    Case Number:  A03-006 CV
)                         Admiralty JWS
vs. )
)
UNITED STATES OF AMERICA, )
)
Defendant/Appellee. )

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that Plaintiff, Samson Tug and Barge Co. Inc., pursuant to Rule 30, F.R.Civ.P. for purposes of discovery and for use at trial as provided in Rule 32 F.R. Civ. P., will, by agreement, take the depositions of the following persons, at the times stated below, at the offices of Garvey Schubert Barer, 18th Floor, 1191 Second Avenue, Seattle, Washington 98101:

1.    Franklin Veninger – USN, Transportation Officer, Fleet Supply, PAC Fleet, 250 Macalapa Dr., Pearl Harbor, Hawaii 96860, on September 11, 2008 at 10:00 am.

2.    Mark Brady – USN, Director of Transportation Policy, NOL, 1837 Morris Street, Ste. 600, Norfolk, Va., on September 12, 2008 at 10:00 am.

3.    Brian Andvik – USN, NAV FAC, Deputy Regional Program Director, Facilities, Navy Region Northwest, Silverdale, Washington 98315 on September 11, 2008 at 2:00 pm.

/

/

/

Deponents are requested to bring with them all documents in their possession pertaining to matters as to which they expect to give testimony in the above-captioned case.

Respectfully submitted,

Dated: September 4, 2008

/s/ Richard D. Gluck
Richard D. Gluck
Harold G. Bailey, Jr.
Garvey Schubert Barer
1000 Potomac Street, NW, 5th Floor
Washington, DC 20007
William G. Royce
Law Office of William G. Royce
1227 West 9th Avenue, Suite 300
Anchorage, AK 99501

Counsel for Samson Tug and Barge Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, a copy of Plaintiff's Notice of Depositions was served electronically and by first class mail, postage prepaid to the following:

Jeanne M. Franken, Esq.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5393 Federal Building
P.O. Box 36028
San Francisco, CA 94102-3463

United States Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

/s/ Richard D. Gluck